# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

**USA v. REX MICHAEL KERN, JR.**    Case No.    **4:22-CR-6038-MKD-1**

**Detention Hearing:**    10/07/2022

| | | | |
|---|---|---|---|
| ☒ | Tonia Ramirez, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty |
| | | ☒ | Nick Mirr, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

USA proffered the pretrial services reports and concurred with the recommendation of continued detention of the Defendant.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

Defense counsel argued why the Defendant should be released. Defendant addressed the Court.

**The Court ordered:**
1. USA's Motion for Detention (ECF No. 7) is **granted**.
2. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.