AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

**Oct 13, 2022**

SEAN F. MCAVOY, CLERK

for the

Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:22-CR-6038-MKD-1 |
| REX MICHAEL KERN, JR. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ REX MICHAEL KERN, JR. _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine
18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of Firearms

Date:  Aug 02, 2022, 1:53 pm

_____
*Issuing officer's signature*

City and state:      Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* ___8/2/2022___ , and the person was arrested on *(date)* ___10/5/2022___
at *(city and state)* ___Yakima, WA___ .

Date:    ___10/5/2022___

Arrested within the E/WA
BY:___ATF___
(Agency)
*Arresting officer's signature*
Executed On:_____10/5/2022_____
Sign:_*Reagan K. Schraner, USMS*_
*Printed name and title*