1 Jennifer R. Barnes
2 Federal Defenders of Eastern Washington & Idaho
  306 E. Chestnut Ave.
3 Yakima, WA 98901
  (509) 248-8920
4
  Attorney for Defendant
5

6

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF WASHINGTON
                    THE HONORABLE Mary K. Dimke
9

10 | UNITED STATES OF AMERICA,

11 |                              Plaintiff,    No.  4:22-CR-6038-MKD

12 |     v.                                     **Motion to Continue Pretrial, Trial
13 |                                            and to Extend Deadline for Filing
   | Rex Michael Kern, Jr.,                     Pretrial Motions**
14 |
   |                              Defendant.    **Without Oral Argument**
15 |                                             November 17, 2022, 6:30 p.m.

16

17

18      Rex Michael Kern, Jr., by and through his attorney, Jennifer Barnes, for the

19 Federal Defenders of Eastern Washington and Idaho, hereby moves this Court for an

20
   order continuing the pretrial and trial currently scheduled in this matter and extending
21
   the deadlines for filing pretrial motions.
22
23      The United States indicted Mr. Kern on August 2, 2022.  He first appeared for

24 an initial appearance on October 5, 2022.  The Court appointed the Federal

25

Motion to Continue and Extend Deadline:  1

Defenders Office to represent her.  The undersigned entered a Notice of Appearance on October 7, 2022.  The Court has currently scheduled a pretrial conference for November 17, 2022, and a trial date of December 12, 2022, both in Richland.

Mr. Kern is requesting this continuance to give him and defense counsel adequate time to review discovery, conduct investigation and interview witnesses, discuss the sentencing guidelines and other potential sentencing considerations, and to prepare for trial if that is what Mr. Kern decides to do in his case.

Given the foregoing circumstances, defense counsel believes a continuance of the trial is necessary.  This motion is brought in good faith and not for any purpose of unnecessary delay.  Said continuance is necessary to allow a reasonable amount of time to effectively prepare the case for trial pursuant to 18 U.S.C §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(i)(iv).  Mr. Kern agrees with the necessity for this continuance, and acknowledges that any continuance would constitute excludable time under the Speedy Trial Act.  Mr. Kern has signed a speedy trial waiver and statement of reasons in support of her request for a continuance, which will be filed with the Court.

Undersigned counsel has inquired of the Court as to available dates for the Court's schedule in light of the requested adjournment, and has discussed proposed new dates and deadlines with counsel for the United States.  Mr. Kern is respectfully requesting a new trial date of February 6, 2023, in Richland.  Mr. Kern further

Motion to Continue and Extend Deadline:  2

requests that the pretrial conference be rescheduled to January 19, 2023, also in Richland. Defense counsel contacted the government regarding this motion and AUSA Joseph H. Harrington has indicated he has no objection to the motion to continue the pretrial and trial, nor to the proposed dates.

Mr. Kern is submitting a proposed amended case management order with new filing deadlines based on the new trial and pretrial conference dates. Mr. Kern has no objection to the Court issuing an amended case management order with different deadlines as deemed appropriate by the Court if the proposed order is not acceptable.

Dated: October 31, 2022.

By s/ Jennifer R. Barnes
Jennifer R. Barnes, 23664
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jennifer_Barnes@fd.org

Motion to Continue and Extend Deadline: 3

**Certificate of Service**

    I hereby certify that on October 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Joseph H. Harrington, Assistant United States Attorney.

                                                 s/ Jennifer R. Barnes
                                                 Jennifer R. Barnes