Jennifer R. Barnes
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Rex Michael Kern, Jr.,<br><br>　　　　　　　　　　Defendant. | No.  4:22-CR-6038-MKD<br><br>**Order Granting Motion to Continue and Extend Deadline for Filing Pretrial Motions**<br><br>(Proposed) |

Before the Court is Defendant's Motion to Continue and Extend Deadlines (ECF No. __). For the reasons set forth in the motion, IT IS HEREBY ORDERED that the Motion (ECF No. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ___ day of _____, 20__.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Mary K. Dimke
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order:  1