Vanessa R. Waldref
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:22-CR-06038-MKD |
|---|---|
| Plaintiff, | |
| vs. | Substitution of Counsel for the United States |
| REX MICHAEL KERN, JR., | |
| Defendant. | |

David M. Herzog, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States replacing Joseph H. Harrington.

Dated: December 28, 2022.

Vanessa R. Waldref
United States Attorney

s/ David M. Herzog
 David M. Herzog
 Assistant United States Attorney

s/ Joseph H. Harrington
 Joseph H. Harrington
 Assistant United States Attorney

Substitution of Counsel for the United States - 1