# Attachment A

## STATEMENT OF QUALIFICATIONS
Nicholas Kingston
Resident Agent in Charge
Bureau of Alcohol, Tobacco, Firearms and Explosives
Yakima, Washington

I, Nicholas Kingston, hereby declare and state:

1. That I am employed with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as the Resident Agent in Charge (RAC) and have served in that capacity since August 2022. I am assigned to the Yakima Field Office of the Seattle Field Division.

2. As a Resident Agent in Charge with ATF, one of my responsibilities is conducting criminal investigations into alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

3. During the course of my duties, I have examined numerous firearms and rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act.

4. I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

5. I received formal law enforcement training by attending the United States Border Patrol Academy in Artesia, NM in 2006. I also attended the Criminal Investigator Training Program and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA., in 2015 and 2016.

6. In 2012, I received my Firearms Instructor Certificate from the United States Customs and Border Protection, Advanced Training Center in Harper's Ferry, WV. Since then, I have trained and qualified agents from the United States Border Patrol Oroville, WA Station, in addition to agents at both the ATF Houston, TX Field Division and ATF Yakima, WA Field Office.

7. In 2017, I attended Sig Sauer Advanced Firearms Training in Magnolia, TX

8. In 2020, I received my Taser Instructor Certificate. Since then, I have instructed the ATF Houston, TX Field Division and Yakima, WA Field Office on numerous occasions in Taser training.

9. From April 2016 to May 2021, I was assigned to the Houston Field Division, Crime Gun Strike Force and the Texas Anti-Gang Office. Since June 2021, I have been assigned to the Yakima, WA Field Office.

10. In 2021, I attended the ATF Interstate Nexus Expert training in Martinsburg, WV.

11. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

    Criminal Investigator School, Federal Law Enforcement Training Center, Glynco, Georgia
    New Agent Training, ATF National Academy, Glynco, Georgia
    Firearms Interstate Nexus Training, ATF Martinsburg, West Virginia
    Firearms Instructor Training Program, Harper's Ferry, West Virginia
    Sig Sauer Advanced Firearms Training, San Marcos, Texas
    Taser Instructor Training, San Marcos, Texas

12. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as common firearms proof marks utilized by numerous foreign countries.

13. I have observed over 10,000 firearms at the ATF's National Firearms Collection.

14. That I have provided formal training to law enforcement and other government personnel in various disciplines of firearms training.

15. That my expertise relative to the various disciplines of firearms and ammunition to include interstate nexus has been requested and recognized by the following agencies:

    Bureau of Alcohol, Tobacco, Firearms and Explosives

16. That for over 25 years I have had a personal interest in the history, collection, nomenclature, and sporting and professional use of firearms and ammunition. I have also accumulated a personal reference library of firearms and ammunition related publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values and Guns & Ammo* in order to remain familiar with firearms and firearm trends.