# Attachment B

# Jodie M. Dewey
## Forensic Scientist 3

Washington State Patrol, Crime Laboratory          Phone: 509-625-5452
581 W 7th Street                                   Fax: 509-625-5440
Cheney, WA 99004                                   Email: Jodie.Dewey@wsp.wa.gov

## Employment:

2017 – Present: Washington State Patrol, Crime Laboratory Division, Latent Prints Section.
- Forensic Scientist 3

1999 – 2017: Spokane County Sheriff's Office, Forensic Unit.
- Forensic Unit Supervisor          2015 – 2017
- Forensic Lead Specialist:         2010 – 2015
- Forensic Specialist:              2001 – 2010
- Forensic Technician:              1999 – 2001

## Education:

1999: Eastern Washington University Graduate
- BA Degree in Criminal Justice

## Certifications:

2011 – 2021: Certified Crime Scene Investigator, International Association for Identification, Certificate #2881
- 2016 – 2021 Recertified

2008 – Present: Certified Latent Print Examiner, International Association for Identification, Certificate #LP1588/08-31
- 2018 – 2023 Recertified
- 2013 – 2018 Recertified

## Forensic Proficiency Testing

March 2022: Latent Print Examination Proficiency Test (Collaborative Testing Services, Inc.)

March 2021: Latent Print Examination Proficiency Test (Collaborative Testing Services, Inc.)

November 2020: Latent Print Processing Proficiency Test (Collaborative Testing Services, Inc.)

March 2020: Latent Print Examination Proficiency Test (Collaborative Testing Services, Inc.)

March 2019: Latent Print Examination Proficiency Test (Collaborative Testing Services, Inc.)

March 2018: Latent Print Examination Proficiency Test (Collaborative Testing Services, Inc.)

November 2016: Friction Ridge Examination Proficiency Test (Ron Smith and Associates Test)

December 2015: Friction Ridge Examination Proficiency Test (Ron Smith and Associates Test)

December 2014: ABIS Proficiency Test (Spokane County Sheriff's Office Forensic Unit)

November 2014: Friction Ridge Examination Proficiency Test (Collaborative Testing Services, Inc.)

## Testimony:

Qualified expert witness, in the State of Washington, in the forensic fields of latent fingerprints and crime scene investigation in Federal, Superior and Juvenile courts.

## Memberships:

2003 – Present:   Member, International Association for Identification International Division, Member #19413

2003 – Present:   Member, International Association for Identification Pacific NW Division, Member #910

2003 – 2006:      Member, AFIS Internet Users Group

## Honors and Awards:

October 7th, 2015:       Certificate of Special Congressional Recognition, Unit Merit Award

June 21st, 2012:         United States Attorney's Office, Contribution to Organized Crime Drug Task Force Award

October 12th, 2011:      Certificate of Special Congressional Recognition, Unit Merit Award

January 19th, 2011:      Spokane County Sheriff's Office Certificate of Appreciation

## Training / Presentations Instructed:

2015            FBI Homicide School, Spokane County Sheriff's Office Training Center (10-19-15)
- Crime Scene Response, Evidence Packaging, Court Testimony

2015 – 2018     Washington State Basic Law Enforcement Academy, Spokane
- Latent Fingerprint Detection and Recovery (03-18-15, 08-27-15, 03-22-16, 04-06-17, 03-23-18, 09-25-18)
- Crime Scene Photography / Crime Scene Diagramming (03-03-16, 03-21-17)

2013            Spokane Sheriff's Office Citizen's Academy (10/28/13)
- Officer Involved Shootings-Forensics

2012 – 2014     SCOPE/COPS Latent Print Team Training (02/13/12, 09/18/12, 05/09/13, 11/12/13, 04/22/14, 09-15-14)
- Latent Fingerprint Detection and Recovery

2011 – Present  SPD/SCSO Field Officer Training (04-28-13, 05-20-11, 08-21-12, 01-03-13, 01-22-13, 04-25-13, 06-28-13, 08-15-13, 09-26-13, 02-18-14, 03-18-14, 04-22-14, 05-21-14, 08-06-14, 10-08-14,12-15-14, 01-22-15, 02-24-15, 03-23-15, 05-21-15, 10-13-2015, 03-03-16, 03-22-16) and WSP Field Officer Training (08-28-18 College Place PD, 12/03/2019 Walla Walla Police Department, 05/12/2020 Cusick Police Department).
- Crime Scene Photography and Latent Fingerprint Detection and Recovery

