# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
## Yakima

**USA v. REX MICHAEL KERN, JR.**       Case No. **4:22-CR-6038-MKD-1**

Yakima Video Conference (ACE @ Richland; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

**Arraignment on Superseding Indictment:**      **02/28/2023**

| | |
|---|---|
| ☒ Pam Howard, Courtroom Deputy [Y] | ☒ David Herzog, US Atty (video) |
| ☒ Sara Gore, Courtroom Deputy [R] | ☒ Nicholas Marchi, Defense Atty |
| ☒ Erica Helms, US Probation / Pretrial Services Officer (video) | ☒ Interpreter **NOT REQUIRED** |
| ☒ Defendant present ☒ in custody USM ☐ out of custody | ☐ Defendant not present / failed to appear |

| | |
|---|---|
| ☒ Rights given | ☒ Defendant continued detained |
| ☒ Acknowledgment of Rights filed | ☐ Conditions of release as previously imposed |
| ☒ Defendant received copy of charging document | |
| ☒ Defendant waived reading of charging document | |
| ☐ Charging document read in open court | |

## REMARKS

The Defendant appeared and acknowledged to the Court that their true and correct name is: REX MICHAEL KERN, JR.

Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined. Issue of detention not before the Court. Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.
3. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.