**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>-vs-<br>REX MICHAEL KERN, JR.,<br>　　　　　　　　　　Defendant. | Case No.　　4:22-CR-6038-MKD-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:　　APRIL 20, 2023<br>LOCATION:　RICHLAND<br><br>PRETRIAL CONFERENCE |

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Sara Gore | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| David Herzog, appearing via video conference<br>**Government Counsel** | | Nicholas Marchi, appearing via video conference<br>**Defense Counsel** |

[XX]  Open Court　　　　　　[  ]  Chambers　　　　　　[  ]  Video Conference

Defendant present, in custody of the US Marshal.

Defendant consented to his attorney proceeding via video conference.

Mr. Marchi moved to continue pretrial conference and trial dates (ECF No. 43) on behalf of defendant and stated the basis for continuance.

Mr. Herzog confirmed the government does not oppose the continuance request.

The Court engaged the defendant in a colloquy regarding his right to a speedy trial and confirmed his understanding and agreement to waive that right.

Speedy Trial Waiver and Statement of Reasons in Support of the Motion to Continue Trial Date previously signed and filed by defendant, (ECF No. 44).

**Court**: ends of justice are served by granting a continuance of the 05/08/2023 trial date; Defendant's Motion to Continue Trial Date, ECF No. 43, is **GRANTED**; excludable speedy trial act time ordered; the following dates are reset as follows (other deadlines to be set forth in order):

Court adopts the deadlines filed at (ECF No. 45)**.**

**Pretrial Conference:**　　　7/27/2023 at 1:30 PM in Richland
**Jury Trial:**　　　　　　　8/14/2023 at 9:00 AM in Richland, with a Final PTC at 8:30 AM

The Court informed counsel that the trial date is firm and additional continuances will not be granted absent good cause.

# [XX]　ORDER FORTHCOMING

| CONVENED:　2:30 P.M. | ADJOURNED:　2:38 P.M. | TIME:　0:08 HR. | CALENDARED　[XX] |
|---|---|---|---|