# UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>REX MICHAEL KERN JR.,<br><br>            Defendant | Case No. 4:22-CR-6038-MKD<br><br>NOTICE OF UNAVAILABILITY |

TO:        Clerk of the Court; and
TO:        D. Herzog, AUSA,

PLEASE TAKE NOTICE that CARNEY & MARCHI and Nicholas Marchi, counsel for the Defendant, that counsel will be out of the office and out of the country and unavailable from June 28, 2023, to July 12, 2023. Counsel requests that no hearings or other matters be set during the dates of unavailability.

    Dated this 26th day of June 2023.

                            *s/ Nicholas Marchi*
                            NICHOLAS MARCHI

NOTICE OF UNAVAILABILITY - 1

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Unavailability was e-mailed via ECF on 6/26/2023, to D. Herzog, Assistant United States Attorney, 402 E. Yakima, Suite 210, Yakima, WA 98901.

*S/ Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant

NOTICE OF UNAVAILABILITY - 2