Exhibit A

February 11, 2022

Police Report



## WALLA WALLA POLICE

CASE# **2022-00002452**

### FIELD CASE REPORT

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE |
|---|---|---|
| 02/11/2022 03:01 | **Possession Stolen Property** | **1200 FRANCIS AVE BLK** |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | |
| 02/11/2022 03:01 | 02/11/2022 03:01 | **Walla Walla, WA** |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 9A.56.068 **POSSESS STOLEN VEHICLE** | 1 | Commit Completed |
| | | | |
| | | | |
| | | | |
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE **Adult** | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | |
|---|---|---|---|---|
| **Arrestee** | **KERN, REX MICHAEL Jr** | | | |
| DOB **01/31/1985** | AGE OR AGE RANGE **37** | ADDRESS (STREET, CITY, STATE, ZIP) **1231 FRANCIS AVE Walla Walla, WA 99362** | | |
| RACE **White** | SEX **Male** | HEIGHT OR RANGE **5'6** | WEIGHT OR RANGE **180** | HAIR **Brown** / EYE **Brown** |
| DL NUMBER/STATE **WDL46343483B / WA** | PRIMARY PHONE **Cell Personal** **(509)956-0138** | PHONE#2 | PHONE#3 |

**SUBJECT**

| JACKET/SUBJECT TYPE **Adult** | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | |
|---|---|---|---|---|
| **Victim** | **TONASKET, KEYANA** | | | |
| DOB Redacted | AGE OR AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) Redacted **Spokane, WA 99202** | | |
| RACE **Unknown** | SEX **Female** | HEIGHT OR RANGE **5'6** | WEIGHT OR RANGE **138** | HAIR **Black** / EYE **Brown** |
| DL NUMBER/STATE Redacted | PRIMARY PHONE **Cell Personal** Redacted | PHONE#2 | PHONE#3 |

**SUBJECT**

| JACKET/SUBJECT TYPE **Adult** | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | |
|---|---|---|---|---|
| **Other Mentioned** | **RODRIGUEZ, SCORPIO GUY ROBERT** | | | |
| DOB Redacted | AGE OR AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) Redacted **Walla Walla, WA 99362** | | |
| RACE **White** | SEX **Male** | HEIGHT OR RANGE **5'10** | WEIGHT OR RANGE **165** | HAIR **Black** / EYE **Brown** |
| DL NUMBER/STATE Redacted | PRIMARY PHONE **Home** Redacted | PHONE#2 | PHONE#3 |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **277 Bayne** | **02/11/2022** | **Smith, Brian Wayne** | **02/11/2022** |

1 OF 5



# WALLA WALLA POLICE

**CASE# 2022-00002452**

### FIELD CASE REPORT

---

## VEHICLES

| VEHICLE | CODE | | | | VALUE |
|---|---|---|---|---|---|
| | **Recovered** | | | | **$6100** |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | **2012** **Hyundai** | | **VELOSTER** | | **Station Wagon** |
| | PLATE/STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | **CAX1284 / WA** | | **KMHTC6AD6CU073004** | **White** | |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |
| | **VYR/2012.VMA/HYUN.VMO/VELOSTER.VST/CP.** | | | | |

| VEHICLE | CODE | | | | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | | | | | |
| | PLATE/STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | | | | | |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| VEHICLE | CODE | | | | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | | | | | |
| | PLATE/STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | | | | | |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| VEHICLE | CODE | | | | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | | | | | |
| | PLATE/STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | | | | | |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| VEHICLE | CODE | | | | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | | | | | |
| | PLATE/STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | | | | | |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **277 Bayne** | **02/11/2022** | **Smith, Brian Wayne** | **02/11/2022** |

2 OF 5

US v KERN



## WALLA WALLA POLICE

FIELD CASE REPORT

CASE# **2022-00002452**

| NARRATIVE |
| --- |

**INVESTIGATION:**          On 02/11/2022 at approximately 0301, I was conducting patrol in a fully marked vehicle and in full uniform within the city of Walla Walla. I was southbound on Fern Ave approaching Pleasant St when I observed a vehicle in the northbound lane stopped at the stop sign; there were no other vehicles in the immediate area. The vehicle stayed stopped as I approached the intersection, drawing my attention. It had neither left nor right signal indicator flashing which indicated the driver's intent to continue north. Despite no other traffic which to yield the right of way, it sat stationary at the stop sign. I pulled up to the intersection and it slowly entered the four-way stop. I ran the plate as it passed me, continuing north on Fern Ave. The vehicle was a white Hyundai bearing Washington license CAX1284.

The return on my MCT (mobile computer terminal) showed the vehicle as stolen out of Spokane. I made a u-turn and travelled north bound, accelerating to catch the vehicle. I caught the vehicle at N Roosevelt St and E Alder St. I provided the plate to Dispatch and requested another unit for back-up. The vehicle continued north on Roosevelt, turning eastbound on Francis Ave. I notified the responding unit (Officer Keltan Fulmer). The Hyundai then crossed the center line driving the wrong way in the westbound lane and started to pull to the curb in front of 1231 Francis Ave within the city limits of Walla Walla. I activated my emergency overheads and notified OFC K. Fulmer and Dispatch of the stop.

I instructed the driver to roll down his window; he did so. I told him to turn off the vehicle and place the keys on the hood of the car. He then rolled the driver window up and opened the door. OFC K. Fulmer had arrived at this point. I told the driver to face away from me, as I could see an obvious bulge in the front pockets of his sweatshirt. He said he did not understand what was going on. I told him the vehicle was returning as stolen out of Spokane and he was detained for investigation of possession of a stolen vehicle. He turned from me at that point saying he had just bought the car. I told him to put the keys on the hood and he did. I then had him move to his left and put his hands in the air; he complied. I had him walk backwards to the sound of my voice; he complied. OFC K. Fulmer and I then placed him in handcuffs explaining again he was not under arrest at that time but was being detained, asking him if he understood; he was compliant with my instructions and said he did understand. I asked him his name and he said Rex Kern. I recognized him at this point from prior investigations to include possession of firearms. I searched him for weapons, feeling what appeared to be a gun shaped object in the sweatshirt. I asked him what it was and he said it was a lighter. I removed the object and it was a torch style lighter. I asked him from whom had he purchased the vehicle and he said a buddy's younger brother. He said the younger brother's name was Scorpio Ramirez or Rodriguez and his buddy's name was Tigger. I knew this to be

| REPORTING OFFICER | DATE | REVIEWED BY | |
| --- | --- | --- | --- |
| 277 Bayne | 02/11/2022 | Smith, Brian Wayne | 02/11/2022 |

US v KERN



**WALLA WALLA POLICE**

CASE **2022-00002452**

FIELD CASE REPORT

---

NARRATIVE (continuation)

---

Tigger Janson who had a younger brother named Scorpio Rodriguez.

Dispatch confirmed the vehicle as stolen through Spokane Police Department and informed us the owner had given permission to search the vehicle if located by law enforcement. Rex Kern was asking to speak with his attorney at this point. I informed him he was under arrest for possession of a stolen vehicle. He said he wanted to call his attorney. I told him he would be given the opportunity to do so once we had rendered the scene safe; the vehicle had not been cleared at this point.

OFC K Fulmer remained with Rex Kern. OFC Silva arrived to assist; we cleared the vehicle, ensuring no other subjects were present. I instructed OFC Silva to transport Rex Kern to jail so he could contact his attorney as soon as possible. OFC Silva took custody of Rex Kern and searched him incident to arrest and prior to transporting. He located a set of keys on the person of Rex Kern which he provided to me. These keys were on a John Deer key ring and included a key to an unknown Ford vehicle, a Sentry key stamped with 3V2, a TriMark key, two brass colored keys with no trademark or stamp, an Ilco key stamped 1606 TM6, and a Dexter by Schlage key stamped 36564. I then requested an evidentiary tow for the recovered stolen car. I took digital pictures of the vehicle. Kyle's Towing was contacted by Dispatch.

I searched the car in the presence of OFC K Fulmer and Deputy Beyer of the Walla Walla County Sheriff's Office. In the vehicle were several backpacks and bags, a nail gun on the passenger side floorboard, as well as plastic containers and a safe located in the trunk. None of the closed or locked items were opened by me or any present law enforcement. Once the tow arrived, the vehicle was taken to the Walla Walla Police Department pending a search warrant by the Walla Walla Police Department Street Crimes Unit for investigation into the possession of stolen vehicle and trafficking stolen vehicle.