2011 – Present  Public Presentations (03-24-11 Farwell Elementary-Quest Program, 01-07-14 Boy Scout Troup 420-Fingerprinting Merit Badge, 04-25-14 Reardan High School Career Fair, 01-04-15 Student Forensic Unit Tour, 04-14-15 Leadership Spokane Tour, 05-20-15/04-06-2016 Bi-Annual Forensic Unit Tours, 02-05-16 Republican Coffee Club and WSP Laboratory Tours (01-23-18 Attorney General's Office, 03-08-18 EWU Forensic Photography Class, 04-11-18 Kamiakin High School, 06-12-18 Grand Canyon University Grad Student, 03-29-19 Washington State Association of Coroners and Medical Examiners)
- Forensic Photography, Evidence Search and Collection, Latent Fingerprint Detection and Recovery, Educational Job Requirements, Job Duties and Salaries.

2010 – 2012     Instructor for Remedy Resource Group;
- Digital Forensic Assault Photography – Basic Course (03-27-12)
- Digital Forensic Photography – Basic Course (09-30-10, 02/02/10, 02-16-11)
- Latent Fingerprint Detection – Basic Course (09-29-10)

2

| | |
|---|---|
| 2009 | Adjunct instructor at Spokane Valley Fire Department Training Center (04-15-09)<br>• Photography and Latent Fingerprint sections of the Basic Fire Investigation Course |
| 2006 | Adjunct Instructor at ITT Technical Institute (Winter Quarter)<br>• CJ242 – Forensics and Crime Scene Investigation |

**Educational Conferences:**

| | |
|---|---|
| 08/01/2021 – 08/07/2021 | International Association for Identification Educational Conference. Nashville, TN (40 hrs)<br>• Workshop: Making Sense of the PCAST Statistics (3 hrs)<br>• Workshop: Advanced Fingerprint Pattern Interpretation (3 hrs) |
| 02/19/2018 – 02/23/2018 | American Academy of Forensic Sciences Annual Scientific Meeting. Seattle, WA (40 hrs)<br>• Workshop: Machine Readable Technologies in Travel Identity Documents (8 hrs)<br>• Special Session: Interdisciplinary Symposium; Raising the Bar in Forensic Science (4 hrs)<br>• Breakfast: The Lawyers Always Win (1.5 hrs)<br>• Luncheon: Understanding the Impact of Human Factors on Forensic Science; Case Studies in Fingerprint and Handwriting Examination (1.5 hrs) |
| 08/06/2017 – 08/12/2017 | International Association for Identification Educational Conference. Atlanta, GA (40 hrs)<br>• Workshop: Latent Print Training Programs – Building Your Lab's Future (4 hrs)<br>• Workshop: What If I Don't Agree? Approaches to Conflict Resolution in Latent Print Analysis (4 hrs)<br>• Workshop: Standing on the Cutting Edge of Forensic, Taking Steps Towards the Future (4 hrs) |
| 08/02/2015 – 08/05/2015 | International Association for Identification Centennial Educational Conference. Sacramento, CA (40 hrs)<br>• Workshop: Complex Comparisons: When To Pull the Trigger and When To Pull the Plug (4 hrs)<br>• Workshop: Reducing Erroneous Exclusions Workshop (4 hrs)<br>• Workshop: Documentation: Obscurity to Absurdity (4 hrs)<br>• Workshop: Distortion: Analysis and Discussion (Effect and Cause) (2 hrs)<br>• Workshop: Latent Print Direct Testimony-Lying the Foundation For Your Expert Testimony (4 hrs)<br>• Workshop: Latent Print Cross-Examination Testimony – Defending Your Expert Opinion (4 hrs)<br>• Workshop: Contemporaneous Bench Notes: Developing a Reasonable Minimum Standard (4 hrs) |
| 06/11/2014 – 06/13/2014 | Pacific Northwest Division, International Association for Identification Educational Conference. Coeur d'Alene, ID (15.5 hrs)<br>• Workshop: Comparison of Plantar Friction Ridge Impressions (4 hrs)<br>• Workshop: Forensic Identification (4 hrs)<br>• Workshop: Understanding Probability, Statistics, and their Application to Impression Evidence (3.75 hrs)<br>• Workshop: Standardization of Latent Print "Suitability" (3.75 hrs) |