I later reviewed the report completed by the Spokane Police Department. The vehicle had been reported by the owner, Keyana Tonasket of Spokane, as stolen on 01/27/22. The report indicates she believed the vehicle to have been stolen by Scorpio Rodriguez with whom she has children in common. I contacted Keyana and informed her of the recovery of her vehicle and told her she would be contacted later to make arrangements to retrieve her vehicle and that it would not be incurring any charges while stored in our evidence area. She also informed me she believed Scorpio to be at his aunt's house in Walla Walla.

I relayed this information to the Street Crimes Unit upon their arrival for shift on 02/11/22. I explained to them I additionally have personal knowledge Rex Kern has a criminal history of possession

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 277 Bayne | 02/11/2022 | Smith, Brian Wayne | 02/11/2022 |

US v KERN



**WALLA WALLA POLICE**

CASE# **2022-00002452**

FIELD CASE REPORT

---

**NARRATIVE (continuation)**

---

with intent to deliver and delivery of controlled substances. I know through training and experience that stolen property to include vehicles is often used as currency or in trade to pay drug debts or to purchase narcotics. I explained it is my belief based on the stolen vehicle and Rex Kern's possession of said vehicle, there will be evidence of sale, trade or ownership documents in the vehicle showing the nature of the transaction between Scorpio Rodriguez and Rex Kern. I also believed there was a likelihood there was the presence of narcotics in the vehicle for the same reasons. SCU Detective Watson informed me they had information from a credible and reliable source that Rex Kern was involved in significant street level sales in the Walla Walla area. I requested K9 Ofc Eastman conduct apply his narcotics dog to the vehicle; he did so. He informed me the dog did not alert on the car.

I logged the keys recovered from Rex Kern's pocket into the temporary evidence locker, transferring custody to Detective Watson who expressed his intent to apply for the search warrant. I then cleared from the call.

**EVIDENCE:**     Recovered stolen vehicle logged into property system.

**DE-ESCALATION:**     Stop was conducted using patrol car as cover and contact/cover officer principles were used. One officer was designated to give commands.

**FORCES USED: None.**

**RECORDS INSTRUCTIONS:**     Forward a copy of this report to Spokane Police Department care of Officer Jones badge number 1401.

**FINDINGS:**     Rex Kern did possess a stolen vehicle within the state of Washington which he stated he purchased from Scorpio Rodriguez, the listed suspect in the original stolen vehicle report.

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 277 Bayne | 02/11/2022 | Smith, Brian Wayne | 02/11/2022 |

Report State  Merge
WWPD Case 2022-00002452 Page 5 OF 5

US v KERN



**WALLA WALLA POLICE**

CASE# **2022-00002452**

FIELD CASE REPORT SUPPLEMENT

---

## SUPPLEMENTAL NARRATIVE

**Crime Scene Investigation:**
On 02/11/2022 at approximately 0301hrs, I was on routine patrol displaying a badge and driving a marked patrol vehicle. Sergeant Bayne had dispatch check a Washington registration. Dispatch advised Sergeant Bayne the vehicle registration he was requesting returned as a stolen vehicle out of Spokane, WA. Sergeant Bayne initiated a traffic stop with the vehicle in the 1200 block of Francis Ave. I was in the area and advised dispatch I was going to be Sergeant Bayne's backup officer.

Upon arrival, I observed Sergeant Bayne's patrol vehicle behind a small white Hyundai sedan parked on the wrong side of the road with his emergency lights activated. I exited my patrol vehicle and assisted Sergeant Bayne with a high risk stop. Sergeant Bayne called the driver out of the driver's seat of the vehicle and had the male walk back to the front of the patrol vehicle. We then detained the driver who we identified as Rex Michael Kern DOB 01/31/1985. I advised Rex he was being detained because the vehicle he was just driving was listed as stolen out of Spokane.

Rex said he didn't understand and stated he just got the vehicle approximately two days ago from his friend Scorpio Rodriguez. Rex also mentioned he was suspicious of why Scorpio wanted him to get the vehicle registered into his name quickly. Dispatch advised officers the stolen vehicle had been confirmed. Rex was advised he was under arrest for possession of a stolen vehicle and advised of his right to council and his right to remain silent. Officer Silva and I searched Rex incident to arrest and placed him into the back seat of Officer Silva's patrol vehicle.

Dispatch advised officers we had permission to search the vehicle from Spokane PD. Officers documented the condition of the vehicle by taking photos of the outside and opened the doors and captured pictures of the inside. After photos of the vehicle were taken, I checked the inside passenger side of the vehicle for any possible weapons laying out in the open. After nothing was found, the vehicle was closed, an evidentiary tow was called. Kyle's Towing arrived on scene and took the vehicle. Sergeant Bayne and I followed the tow back to the Walla Walla Police Department. The vehicle was logged into the SALT room and properly secured pending a search warrant.

Please see Sergeant Bayne's case report and Officer Silva's supplemental report for more details on this incident.

Evidence:
N/A

De-escalation:
Calm, clear commands to Rex. Multiple officers present

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 232 Fulmer | 02/11/2022 | Langley, Jason Henry | 02/11/2022 |

1 OF 2

US - KERN



# WALLA WALLA POLICE

CASE# **2022-00002452**

## FIELD CASE REPORT SUPPLEMENT

### SUPPLEMENTAL NARRATIVE (continuation)

Force used:
None

Records Instructions:
See case instructions

Findings:
See case findings

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 232 Fulmer | 02/11/2022 | Langley, Jason Henry | 02/11/2022 |

2  OF  2



**WALLA WALLA POLICE**

CASE# **2022-00002452**

FIELD CASE REPORT SUPPLEMENT

---

### SUPPLEMENTAL NARRATIVE

**SUMMARY:** Search warrant applied for, granted, and executed on stolen vehicle. Firearms, dealer amounts of various controlled substances, drug paraphernalia, and cash were seized.

**NARRATIVE:** On 02-11-22, shortly after 0300 hours, WWPD Patrol Sgt Bayne #277 initiated a traffic stop on a stolen vehicle in the 1200 block of Francis Ave in Walla Walla, WA. The vehicle was reported stolen to Spokane PD (Report 2022-20015299) on 01-28-22 by the registered owner, Keyana Tonasket. The vehicle was a white 2012 Hyundai Veloster hatchback bearing license plate WA / CAX1284.

During the traffic stop, driver / sole occupant was detained and identified as Rex Michael Kern DOB: 01-31-85. Kern advised he purchased the vehicle from a subject named Scorpio (later identified as Scorpio Guy Rodriguez DOB: ▇Redacted▇. The vehicle was confirmed stolen, and Kern was advised he was under arrest in which he requested an attorney. Kern was searched incident to arrest and transported to the Walla Walla County Jail. During the search of Kern's person, a keychain containing various keys was found in his pocket. One notable key appeared to belong to a Sentry Safe. Sgt Bayne noted a safe, backpacks, bags, and a plastic tote inside the vehicle. There was also a pneumatic nail gun on the front passenger floorboard. The vehicle was seized pending a search warrant. The registered owner of the vehicle, Tonasket, was contacted and advised her vehicle had been recovered. (*See Case Report of Sergeant Bayne and Spokane Police Department Report 2022-20015299*).

I came back into service on 02-11-22 at 0900 hours. Sgt Bayne briefed Det Reyna and me on the incident. Sgt Bayne also provided me a copy of the narrative from his case report.

Kern is known to the WWPD Patrol as well as WWPD Street Crimes Unit. He has been associated with various controlled substance investigations over the past several years. Information provided by credible and reliable sources recently indicated Kern to still be heavily involved in dealing controlled substances, notably methamphetamine and fentanyl. There is currently a pending case in Walla Walla Superior Court in which Kern is a defendant (WWPD 2020-22658) and the violation involved is possession of controlled substance with intent to deliver.

With this information, Sgt Bayne requested K-9 Ofc Eastman, and K-9 Watts perform a sniff around the exterior of the vehicle. A sniff was performed as the vehicle was stored in the WWPD Secure Impound Lot. Ofc Eastman advised K-9 Watts did not alert to the odor of controlled substances in which he is trained to detect.