| | |
|---|---|
| 08/05/2013 – 08/09/2013 | International Association for Identification Educational Conference. Providence, RI (40 hrs)<ul><li>Workshop: Latent Print Testimony (4 hrs)</li><li>Workshop: Investigating the Concept of Sufficiency in Latent Print Examination (4 hrs)</li><li>Workshop: Articulating the Mental Comparison Process of Fingerprint Examination (4 hrs)</li><li>Workshop: Thermal Paper, Regular Paper…What's the Big Deal (2 hrs)</li></ul> |
| 07/11/2010 – 07/17/2010 | International Association for Identification Educational Conference. Spokane, WA (40 hrs)<ul><li>Workshop: How Much is Enough: Exploring "Of Value" Decisions and Borderline Latent Prints (2 hrs)</li><li>Panel Participant: Examiner Disagreement, A Roundtable Discussion</li></ul> |
| 08/07/2005 – 08/13/2005 | International Association for Identification Educational Conference. Dallas, TX (40 hrs)<ul><li>Workshop: Effective Expert Witness Testimony (8 hrs)</li></ul> |
| 05/17/2005 – 05/20/2005 | Pacific Northwest Division, International Association for Identification Conference Spokane, WA (40 hrs)<ul><li>Workshop: Special Topics for Crime Scene Examination (4 hrs)</li><li>Workshop: Forensic Identification Techniques (16 hrs)</li></ul> |

## Formal Training Received:

| | |
|---|---|
| 09/29/2021 | Managing Cognitive Bias in Friction Ridge Examinations (3 hours via webinar)<ul><li>Defining bias and identifying sources of bias</li><li>Research and case studies</li><li>De-biasing techniques</li></ul> |
| 06/01/2021 | Common Sense Digital Imaging for Latent Print Examiners (16 hrs via webinar)<ul><li>Basic and area specific enhancements</li><li>Image calibration</li><li>Adobe Photoshop settings</li></ul> |
| 05/21/2021 | Ethical Considerations in Latent Print Examination and Testimony (4 hrs via webinar)<ul><li>Ethical standards in Forensic Science</li><li>Ethical standards in the Courtroom</li><li>OSAC and IAI recommendations</li></ul> |
| 04/22/2021 | Beyond the Discriminating Power of Friction Ridge Arrangements (4 hrs via webinar)<ul><li>Developmentally stable features vs. developmentally noisy features</li><li>Specificity and its relation to suitability and sufficiency</li><li>Different regions of the fingers/palms and the influence on minutiae density, orientation, and arrangements</li></ul> |
| 06/17/2020 | Tonal Transitions: Causes and Visual Effects (4 hrs via webinar)<ul><li>Three dimensional features of the friction ridge skin</li><li>Latent print residue components and distribution</li><li>Variation in ridge and furrow appearance</li></ul> |
| 09/16/2019 – 09/18/2019 | Practical Answers to Challenging Questions in the Courtroom (24 hrs)<ul><li>Utilizing research and standards in the courtroom</li><li>Evidence accuracy in the courtroom</li></ul> |

| | |
|---|---|
| 08/09/2016 | New Paradigm Fingerprint Reporting – Archival (1 hr)<br>• Paradigm shift in fingerprint results reporting |
| 03/09/2015 – 03/11/2015 | On-Target Solutions for Superiors<br>• Effective Leadership Principles<br>• Coaching/Guiding/Directing |
| 10/20/2014 – 10/23/2014 | Understanding Exclusion and Sufficiency Decisions (32 hrs)<br>• Sufficiency<br>• Research on Erroneous Identifications/Exclusions<br>• Comparison Complexities |
| 11/11/2013 – 11/15/2013 | Scientific Analysis (ACE-V): From the Laboratory to the Witness Stand (40 hrs)<br>• Scientific Principles<br>• Sufficiency<br>• Pattern Evidence Articulation |
| 11/05/2012 – 11/09/2012 | Statistics, Rideology and ACE-V (40 hrs)<br>• Statistics and probabilities<br>• Introductions to statistical models<br>• Understanding of the relevance of statistics and probabilities in regards to Forensic Science |
| 04/17/2012 – 04/19/2012 | Examination of Simultaneous Impressions (24 hrs)<br>• History<br>• Court Cases<br>• Processing/developing/lifting impressions<br>• Impression Packets |
| 03/19/2012 – 03/23/2012 | WSCJTC Instructor Development 1 (40 hrs)<br>• Effective Instruction Methods<br>• Adult Learning Principles<br>• Theory and Skill Presentations |
| 10/18/2010 – 10/20/2010 | Advanced Palm Print Comparison Techniques (24 hrs)<br>• Search Clues<br>• Comparisons<br>• Ridge Flow and Crease Information |
| 07/27/2010 – 07/29/2010 | MCTC Trial Preparation, Presentation and Testimony (24 hrs)<br>• Case Law<br>• Preparation and Presentation Techniques<br>• Moot Courts |
| 06/02/2010 – 06/03/2010 | Complex Latent Sufficiency (16 hrs)<br>• Break-down of Analysis Phase<br>• Identification/Exclusion/Inconclusive<br>• Comparison of Complex Latents |
| 05/17/2010 – 05/21/2010 | Post Blast Investigations (40 hrs)<br>• Explosive Devices and Components<br>• Post-Blast Search Techniques<br>• Bomb Reconstruction |
| 08/04/2009 – 08/06/2009 | Video Techniques for Law Enforcement (24 hrs) |