Recently, there had been construction site thefts reported in the area. The reported incidents were believed to occur overnight, during the hours of darkness, and often involved the theft of power tools. Kern has a previous burglary conviction. Due to Kern being contacted in a stolen vehicle just after 3am, him previously being convicted of burglary, and tools / equipment recently being reported stolen from construction sites as well as other properties, it was believed the pneumatic nailer was possibly

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 298 Watson | 02/11/2022 | Bayne, Kevin Douglas | 02/24/2022 |



WALLA WALLA POLICE

CASE# 2022-00002452

FIELD CASE REPORT SUPPLEMENT

SUPPLEMENTAL NARRATIVE (continuation)

stolen.

I applied for a search warrant for documentation and / or other items to show evidence of who possessed the stolen vehicle over the past two weeks. The search warrant also requested to search the vehicle and items inside for stolen property. The search warrant and affidavit were reviewed by Walla Walla District Court Judge Hedine. Judge Hedine found there to be Probable Cause to issue the search warrant.

Det Bump and I went to the WWPD Secure Impound Lot to begin the search. I photographed the exterior and interior of the vehicle. We then began with the rear hatchback area. Det Bump removed items as I photographed. Located in the rear hatchback was a black Snap-On jacket, a clear white tote containing folded clothes as well as a red / black Milwaukee tool set, a red / black car vacuum, and a dark gray Sentry Safe. These items were removed in which we observed a .22 caliber pump action rifle hidden behind them. We left the .22 caliber rifle there and continued to search for items noted on the search warrant. Det Bump opened the Sentry Safe using the Sentry Safe key that was in Kern's possession during his arrest. Inside this Sentry Safe, we observed the black handgrip of a pistol that appeared to be in a holster. Also, inside the safe, we observed a clear plastic covering a digital scale. This clear plastic container had white crystal residue on the inside part of it. Based on my training and experience, this scale appeared to be used to weigh controlled substances such as methamphetamine. The white crystal substance appeared to be methamphetamine or cocaine.

Det Bump and I halted our search pending the application of an amended search warrant. We secured the items back inside the vehicle. I returned to the WWPD to amend the search warrant. The amended warrant now included the crimes: possession of controlled substance as well as unlawful possession of firearm. I requested a criminal history check on Kern. In reviewing this criminal history, I found Kern to be previously convicted of thirteen felonies in Washington. His history also showed felony convictions in Oregon and Idaho.

Judge Hedine reviewed the amended search warrant and associated documents, finding there to be Probable Cause to issue the amended warrant.

Det Bump and I went back to the WWPD Secure Impound Lot to proceed with the search. The .22 caliber rifle was removed and photographed. It was not loaded with live ammunition. The rifle was a Winchester model 61, S/N 213864. In checking, the rifle was not reported stolen. Det Bump opened the safe and removed the items from inside. Amongst the items was a black Taurus model 709 9mm pistol in a holster. There was no round in the chamber, however, there were seven rounds in the magazine inserted into the pistol. The previously described scale and another scale were located in the safe. Both scales turned on and appeared to be in working condition. Each scale had white powder residue on their plate as well as on the edges. The silver scale with clear cover was tested for both methamphetamine and cocaine, showing presumptive positive for both. The green and white scale was tested for methamphetamine, showing presumptive positive. Also, in the safe was a black zippered pouch containing a lock. Det Bump figured out the code to the lock; the code was 999. Inside this black pouch was a baggie of dried marijuana and a larger ziploc bag of white crystal substance.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 298 Watson | 02/11/2022 | Bayne, Kevin Douglas | 02/24/2022 |

Report State: Merge
WWPD Case Supp 2022-00002452 Page 4 OF 10

US v KERN



### WALLA WALLA POLICE

CASE# **2022-00002452**

FIELD CASE REPORT SUPPLEMENT

---

### SUPPLEMENTAL NARRATIVE (continuation)

Based on my training and experience this white crystal substance appeared to be methamphetamine. This substance was tested, showing presumptive positive for methamphetamine.

We then searched a black zippered bag on the front passenger floorboard next to the pneumatic nailer. Below this bag was a folder containing tax documents belonging Kern. This bag contained dried marijuana, what appeared to be marijuana oil or butter, a baggie of white powdery substance, several unused ziploc baggies, a larger baggie of white crystal substance, a red digital scale, and a large sum of cash. The cash was double bagged separately by Det Bump using a new set of gloves. Based on my training and experience, the white powdery substance appeared to be cocaine and the white crystal substance appeared to be methamphetamine. The digital scale was tested, showing presumptive positive for methamphetamine. The baggies of noted substances were each tested, showing presumptive positive for marijuana, cocaine, and methamphetamine. Inside this same black zippered bag was a small red notebook containing writing that appeared to be associated with Kern's pending case from 2020.

In the rear right seat was a red backpack containing several documents addressed to Kern. These documents included court paperwork, casino cards, and a receipt all with Kern's name. Also, in this red backpack was a smaller camouflage backpack containing various glass smoking devices with burnt white residue inside. Based on my training and experience, these appeared to be pipes used to smoke substances such as methamphetamine. The camouflage backpack also contained a title and what appeared to be a bill of sell for the stolen Hyundai. In reading this paperwork, it appears as if Tonasket sold the vehicle on 01-27-22 or 01-28-22 for $500. Following the search, I contacted Tonasket. She was shown the vehicle title and bill of sell located during the search. Tonasket advised she did not sign this paperwork, nor did she have any intention of selling her vehicle. Tonasket advised the writing and signatures were not from her.

A 18V Milwaukee battery pack in the vacuum was checked by serial number, J51ADCAE 191007 046003, as well as another similar battery and the pneumatic nail gun. These items were not found to be reported stolen. Following the search, a seized property receipt was placed on the windshield of the vehicle along a copy of the search warrant and amended search warrant. I secured the vehicle and photographed the documents on the windshield.

We transported seized items to the WWPD where they were processed and logged into evidence. The cash located in the black zippered bag with the suspected controlled substances was counted, totaling $2,700.00.

The total package weight of the seized suspected methamphetamine was approximately 508.68 grams. Total package weight of seized suspected cocaine was approximately 21.58 grams. Total package weight of seized suspected marijuana was approximately 240.22 grams. Based on my training and experience, the amount of each of these controlled substances is more than the typical user possesses. It should also be noted that various digital scales in working condition, dozens of unused ziploc baggies, and a large amount of currency was also located amongst the suspected controlled substances.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **298 Watson** | 02/11/2022 | **Bayne, Kevin Douglas** | 02/24/2022 |

US v KERN



**WALLA WALLA POLICE**

CASE# **2022-00002452**

FIELD CASE REPORT SUPPLEMENT

---

### SUPPLEMENTAL NARRATIVE (continuation)

I contacted Tonasket again to advise the vehicle search was complete. I explained the process to retrieve her vehicle from our Evidence Officer, Nikki Williams. I also asked Tonasket if she had been contacted by Rodriguez or any of his associates regarding the stolen vehicle. Tonasket advised Rodriguez called her and said he sold the car to a guy who has lots of cars in exchange for $2,000. Tonasket said Rodriguez told her the rims were repainted by the guy he sold it to. Tonasket provided a phone number for Rodriguez as being 509-[Redacted]. I later attempted that number with no answer. Rodriguez has a felony warrant issued out of Walla Walla Superior Court for various charges, one of which is theft of motor vehicle.

On 02-14-22, Richard Cornwell turned over a flash drive containing video footage to WWPD Sgt Maiuri #293. That flash drive was then turned over to me. According to Cornwell, this footage was from his residence, 217 Prosect Ave, in Walla Walla County. The video footage apparently captured the transaction between Kern and Rodriguez. I reviewed the video footage. Based on the date of the footage, it appears the transaction took place on 02-07-22 (ten days after it being reported stolen).

The camera appeared to be directed to the south which is a gravel parking lot, garage, and shop of 217 Prosect Ave. The stolen Hyundai pulled into the driveway and parked at 20:27. A male and female walked from the shop when the Hyundai pulled up. I believe the female was Chelsey Arriola. At 20:28, Rodriguez exited the driver seat of the Hyundai and walked to where Arriola was. They went inside the shop. Interestingly, the footage then jumped from 20:28 to 20:58. This showed Cornwell and Kern walk around the outside of the vehicle checking it out for the next couple minutes as another male subject temporarily exited the shop before going back inside. Cornwell then went into the shop at 21:02 as Kern got into the driver's seat of the Hyundai. The footage then jumped from 21:02 to 20:52 for a few seconds before skipping to 21:06. At 21:06 Cornwell walked back to the shop as a female exited and walked toward the house. The Hyundai has at least two occupants as it backed out of the parking lot and drove northbound toward Prospect Ave. The footage then jumped to 21:15 as the Hyundai arrived back in the gravel parking lot. Next, the footage jumped to 22:37 as a white Honda Civic with black hood / fenders now is on scene along with several subjects. I believe the subjects include the owner of the Honda Civic who is Stephen Courson, as well as Rex Kern, Troy Hays, and Scorpio Rodriguez. The footage repeated itself and then showed Courson moving his white Honda to the south in the driveway. Then, some subjects got into a Ford Mustang while Courson and others dispersed into the shop. Courson then exited the shop, got into his Honda, and left. The occupied Mustang left shortly after. The footage then ended.