5

| | |
|---|---|
| 05/14/2009 – 05/15/2009 | Analysis of Distortion in Latent Prints (16 hrs)<ul><li>Distortion Effects</li><li>Latent Analysis of Distortion</li><li>Embryology</li></ul> |
| 05/12/2008 – 05/16/2008 | Advanced ACE-V Applications (40 hrs)<ul><li>Principles of Ridgeology</li><li>Principles of ACE-V Methodology</li><li>Latent Print Comparison</li><li>Probability and Statistics</li></ul> |
| 04/25/2006 - 05/04/2006 | Adobe Photoshop Elements (12 hrs)<ul><li>Adobe Photoshop basics</li><li>Creating Slide Shows</li><li>Working with layers</li><li>Organizing digital files</li></ul> |
| 03/13/2006 – 03/14/2006 | WSCJTC DNA Evidence Identification, Collection and Preservation (16 hrs)<ul><li>Crime Scene Preservation/Packaging</li><li>Laboratory Analysis</li><li>Reading Results of Laboratory Analysis</li></ul> |
| 04/05/2005 – 04/06/2005 | Scientific Analysis (15 hrs)<ul><li>History/Definition/Requirements of science</li><li>Scientific Methodology</li><li>Daubert Requirements</li></ul> |
| 10/21/2003 – 10/24/2003 | WSCJTC Violent Crime Investigation (24 hrs)<ul><li>DNA/Codis</li><li>Latents/AFIS</li><li>Prosecutorial</li><li>Medical Examiner/Archeologist</li></ul> |
| 04/21/2003 – 04/25/2003 | Bloodstain Pattern Analysis (40 hrs)<ul><li>Interpretation and Evaluation</li><li>Triangulation and Documentation</li><li>Testing</li></ul> |
| 06/2001 – 03/2003 | Comprehensive Training Program (21 months)<ul><li>Crime Scene Investigation</li><li>Photography</li><li>Fingerprint Comparison</li><li>Processing Techniques</li></ul> |
| 10/08/2003 – 10/10/2003 | Palm Print Comparison (24 hrs)<ul><li>Position orientation</li><li>Search and Comparison</li></ul> |
| 10/06/2003 – 10/07/2003 | Courtroom Testimony Techniques (16 hrs) |
| 10/07/2002 – 10/11/2002 | Ridgeology Science Workshop (40 hrs)<ul><li>Comparison Methodology</li><li>Latent Fingerprint Comparisons (6,720)</li></ul> |

| | |
|---|---|
| 08/26/2002 – 08/30/2002 | Basic Crime Scene Investigations (40 hrs)<br>• Crime Scene Search<br>• Evidence Collection<br>• Photography |
| 06/14/2001 | WSP Fingerprint Rolling Techniques (3.5 hrs) |
| 05/01/2000 – 05/05/2000 | FBI Basic Fingerprint Course (40 hrs)<br>• Classification<br>• Latent Fingerprint Comparison |

**Additional SCSO In-Service Training Received:**

| | |
|---|---|
| 2003 – 2017 | Forensic Unit In-Service Trainings: Various Topics, Certificates Available Upon Request |
| 09/2010 | First Line Academy, Leadership Training (16 hrs) |
| 2008 | Advanced Latent Comparison Packets (9,180 comparisons) |
| 2004/2008 | Basic Latent Comparison Packets (13,479 comparisons) |
| 02/2003 | FBI Palm Print/Joint Comparison Packet (44 comparisons) |
| 02/2003 | Exemplar-to-Latent Comparison Training (44 comparisons) |
| 02/2003 | Latent Palmprint Comparison Training (44 comparisons) |
| 12/2002 | Tenprint Tracing Training (202 tracings) |
| 05/2002 | Tenprint Comparison Training (690 comparisons) |
| 10/2001 | Forensic Photography (12 hrs) |
| 10/2000 | Henry Fingerprint Classification and Filing (15 hrs) |