I believe Cornwell intentionally left parts of the footage out that possibly involved criminal activity that he, Kern and / or the others were involved in that they did not want Law Enforcement to observe. I believe this because when Kern talked to his girlfriend, Danielle Nelson, in a jail phone call, he directed her to make sure Cornwell does not include certain footage. *I will be doing a supplemental report regarding phone calls made by Kern while in jail.*

I saved a copy of the video footage provided by Cornwell and added it to the investigation. The flash

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 298 Watson | 02/11/2022 | Bayne, Kevin Douglas | 02/24/2022 |

Report State: Merge
WWPD Case Supp 2022-00002452 Page 6 OF 10



WALLA WALLA POLICE

CASE# **2022-00002452**

FIELD CASE REPORT SUPPLEMENT

---

SUPPLEMENTAL NARRATIVE (continuation)

---

drive was logged into evidence.

On 02-15-22, I contacted K-9 Officer Eastman #219 and requested his K-9 partner, Watts, perform a sniff on the money located inside the vehicle. I removed the money from the safe in the Patrol equipment room. I removed the money from the double-bagged packaging and placed it into a section of the sniff box at 1544 hours. Officer Eastman arrived with K-9 Watts. I advised Officer Eastman what time I placed the money in the sniff box but did not indicate what section. At 1604 hours, Officer Eastman removed K-9 Watts from his Police vehicle and allowed him to perform the sniff. Officer Eastman advised K-9 Watts alerted to a section of the sniff box. This was the section I placed the money. I removed the money and placed it back inside the double-bagged packaging. I resealed the bag with evidence tape and secured it in an evidence locker. Sgt Potter #244 was notified in which a seizure notice was prepared. The seizure notice was turned over to Evidence Technician Nikki Williams who prepared a forfeiture notice. The forfeiture notice was served to Kern at the Walla Walla County Jail by Det Reyna #266.

At about 1758 hours, I contacted Cornwell via phone at 509-████████ I told him I received the flash drive he provided to Sgt Maiuri in which he acknowledged. I asked Cornwell to explain what he knew about the transaction involving the stolen vehicle. Cornwell advised he is friends with Kern and not so much with Rodriguez. Cornwell said Kern purchases vehicles and had him (Cornwell) fix the vehicles before being resold. Cornwell said on the night of the footage he provided, Kern asked him to assist in checking a vehicle (the stolen Hyundai) to see if it would be worth purchasing. Cornwell advised Rodriguez showed up in the vehicle along with Troy Hays and a female he believed was Hays' girlfriend. Cornwell said the female had a tattoo on her face but did not know her. Cornwell said Rodriguez was originally asking $7,000 for the Hyundai but then dropped the price to $6,500. Cornwell said Rodriguez dropped the selling price again to $6,000 while speaking with Kern. Cornwell was unsure what the final agreed upon price was for the Hyundai. He said Kern and Rodriguez took the vehicle for a test drive before the transaction concluded. Cornwell said Rodriguez had the title as he pulled it out of his pocket. Cornwell mentioned the vehicle had a rebuilt title because of some marking on the vehicle. He also said Rodriguez "had a homie repaint the rims" and the paint job was not good. Cornwell advised he had screenshots provided by Chelsey Arriola that Rodriguez sent him after Kern was arrested. Apparently, these screenshots were between Arriola and Rodriguez. Cornwell forwarded these screenshots to me. From what I could decipher, the communication involved Arriola cursing at Rodriguez. I asked Cornwell to provide clearer screenshots of the texts, however, he did not do this. I added what was provided to me from Cornwell to the case. Attached to the text string in the screenshots, there is an email confirmation of a reported online bill of sell for the vehicle. The transaction date was noted as 01-28-22 and the submission date was 01-29-22. I found this interesting as the transaction in the footage appears to have taken place several days after this, on 02-07-22. Cornwell advised several people are looking for Rodriguez now and as of a couple days ago he heard Rodriguez was broke down in a vehicle in Portland. I thanked Cornwell and ended shortly after.

It appears Rodriguez filled out an online bill of sale and received the email confirmation of this. Rodriguez did this without the permission or knowledge of the registered owner, Tonasket. It also

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **298 Watson** | 02/11/2022 | **Bayne, Kevin Douglas** | 02/24/2022 |

US v KERN



**WALLA WALLA POLICE**

CASE# **2022-00002452**

FIELD CASE REPORT SUPPLEMENT

---

### SUPPLEMENTAL NARRATIVE (continuation)

---

appears Rodriguez had someone else write up a bill of sale and fill out the registered owner portion of the title, or he did this himself. Either way, the documents recovered in Kern's backpack regarding the vehicle were not filled out by Tonasket nor did she give permission for anyone to take, sell, or purchase her vehicle. Furthermore, the price in which the vehicle was sold for varied between statements and documents. All of these purchase prices appear lower than the vehicle value according Kelley Blue Book pricing that I located online. It appears a reasonable person purchasing a vehicle like this would know the transaction and the circumstances in which it is being sold are not legitimate, and most likely illegal. The documents found in Kern's bag and the online documents indicate the sale to be around the date of 01-28-22, while the camera footage provided by Cornwell shows the transaction took place over a week later, on 02-07-22. The documents found in Kern's bag indicate the sale price to be $500 while the online bill of sale indicates the vehicle sold for $5,000. Both of these purchase prices vary from what Rodriguez told Tonasket, which was $2,000. In checking, it appears a vehicle like this would typically sell for approximately $6,600 to $7,800. Therefore, I believe a reasonable person would have known the vehicle transaction was not legitimate, and the vehicle was possibly stolen, due to the greatly reduced selling price. Based on this information provided and the documents recovered, as well as the statement from the registered owner, it appears Kern and Rodriguez were involved in trafficking the stolen vehicle. I believe Kern knowingly engaged in the transaction for a stolen vehicle where the registered owner was not present, and the paperwork was not properly filled out.

The firearms, ammunition, accessories, and suspected controlled substances will be sent off to the Washington State Patrol Crime for latent print examination and further testing. Evidence Officer Williams filled out an ATF Trace Request for the firearms.

I have participated in multiple investigations involving controlled substances. I have also attended several trainings in my career as a Deputy, Officer, and Detective that focus on controlled substance investigations. I have interviewed multiple subjects associated with use and dealing controlled substances. Based on my training and experience, I believe the amounts of each suspected controlled substance located in the stolen vehicle driven by Kern are dealer amounts and not user amounts. My beliefs are supported by the seizure of three scales recovered in working condition containing suspected controlled substances, as well as unused ziploc baggies, firearms, and a large amount of of cash. In my training and experience, subjects dealing in controlled substances often possess firearms. I have learned that dealers of controlled substances possess firearms to protect themselves from others trying to take their cash, property, and controlled substances. I have also learned that dealers often "front" controlled substances to users in which users are indebted to the dealers. Often when users are unable to or do not pay the debt, dealers threaten harm or do harm to them. This is often done using firearms. Therefore, it is my belief these firearms belonged to Kern and were in his possession along with the large amount of suspected controlled substances and quantity of cash. It should also be noted that amongst Kern's convictions in Washington, Oregon, and Idaho, several of those convictions involve firearms and controlled substances.

I faxed a request to Washington Employment Services Department regarding records of earnings and / or income by Kern between 11-11-21 and 02-11-22. On 02-18-22 I received a response. The

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 298 Watson | 02/11/2022 | Bayne, Kevin Douglas | 02/24/2022 |

US v KERN



**WALLA WALLA POLICE**

CASE# **2022-00002452**

FIELD CASE REPORT SUPPLEMENT

---

### SUPPLEMENTAL NARRATIVE (continuation)

---

response indicated from 11-11-21 through 02-11-22, Kern did not receive payment for unemployment insurance benefits. The response also noted from 10-01-21 to 12-31-21, no wages were reported by employers in the State of Washington for Kern.

On 02-23-22, an ATF Trace Report (Firearms Trace Summary) was received regarding the Taurus 9mm, S/N TJZ21126. The summary indicated the Taurus 9mm was purchased by Branden Thomas Dukes on ▇Redacted▇ from Smoky Mountain Guns and Ammo LLC in ▇Redacted▇ TN. I located a valid phone number for Dukes and called him. I confirmed his identity by having him provide his full name, DOB, and current address. I then advised him of my investigation and inquired about the Taurus 9mm he purchased in 2018. Dukes said he had the gun for about a year but then sold it via private party (he noted in Tennessee it is legal to sale firearms private party) to help pay for car parts. Dukes did not recall who he sold it to, nor does he have the purchaser's contact information. Dukes advised he will contact me if he recalls the name of the purchaser. I thanked Dukes and ended contact.

This incident occurred in the City of Walla Walla, County of Walla Walla, State of Washington.

*Facial Recognition Technology was not utilized in this investigation.*

**EVIDENCE:**   Two hundred and ninety-four (294) photographs
Probable Cause Affidavit
Search Warrant Packet (original)
Search Warrant Packet (amended)
Copy of Spokane PD Case Report 2022-20015299
Video Surveillance footage provided by Richard Cornwell
Screenshots provided by Richard Cornwell
Employment Service Department records
ATF Trace report for the Taurus 9mm

**DE-ESCALATION:**   No contact made with suspect; de-escalation not used. Contact made with victim via phone; polite, professional communication was used.

**FORCE USED:**   I did not have contact with suspect; force was not used.

**RECORDS INSTRUCTIONS:**   Forward all documentation associated with case to the Prosecuting Attorney's Office.

**FINDINGS:**
Based on the statements made by Rex Kern and Keyana Tonasket, as well as the evidence located, it appears Kern was in violation of:
  RCW 9.41.040 - Unlawful Possession of Firearm 1st Degree x **2 counts**

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 298 Watson | 02/11/2022 | Bayne, Kevin Douglas | 02/24/2022 |

9 OF 10

US v KERN



**WALLA WALLA POLICE**

CASE# **2022-00002452**

FIELD CASE REPORT SUPPLEMENT

---

### SUPPLEMENTAL NARRATIVE (continuation)

---

RCW 9A.56.068 - Possession of Stolen Vehicle
RCW 9A.82.050 - Trafficking Stolen Property 1st Degree
RCW 69.50.401.2 - Possession of Controlled Substance with Intent to Deliver x **3 counts** (methamphetamine, cocaine,
  marijuana)
RCW 69.50.412 - Possession of Drug Paraphernalia

Based on the statements made by Rex Kern and Keyana Tonasket, as well as the evidence located, it appears Scorpio Rodriguez was in violation of:
RCW 9A.82.050 - Trafficking Stolen Property 1st Degree

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **298 Watson** | 02/11/2022 | **Bayne, Kevin Douglas** | 02/24/2022 |

10 OF 10

July 21, 2022

Police Report



## WALLA WALLA POLICE

### FIELD CASE REPORT

CASE# **2022-00014884**

| EVENT | | | |
|---|---|---|---|
| REPORTED DATE/TIME 07/21/2022 15:06 | OCCURRED INCIDENT TYPE Warrant Service | | LOCATION OF OCCURRENCE |
| OCCURRED FROM DATE/TIME 07/21/2022 15:06 | OCCURRED THRU DATE/TIME 07/21/2022 15:06 | | 217 PROSPECT AVE Walla Walla Co, WA |

| OFFENSES | | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|
| | 01 | 00.00.001 WARRANT OTHER AGENCY | 1 | Commit Completed |
| | 02 | | | |

| SUBJECT | JACKET/SUBJECT TYPE **Adult** Arrestee | NAME (LAST FIRST MIDDLE SUFFIX KERN, REX MICHAEL Jr | | | |
|---|---|---|---|---|---|
| | DOB 01/31/1985 | AGE or AGE RANGE 37 | ADDRESS STREET CITY STATE ZIP 1231 FRANCIS AVE Walla Walla, WA 99362 | | |
| | RACE White | SEX Male | HEIGHT or RANGE 5'6 | WEIGHT or RANGE 180 | HAIR Brown | EYE Brown |
| | DL NUMBER/STATE WDL46343483B / WA | PRIMARY PHONE Cell Personal (509)956-1772 | PHONE #2 | PHONE #3 |

| SUBJECT | JACKET/SUBJECT TYPE **Adult** Other Mentioned | NAME (LAST FIRST MIDDLE SUFFIX CORNWELL, RICHARD EUGENE III |
|---|---|---|
| | DOB | AGE or AGE RANGE | ADDRESS STREET CITY STATE ZIP |

Redacted

| SUBJECT | JACKET/SUBJECT TYPE | NAME (LAST FIRST MIDDLE SUFFIX |
|---|---|---|
| | DOB | AGE or AGE RANGE | ADDRESS STREET CITY STATE ZIP |
| | RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |

| REPORTING OFFICER 230 Klicker | DATE 07/21/2022 | REVIEWED BY Greenland, Matthew James | 07/22/2022 |
|---|---|---|---|

1 OF 6



**WALLA WALLA POLICE**

CASE# **2022-00014884**

FIELD CASE REPORT

| VEHICLES |
| --- |

| | CODE | | | | VALUE |
|---|---|---|---|---|---|
| **VEHICLE** | Seized | | | | $1 |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | 2004 | Ford | MUSTANG | | Sedan (Doors Not Specified) |
| | PLATE STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | CCS4071 / WA | | 1FAFP42X54F140643 | Gray | Gray |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |
| | VYR/2004.VMA/FORD.VMO/MUSTANG.VST/CP. | | | | |

| | CODE | | | | VALUE |
|---|---|---|---|---|---|
| **VEHICLE** | | | | | |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | | | | | |
| | PLATE STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | | | | | |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| | CODE | | | | VALUE |
|---|---|---|---|---|---|
| **VEHICLE** | | | | | |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | | | | | |
| | PLATE STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | | | | | |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| | CODE | | | | VALUE |
|---|---|---|---|---|---|
| **VEHICLE** | | | | | |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | | | | | |
| | PLATE STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | | | | | |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| | CODE | | | | VALUE |
|---|---|---|---|---|---|
| **VEHICLE** | | | | | |
| | VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | | | | | |
| | PLATE STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| | | | | | |
| | ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 230 Klicker | 07/21/2022 | Greenland, Matthew James | 07/22/2022 |



**WALLA WALLA POLICE**

**FIELD CASE REPORT**

Case 2022-00014884

---

### NARRATIVE

### INVESTIGATION:

On 07/21/2022 at approximately 1506 hours, while on regular uniformed patrol, I observed Rex Michael Kern Jr. DOB 01/31/1985 walking back and forth between two vehicles, a gray Ford Mustang and a Green Jeep Liberty at 217 Prospect Ave. He was in and out of both vehicles. Earlier in the shift I saw that Rex had an unconfirmed felony warrant out of Walla Walla County Superior Court. I ran his name through dispatch and notified dispatch that I would be out with him at the location. Dispatch advised of the unconfirmed warrant, and I asked them to confirm.

Dispatch advised the warrant was confirmed. Officer Lemons arrived on scene to assist. I notified Rex of the confirmed warrant and asked him to place his hands behind his back. I placed him into restraints checked them for proper gauge and double locked them. Dispatch was notified that he was in custody. Rex was searched incident to arrest and placed into my patrol vehicle. While searching Rex I located a key/fob in his pocket that he said belonged to his Jeep Liberty on scene. WA/CCS3972. Rex was also in possession of a green glass pipe with a bulb at the end of it. In my training and experience I know this type of pipe is typically used for smoking methamphetamine. Rex was also found in possession of brass knuckles that were multicolored. These brass knuckles were located in his left pants pocket. Rex had a wallet that contained $94 in cash. It was counted by both Officer Lemons and I. It was placed back in a safe place to go with him to the jail.

Rex was concerned about his Ford Mustang WA/CCS4071 that was currently running at an idol on the property. Rex was trying to get back to the vehicle when I initially contacted him. He was very concerned and wanted to make sure someone took the vehicle. Rex was placed into my patrol vehicle. Once in the patrol vehicle I informed him that the warrant was for Attempt to Elude a Police Vehicle. He replied with a comment similar to, "Damnit, I didn't think about that." After placing Rex into my patrol vehicle, I went up to the vehicle to examine it. Inside the vehicle I observed a backpack on the front passenger seat of the vehicle. The backpack had two pipes that appeared to be marijuana pipes and a small zip lock bag that was privately packaged with marijuana inside. In the backseat behind the front passenger seat, there is a black and silver lock box. This lock box was of interest due to the fact that Rex is on pre-trial release for Possession with Intent reference incident number 2022-2452 Walla Walla PD. Reference this incident Rex had a lock box in the vehicle that contained a firearm and a large quantity of methamphetamine. In my training and experience, a subject that is dealing or selling narcotics carry locking type containers to protect the valuable contents of controlled substances.

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 230 Klicker | 07/21/2022 | Greenland, Matthew James | 07/22/2022 |



**WALLA WALLA POLICE**

**FIELD CASE REPORT**

CASE# **2022-00014884**

---

**NARRATIVE (continuation)**

---

Officer Lemons assisted me in transporting Rex to the Walla Walla County Jail. Rex was logged into jail without incident for the confirmed felony Walla Walla Superior Court Warrant No. 22-1-00221-36.

Officers assisted with me with contacting the property owner on scene Richard Eugene Cornwell DOB ▓Redacted▓ 1993.

The Ford Mustang is registered to Rex, and he stated that he is the owner of the vehicle.

The mustang is currently parked on the edge of 217 Prospect Ave in the driveway of the property.

Detective Reyna arrived on scene to assist. Richard was asked if he would allow consent to Officer Eastman deploying K-9 Watts for a K-9 sniff. Richard denied and said that he could not allow that.

It was decided at that point to apply for a search warrant for the crimes of Possession with Intent to Deliver, asking to grant permission for K-9 Handler Officer Eastman to enter the parking stall on where the vehicle was located to conduct a K-9 sniff of the vehicle.

Deputies with Walla Walla Sheriff's Office assisted and talked with Richard while I applied for the warrant.

I applied for a search warrant on scene and submitted it via email to Judge Hedine at 1733 hours.

At 5:43 PM Judge Hedine replied to the email and advised that there was probable cause to issue the warrant. He gave me permission to sign his name on the warrant.

Officer Eastman arrived on scene. A copy of the signed warrant was given to Richard on scene and explained to him. He stated that he understood.

At approximately 1757 hours, Officer Eastman deployed K-9 Watts. Officer Eastman advised that K-9 Watts alerted to the vehicle. Officer Eastman called for an evidentiary tow to the scene.

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 230 Klicker | 07/21/2022 | Greenland, Matthew James | 07/22/2022 |

Report State: Merge
WWPD Case 2022-00014884 Page 4 OF 6



**WALLA WALLA POLICE**

CASE# **2022-00014884**

FIELD CASE REPORT

---

NARRATIVE (continuation)

---

Lightfoot's Towing arrived and took possession of the vehicle. During the process of loading the vehicle, the back passenger tire went flat. Lightfoot's transported the vehicle to the Walla Walla Police Department Corp Yard pending application of search warrant for the crime of 69.50.401 Possession with Intent to Deliver. The vehicle was secured with evidence tape at all access points and secured on scene.

Knife, glass green pipe and brass knuckles were logged into LERMS.

Pictures placed into the department's O: drive.

**EVIDENCE:**

Knife, glass green pipe and brass knuckles were logged into LERMS.

Pictures placed into the department's O: drive.

**DE-ESCALATION:**

Multiple Officers on scene. Clear concise commands.

**FORCES USED:**

N/A

**RECORDS INSTRUCTIONS:**

Task Force

**FINDINGS:**

Rex Kern was found to have a confirmed felony warrant. He was placed into custody and transported to the Walla Walla County Jail without incident. Rex was found in possession of brass knuckles and a glass pipe with a bulb at the end of it. Rex was in and out of a Ford Mustang when contacted. Inside the mustang was a lock box in the back seat and a backpack on the front passenger seat. These items were of interest due to prior incidents listed above. Officer Lemons assisted me in transporting Rex to the Walla Walla County Jail. Rex was logged into jail without incident for the confirmed felony Walla Walla Superior Court Warrant No. 22-1-00221-36. A warrant was applied for and submitted via email to Judge Hedine. He advised there was probable cause to issue the warrant and Officer Eastman deployed K-9 Watts for a K-9 sniff. Officer Eastman advised that K-9 Watts alerted to the vehicle. An evidentiary tow was called to the scene. Lightfoot's Towing arrived and took possession of the vehicle. During the process of loading the

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 230 Klicker | 07/21/2022 | Greenland, Matthew James | 07/22/2022 |



**WALLA WALLA POLICE**

**FIELD CASE REPORT**

CASE 2022-00014884

---

**NARRATIVE (continuation)**

---

vehicle, the back passenger tire went flat. Lightfoot's transported the vehicle to the Walla Walla Police Department Corp Yard pending application of search warrant for the crime of 69.50.401 Possession with Intent to Deliver. The vehicle was secured with evidence tape at all access points and secured on scene.

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 230 Klicker | 07/21/2022 | Greenland, Matthew James | 07/22/2022 |

Report State: Merge
WWPD Case 2022-00014884 Page 6 OF 6



**WALLA WALLA POLICE**

FIELD CASE REPORT SUPPLEMENT

CASE 2022-00014884

---

**SUPPLEMENTAL NARRATIVE**

---

**SUMMARY:** On 07-21-2022, Rex M. Kern Jr. was arrested for a confirmed arrest warrant. During the follow-up investigation, it was discovered Rex was in possession of Marijuana, Methamphetamine, and Fentanyl with the intent to deliver. Rex was also in possession of two (2) semi-automatic pistols and a set of metal knuckles.

**INVESTIGATION:** On 07-21-2022, at about 3:09 P.M., Ofc. N. Klicker observed and arrested Rex M. Kern / DOB: 01-31-1985, for a confirmed arrest warrant, at 217 Prospect Ave. Ofc. Klicker observed Rex outside going between two vehicles, a gray Ford Mustang, and a green Jeep Liberty. Ofc. M. Lemons arrived on scene and assisted Ofc. N. Klicker with the arrest.

Ofc. N. Klicker searched Rex incident to arrest. Ofc. N. Klicker recovered the following items from Rex's person: a key/fob for the green Jeep Liberty, a clean, green, glass pipe with a bulbous end which is commonly used for smoking Methamphetamine, a black folding knife, and a set of multi-colored metal knuckles. Rex was transported to the Walla Walla County Jail, by Ofc. M. Lemons, without incident.

Det. J. Langlois and I responded to 217 Prospect Ave. to assist. While on scene, I asked for voluntary consent from Richard E. Cornwell III / DOB: [Redacted] 1983, for his permission to allow Police Officers to include K9 Ofc. E. Eastman and his K9 partner Watts onto his property to conduct a K9 sniff of Rex's Ford Mustang. Ofc. N. Klicker stated he observed Rex standing next to the Ford Mustang which was running at an idle unoccupied. He stated Rex was very concerned trying to get someone to take his Ford Mustang. Richard stated he had been doing some repair work on Rex's Ford Mustang. Richard stated he did not know how Rex arrived at his home. Richard informed me he had spoken with Rex's attorney via telephone. He stated Rex's attorney, Mr. William McCool, advised him not to give Police consent. Richard also stated Mr. McCool asked him to turn off Rex's Ford Mustang. Richard stated he did not turn off the Ford Mustang as he did not know what was in it and he did not want to get involved. I explained to Richard this was his right, and that we were going to apply for a search warrant requesting to enter the parking area of his property to conduct a K9 sniff. Richard stated this would be fine.

Ofc. N. Klicker applied for and was granted a search warrant for Police, to include Ofc. E. Eastman and his K9 partner Watts, to enter the property located at 217 Prospect Ave. Walla Walla, Washington 99362 to conduct a K9 sniff of Rex's Ford Mustang

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 266 Reyna | 07/22/2022 | Potter, Steven Lyle | 07/29/2022 |



**WALLA WALLA POLICE**

us# **2022-00014884**

**FIELD CASE REPORT SUPPLEMENT**

| SUPPLEMENTAL NARRATIVE (continuation) |
| --- |

(WA/CCS4071).

Ofc. E. Eastman arrived on scene and conducted the K9 sniff with his K9 partner, Watts. Ofc. E. Eastman informed us Watts had alerted to the odor of narcotics coming from Rex's Ford Mustang (WA/CCS4071). Ofc. E. Eastman requested an evidentiary tow for the Ford Mustang.

Lightfoot's Towing Company arrived on scene. It must be noted that during the tow process, the tow truck driver accidentally punctured the right rear tire of the Ford Mustang. The driver stated Lightfoot's Towing Company would replace the punctured tire with a new tire. Ofc. N. Klicker and I followed the tow truck and Ford Mustang to the secure City of Walla Walla vehicle impound located at 55 E. Moore St. Walla Walla, WA. 99362. We secured the Ford Mustang with evidence tape at all access points to the interior of the vehicle. We secured the vehicle storage area, set the security alarm, and locked the door.

Ofc. N. Klicker applied for and was granted a second (amended) search warrant, to search Rex's Ford Mustang, for the crime of: RCW: 69.50.401- Possession of a Controlled Substance with Intent to Deliver. Ofc. N. Klicker stated he was going on days off and requested Det. J. Langlois and I to serve his granted search warrant on 07-22-2022 when we return to work. I advised Ofc. N. Klicker that we would serve his search warrant when we return to work on 07-22-2022.

On 07-22-2022, at about 8:22 A.M., I retrieved the set of metal knuckles, a clean, green, glass pipe with a bulbous end, and a black folding knife from Temporary Evidence Locker #4. Ofc. N. Klicker had requested I book these items into evidence for him. Using the locker key provided by Ofc. N. Klicker, I unlocked Temporary Evidence Locker #4, I retrieved the items, photographed the items, and secured each item into plastic evidence bags. I logged this evidence into LERMS Quick Property and secured them in Evidence Locker #003 at about 8:51 A.M.

On 07-22-2022, at about 9:00 A.M., Det. J. Langlois, Det. S. Thompson, Evidence Ofc. N. Williams and I went to the secure Walla Walla Police Department vehicle storage located at 55 E. Moore St. in Walla Walla, Washington 99362. We were serving Ofc. N. Klicker's granted search warrant on the aforementioned probable cause information. This search warrant is for Rex Michael Kern Jr's Gray, 2004, Ford Mustang, bearing Washington License Plate #: CCS4071. Prior to beginning our search, I photographed the exterior and interior of the Ford Mustang. I then began searching the trunk area of

| REPORTING OFFICER | DATE | REVIEWED BY | |
| --- | --- | --- | --- |
| 266 Reyna | 07/22/2022 | Potter, Steven Lyle | 07/29/2022 |



**WALLA WALLA POLICE**

**2022-00014884**

FIELD CASE REPORT SUPPLEMENT

---

SUPPLEMENTAL NARRATIVE (continuation)

---

the Ford Mustang. I did not find any items of evidentiary value in the trunk area of the Ford Mustang.

During our lawful search of the Ford Mustang, and while searching for evidence of the original listed offense: RCW 69.50.401- Possession of Narcotics with intent to Deliver, Det. S. Thompson located a loaded black semi-automatic pistol, in a black nylon holster. This firearm was inside a black and gray backpack, which was on the front passenger seat. This backpack also contained Marijuana individually packaged for sales, a large amount of Methamphetamine, a large amount of suspected blue Fentanyl tablets, and an unknown large amount of US cash money.

Based upon my training and experience of over twenty years of investigating drug related offenses, I believe this backpack contained a distribution amount of suspected Methamphetamine, a distribution amount of suspected blue Fentanyl tablets, a distribution amount of suspected Marijuana and a large amount of US cash money, drug proceeds. The firearm was left in place as it was not covered under the original search warrant.

Det. S. Thompson continued her search under the authority of the original search warrant for narcotics related evidence. In a silver case, which was in the back seat area of the Ford Mustang, Det. S. Thompson discovered a second black semi-automatic firearm along with a bag of bullets and two magazines. One of these magazines was loaded with 9 mm bullets. This firearm was also left in place as it was not covered under the original search warrant.

I left the secure vehicle storage area and went to the Walla Walla Police Station to apply for an amended search warrant to search, photograph, and to collect evidence of the crime of RCW: 9.41.040- Unlawful Possession of Firearm(s) from the Ford Mustang.

On 07-22-2022, at about 9:51 A.M., I requested Records Technician D. Hood run a criminal history check on Rex Michael Kern Jr. / DOB: 01-31-1985. I know Rex to be a convicted felon, but I wanted to confirm this. The criminal history check revealed that Rex Michael Kern Jr. / DOB: 01-31-1985 has multiple felony convictions. Due to these convictions, Rex is prohibited from lawfully possessing firearms.

While I was away applying for the amended search warrant for firearms, Det. J. Langlois, Det. S. Thompson, and Evidence Ofc. N. Williams continued processing the Ford Mustang for narcotics related evidence. See their reports for details of this

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 266 Reyna | 07/22/2022 | Potter, Steven Lyle | 07/29/2022 |

Report State: Merge
WWPD Case Supp 2022-00014884 Page 3 OF 9



**WALLA WALLA POLICE**

CASE# **2022-00014884**

FIELD CASE REPORT SUPPLEMENT

SUPPLEMENTAL NARRATIVE (continuation)

search.

On 07-22-2022, at about 11:47 A.M., I emailed Judge K. Hedine my amended declaration for the search warrant and the search warrant documents. At about 11:55 A.M., Judge K. Hedine replied via email and stated there is probable cause to issue the search warrant. He authorized me to sign his name on the search warrant and to proceed with the search of the suspect's vehicle for the evidence I had described. See email correspondence for details.

I applied for and was granted the search warrant (amended) to search the Ford Mustang for evidence of the crime of: RCW: 9.41.040- Unlawful Possession of Firearm(s) and to photograph and collect the firearms and all firearm accessories to include: Magazines, bullets, fired cartridge casings, holsters, dominion and control documents showing Rex as the owner and or the possessor of firearms.

I went back to the secure vehicle storage with my signed search warrant for the crime of RCW: 9.41.040- Unlawful Possession of Firearm(s). Upon my arrival, ATF agent Bryan Bach, who was in town collecting evidence on a different case, was present. The firearms and firearms accessories were then photographed, made safe, and collected as evidence. Once we were finished with our search, at about 12:26 P.M., I left a copy of the search warrants and a copy of the Inventory and Receipt for Property Seized document on the front windshield of the Ford Mustang. I then photographed these documents as I had left them on the windshield. We secured the vehicle storage area by setting the security alarm and locking the door. We then went to the Walla Walla Police Department with the seized evidence.

During the execution of the search warrants, Detectives located, photographed, and collected as evidence: Seven (7) baggies of suspected Marijuana individually packaged for sales (total package weight of 32.57 grams), a delivery amount (total package weight: 283.33 grams) of suspected Methamphetamine (field tested presumptive positive for Methamphetamine), and a delivery amount (total package weight 75.23 grams / 643 tablets- counted by Det. M. Bump on 07-26-2022) of suspected blue "M" stamped Fentanyl tablets.

Detectives also located, photographed, and collected as evidence: Two (2) 9 mm semi-automatic pistols, magazines, bullets, a black nylon holster, a large unknown amount of US cash money pending a K9 sniff.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 266 Reyna | 07/22/2022 | Potter, Steven Lyle | 07/29/2022 |



**WALLA WALLA POLICE**

CASE# **2022-00014884**

**FIELD CASE REPORT SUPPLEMENT**

---

### SUPPLEMENTAL NARRATIVE (continuation)

On 07-22-2022, at about 12:35 P.M., we secured the seized evidence into Temporary Locker #4 pending later processing.

On 07-22-2022, at about 1:18 P.M., Evidence Ofc. N. Williams and I secured the seized US cash money, which had been placed in double plastic evidence bags, into the Evidence/Property vault pending a K9 sniff.

On 07-22-2022, at about 3:31 P.M., Det. J. Langlois, Det. S. Thompson and I retrieved the seized evidence from Temporary Locker #4. Det. J. Langlois, Det. S. Thompson, and Evidence Ofc. N. Williams processed the evidence while I completed Rex M. Kern Jr's Probable Cause Affidavit. This Probable Cause Affidavit was for crimes related to his arrest and the evidence found and collected during the search warrants of his Ford Mustang. See their reports for evidence processing details.

On 07-22-2022, at about 5:28 P.M., Evidence Officer N. Williams and I retrieved the money from the secure evidence/property vault. Using a clean pair of black latex gloves, I removed the money from inside the double plastic evidence bags. I placed the money in section #3 of the "sniff box". Evidence Officer N. Williams and Det. S. Thompson were both present when I placed the money in the "sniff box". Neither Ofc. Eastman or his K9 partner, Watts were present while I placed the money in the "sniff box". At about 7:52 P.M., Ofc. Eastman and his K9 partner arrived at the "sniff box", and they conducted the "sniff" of the money. Ofc. Eastman stated K9 Watts alerted to the odor of narcotics coming from the money. See Ofc. Eastman's report for details of the K9 sniff.

Once the "sniff" was completed, I retrieved the money from the "sniff box". Officer N. Williams, Det. S. Thompson, and I each counted the money individually. We each came up with a grand total of 3,927.00 US dollars. I photographed the money, secured it in a plastic evidence bag, I placed my initials, number, and the date (SR, # 266, 07-22-2022) on the plastic evidence bag. The money was then entered into LERMS Quick Property and booked into evidence pending a seizure process.

On 07-24-2022, at about 9:00 P.M., I went to the Walla Walla County Jail and attempted to interview Rex M. Kern Jr. about this incident. I told Rex I was not there to speak with him about his previous cases. I informed Rex I wanted to speak with him about items we located in his Ford Mustang during the search warrants. Rex stated he had just hired Mr. McCool, about ten minutes ago (approximately 8:50 P.M.), to represent him on this new case. Rex stated he wanted to speak with Mr. McCool before

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 266 Reyna | 07/22/2022 | Potter, Steven Lyle | 07/29/2022 |

5 OF 9



**WALLA WALLA POLICE**

Case 2022-00014884

FIELD CASE REPORT SUPPLEMENT

---

SUPPLEMENTAL NARRATIVE (continuation)

---

he made any statements. I did not question Rex. I informed him Mr. McCool knows how to get a hold of me if he (Rex) decided he wanted to speak with me later. Rex stated he wasn't feeling well. He was holding his abdomen with his hands. Rex stated he wanted to go back to his room. I informed Jail Corrections Staff that Rex was not feeling well and ready to go back to his room. Rex was escorted to his room by a Jail Corrections Officer. Both Jail Correction Staff on duty informed me that Rex was fine just prior to me speaking with him at the jail. I then left the jail.

On 07-28-2022, at about 4:15 P.M., Det. Colin and I went to 217 Prospect Ave. to speak with Richard E. Cornwell III. We were both wearing our uniforms which are complete with visible "POLICE" markings on the fronts and backs of our vests. We were in EQ 423 which is a fully marked Police vehicle. I obtained a sworn recorded audio statement, from Richard, with his knowledge and consent. The following is a paraphrased summary of Richard's statement. Listen to the recording for details.

Richard stated that about three or four days prior to Police seizing Rex's Ford Mustang, Rex told him his Ford Mustang was making a "clunking sound". Richard stated he told Rex to drop off his Ford Mustang and he would check it out when he had a chance. Richard stated he fixed Rex's Ford Mustang the same night Rex had dropped it off. Richard stated he parked Rex's Ford Mustang in the parking spot from where Police had the Ford Mustang towed. Richard stated that on the same night he had fixed the Ford Mustang, Rex came to his house and picked up the keys. Richard stated it is the only set of keys for the car. Richard stated Rex told him he was going to sell the Ford Mustang to his girlfriend "Danielle Nelson".

Richard stated that on the day the Ford Mustang was towed from his property (07-21-2022), he received a call from his (Richard's) girlfriend informing him there were Police at his house. Richard stated he arrived at home and Police told him Rex had been arrested. Richard stated it was obvious Police were suspicious of Rex's Ford Mustang and applied for a search warrant. Richard stated that for these reasons, he did not want to get into the Ford Mustang.

Richard stated Rex dropped off his Ford Mustang, in his smaller driveway, by the smaller garage door. Richard stated he replaced the shocks and then drove it to the spot from where Police had it towed from. I asked Richard if he had put anything or taken anything out of the Ford Mustang while he was inside of it. Richard replied, "except the keys; no, or struts on the car."

| REPORTING OFFICER | DATE | REVIEWED B | |
|---|---|---|---|
| 266 Reyna | 07/22/2022 | Potter, Steven Lyle | 07/29/2022 |



**WALLA WALLA POLICE**

**FIELD CASE REPORT SUPPLEMENT**

2022-00014884

---

**SUPPLEMENTAL NARRATIVE (continuation)**

---

I informed Richard that search warrants were applied for and granted to search the Ford Mustang. I informed him that illegal items were located inside the Ford Mustang. I asked if he knew what illegal items were located inside the Ford Mustang. Richard replied "Negative". I asked Richard if there was any reason, he could think of why his fingerprints or DNA would be collected from any of the illegal items located inside the Ford Mustang. Richard replied he had no idea at all. Richard stated he sat in the driver's seat, he opened the trunk and retrieved two new struts from the trunk, he replaced the struts, and then parked it. Richard stated he did not look around inside the car as it is not his stuff to go through.

Richard stated he did not see Rex at his house when he arrived home. He stated Rex was gone. Richard stated he did not see Rex move any property to or from the Ford Mustang or any other vehicle. Richard stated he was not home to see anything. Richard stated he did not know anything that happened prior to him arriving at home. Richard stated he nor his girlfriend saw Rex that day.

I asked Richard if there was any reason, he could think of why anyone would say that the illegal items, found in Rex's Ford Mustang, belonged to him (Richard). Richard replied "No, it ain't mine, you won't see my fingerprints on shit. I know that".

Richard stated he called Rex's girlfriend, Danielle, who told him she bought the Ford Mustang from Rex and the car was hers. He stated Danielle told him she was supposed to come pick up the Ford Mustang. Richard stated he did not know if Danielle was coming to pick up the Ford Mustang. Richard stated Danielle told him to tell Police that she owns the car, has the title and the bill of sale. Richard stated Danielle told him she bought the Ford Mustang prior to this incident. Richard stated Rex talks about selling the Ford Mustang all the time. He stated that when Rex dropped off the Ford Mustang for him to work on it, the Ford Mustang belonged to Rex. Richard stated he does not know if Rex sold Danielle the Ford Mustang or not. He stated Danielle has the vehicle title and bill of sale. This statement was concluded at approximately 4:25 P.M. with Richard swearing under the penalty of perjury under the laws of the State of Washington that his statement was true and correct. I explained what perjury is and that it is a felony crime. Richard stated he knows what perjury is and stated he had been 100% honest. Det. Colin and I then cleared from 217 Prospect Ave.

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 266 Reyna | 07/22/2022 | Potter, Steven Lyle | 07/29/2022 |

Report State  Merge
WWPD Case Supp 2022-00014884 Page 7 OF 9



**WALLA WALLA POLICE**

Case 2022-00014884

FIELD CASE REPORT SUPPLEMENT

SUPPLEMENTAL NARRATIVE (continuation)

EVIDENCE: 1) Inventory and Receipt for Property Seized document.

2) Search warrant(s) pictures.

3) Seized Marijuana (32.57 grams TPW).

4) Seized Methamphetamine (283.33 grams TPW).

5) Seized Fentanyl tablets (75.23 grams TPW).

6) A black, Masterpiece Arms, 9mm pistol, S/N: B11373.

7) A Patmos P80, "Ghost Gun" (No serial number), semi-auto pistol.

8) A set of metal knuckles.

9) Officer observations and reports.

10) Sworn recorded statement of Richard E. Cornwell III

DE-ESCALATION: I spoke with all in a calm and professional tone.

PHYSICAL FORCE(S) USED: I did not use any physical force.

RECORDS INSTRUCTIONS: Please provide ATF Agent Bryan Bach with a copy of this report.

FINDINGS: Based upon the aforementioned facts and circumstances, Rex M. Kern Jr. / DOB: 01-31-1985 committed the following offenses: 1) RCW: 69.50.401- Possession of a Controlled Substance with Intent to Deliver (Class B Felony) X 3 (Marijuana, Methamphetamine, and Fentanyl). 2) RCW: 9.41.040- Unlawful Possession of a Firearms 1st (Class B Felony) X 2, and 3) RCW: 9.41.250- Possession of a Dangerous Weapon (Metal Knuckles) (Gross Misdemeanor). Violations occurred within the City / County limits of Walla Walla.

*Facial Recognition Technology was not utilized in this investigation.*

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 266 Reyna | 07/22/2022 | Potter, Steven Lyle | 07/29/2022 |

8 of 9



# WALLA WALLA POLICE

2022-00014884

## FIELD CASE REPORT SUPPLEMENT

### SUPPLEMENTAL NARRATIVE (continuation)

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 266 Reyna | 07/22/2022 | Potter, Steven Lyle | 07/29/2022 |

9  OF  9