Exhibit B

February 11, 2022

Search Warrants and Affidavits

1
2
3
4
5
6
7   DISTRICT COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY
8                                    OF WALLA WALLA
9

10
11   STATE OF WASHINGTON,                      Case No. WWPD 2022-02452

12                               Plaintiff,    SEARCH WARRANT

13   Rex Michael Kern   DOB: 01-31-85
     1231 Francis Ave   Walla Walla, WA 99362
14
     Scorpio Guy Robert Rodriguez   DOB: Redacted
15          Redacted           WA 99324

16   Veh:  WA/CAX1284   VIN KMHTC6AD6CU073004
            white '12 Hyundai Veloster
17          R/O Keyana S. Tonasket DOB: Redacted

18                               Defendants.

19   TO ANY PEACE OFFICER IN THE STATE OF WASHINGTON:
20
21   Upon the declaration made before me there is probable cause to believe the crimes of:

22   **Possession of Stolen Vehicle – RCW 9A.56.068**
     **Trafficking Stolen Property – RCW 9A.82.050**
23   **Possession of Stolen Property – RCW 9A.56.140**

24   has been committed in Walla Walla County, State of Washington, and evidence of those crimes; or
25   contraband, fruits of the crimes, or things otherwise criminally possessed; or weapons or other
     things by means of which a crime has been committed or reasonably appears about to be
26   committed is / are concealed in or on the premises, vehicle, persons, or property described below.

27
28

     SEARCH WARRANT

     Page 1 of 2

YOU ARE COMMANDED TO:

Search, within 10 days of this date, the persons and property described below:

**VEHICLE:**
WA / CAX1284   a 2012 white Hyundai Veloster hatchback   VIN: KMHTC6AD6CU073004
Registered Owner: Keyana Sophia Tonasket   DOB: Redacted

**PROPERTY INSIDE VEHICLE TO INCLUDE:**
bags, backpacks, containers, locked compartments, safe

ITEMS TO BE SEARCHED FOR AND SEIZED IF LOCATED:

➢ Evidence pertaining to the crimes listed above, including but not limited to:
  ○ Items and / or information that is / are evidence of, fruits of, pertain to, and / or was / is being used in the commission of the above listed crimes

➢ Items in whatever form evidencing dominion and control of the premises, places, property, items, accounts, and / or persons searched

➢ Property, checks, credit cards, debit cards, financial information, or other payment cards that appear to have been obtained by theft or burglary; property that is received, retained, possessed, or concealed and belongs to or is entitled to a person other than the person who possessed it

➢ Receipts, bill of sale, written or typed documents, wallets, bank cards, identification cards, or any other form of documentation associated with the above listed crimes

➢ Tools, equipment, serial numbers, or other identifying markings on items that appear to be stolen or belonging to a subjects / entity other than the defendants

Promptly return this warrant to me or the clerk of this court within ten days. The return must include an inventory of all property seized.

A copy of the warrant and a receipt for the property taken shall be given to the person(s) from whom or from whose premises property was taken. If no person is found in possession, a copy and receipt shall be conspicuously posted at the place where the property is found.

Signed **February 11th, 2022**

**The judge's signature, below, was placed by declarant at the judge's direction given by email (preserve and file the email).**

Signature: _KRISTIAN HEDINE_
DISTRICT COURT JUDGE
Printed Name of Judge: _Kristian Hedine_

DISTRICT COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF WALLA WALLA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                                    Plaintiff, | Case No. WWPD 2022-02452<br><br>AFFIDAVIT FOR SEARCH WARRANT |
| Rex Michael Kern   DOB: 01-31-85<br>1231 Francis Ave   Walla Walla, WA 99362<br><br>Scorpio Guy Robert Rodriguez   DOB: ▓Redacted▓<br>▓Redacted▓ WA 99324<br><br>Veh:   WA/CAX1284   VIN KMHTC6AD6CU073004<br>         white '12 Hyundai Veloster<br>         R/O Keyana S. Tonasket DOB: ▓Redacted▓<br><br>                                    Defendants. | |

<u>Detective Luke Watson</u>, **being first sworn on oath, deposes and says:** I have been employed as a Police Officer for the City of Walla Walla since February 2015. Prior to that I was employed at the Walla Walla Sheriff's Office as a Patrol Deputy from April 2007 to February 2015. My training / experience includes but is not limited to:   Associate of Arts degree from Walla Walla Community College with courses focused on psychology, sociology, and criminal justice. I have completed the Washington State Criminal Justice Training Commission Basic Law Enforcement Academy in 2008 with 720 classroom hours. I have investigated numerous crimes against persons and businesses including rape, assault, identity theft, robbery, burglary, malicious mischief, and crimes of violence. I have investigated numerous crimes involving possession of drugs and drug paraphernalia. I have also investigated crimes involving weapons such as firearms, metal knuckles, and knives. I have been involved in the application and

execution of numerous search warrants in my thirteen years as a Law Enforcement Officer. I have more than 320 hours in gang and drug related training and updates. I spent four years assigned as Gang Coordinator while employed as a Patrol Deputy at Walla Walla Sheriff's Office. Since being employed at the Walla Walla Police Department, I moved into the Special Teams Unit in January 2016 working with the Career Criminal Apprehension Team, Gang Enforcement Team, and Street Crimes Unit. I have also completed an 80-hour Drug Enforcement Administration Basic training in September 2019. Through training and experience, I am familiar with the types of items being sought in this search warrant.

### SPECIFICS OF THE CASE

This affidavit is being submitted for the limited purpose of establishing probable cause. I have not included every fact known concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

*** K9 Watts is certified through the State of Washington (WAC 139-05-915). K-9 Officer Eastman has been a K9 Handler since May 2020. See attached K9 Affidavit and K9 Watts' Certification that I have submitted with the warrant. ***

### NARRATIVE / PROBABLE CAUSE

Per Case Report of WWPD Sergeant Bayne #277:

"On 02/11/2022 at approximately 0301, I was conducting patrol in a fully marked vehicle and in full uniform within the city of Walla Walla. I was southbound on Fern Ave approaching Pleasant St when I observed a vehicle in the northbound lane stopped at the stop sign; there were no other vehicles in the immediate area. The vehicle stayed stopped as I approached the intersection, drawing my attention. It had neither left nor right signal indicator flashing which indicated the driver's intent to continue north. Despite no other traffic which to yield the right of way, it sat stationary at the stop sign. I pulled up to the intersection and it slowly entered the four-way stop. I ran the plate as it passed me, continuing north on Fern Ave. The vehicle was a white Hyundai bearing Washington license CAX1284.

The return on my MCT (mobile computer terminal) showed the vehicle as stolen out of Spokane. I made a u-turn and travelled north bound, accelerating to catch the vehicle. I caught the vehicle at N Roosevelt St and E Alder St. I provided the plate to Dispatch and requested another unit for back-up. The vehicle continued north on Roosevelt, turning eastbound on Francis Ave. I notified the responding unit (Officer Keltan Fulmer). The Hyundai then crossed

1  the center line driving the wrong way in the westbound lane and started to pull to the curb in
2  front of 1231 Francis Ave within the city limits of Walla Walla. I activated my emergency
   overheads and notified OFC K. Fulmer and Dispatch of the stop.
3
4      I instructed the driver to roll down his window; he did so. I told him to turn off the
   vehicle and place the keys on the hood of the car. He then rolled the driver window up and
5  opened the door. OFC K. Fulmer had arrived at this point. I told the driver to face away from
   me, as I could see an obvious bulge in the front pockets of his sweatshirt. He said he did not
6  understand what was going on. I told him the vehicle was returning as stolen out of Spokane
7  and he was detained for investigation of possession of a stolen vehicle. He turned from me at
   that point saying he had just bought the car. I told him to put the keys on the hood and he did. I
8  then had him move to his left and put his hands in the air; he complied. I had him walk
   backwards to the sound of my voice; he complied. OFC K. Fulmer and I then placed him in
9  handcuffs explaining again he was not under arrest at that time but was being detained, asking
10 him if he understood; he was compliant with my instructions and said he did understand. I asked
   him his name and he said Rex Kern. I recognized him at this point from prior investigations to
11 include possession of firearms. I searched him for weapons, feeling what appeared to be a gun
12 shaped object in the sweatshirt. I asked him what it was and he said it was a lighter. I removed
   the object and it was a torch style lighter. I asked him from whom had he purchased the vehicle
13 and he said a buddy's younger brother. He said the younger brother's name was Scorpio
14 Ramirez or Rodriguez and his buddy's name was Tigger. I knew this to be a Tigger Janson who
   had a younger brother named Scorpio Rodriguez.
15
16     Dispatch confirmed the vehicle as stolen through Spokane Police Department and
   informed us the owner had given permission to search the vehicle if located by law enforcement.
17 Rex Kern was asking to speak with his attorney at this point. I informed him he was under arrest
18 for possession of a stolen vehicle. He said he wanted to call his attorney. I told him he would be
   given the opportunity to do so once we had rendered the scene safe; the vehicle had not been
19 cleared at this point.
20
21     OFC K Fulmer remained with Rex Kern. OFC Silva arrived to assist; we cleared the
   vehicle, ensuring no other subjects were present. I instructed OFC Silva to transport Rex Kern to
22 jail so he could contact his attorney as soon as possible. OFC Silva took custody of Rex Kern and
   searched him incident to arrest and prior to transporting. He located a set of keys on the person
23 of Rex Kern which he provided to me. These keys were on a John Deer key ring and included a
24 key to an unknown Ford vehicle, a Sentry key stamped with 3V2, a TriMark key, two brass
   colored keys with no trademark or stamp, an Ilco key stamped 1606 TM6, and a Dexter by
25 Schlage key stamped 36564. I then requested an evidentiary tow for the recovered stolen car. I
   took digital pictures of the vehicle. Kyle's Towing was contacted by Dispatch.
26
27     I searched the car in the presence of OFC K Fulmer and Deputy Beyer of the Walla Walla
   County Sheriff's Office. In the vehicle were several backpacks and bags, a nail gun on the
28 passenger side floorboard, as well as plastic containers and a safe located in the trunk. None of

AFFIDAVIT FOR SEARCH WARRANT
Page 3 of 7

US v. KERN

the closed or locked items were opened by me or any present law enforcement. Once the tow arrived, the vehicle was taken to the Walla Walla Police Department pending a search warrant by the Walla Walla Police Department Street Crimes Unit for investigation into the possession of stolen vehicle and trafficking stolen vehicle.

I later reviewed the report completed by the Spokane Police Department. The vehicle had been reported by the owner, Keyana Tonasket of Spokane, as stolen on 01/27/22. The report indicates she believed the vehicle to have been stolen by Scorpio Rodriguez with whom she has children in common. I contacted Keyana and informed her of the recovery of her vehicle and told her she would be contacted later to make arrangements to retrieve her vehicle and that it would not be incurring any charges while stored in our evidence area. She also informed me she believed Scorpio to be at his aunt's house in Walla Walla.

I relayed this information to the Street Crimes Unit upon their arrival for shift on 02/11/22. I explained to them I additionally have personal knowledge Rex Kern has a criminal history of possession with intent to deliver and delivery of controlled substances. I know through training and experience that stolen property to include vehicles is often used as currency or in trade to pay drug debts or to purchase narcotics. I explained it is my belief based on the stolen vehicle and Rex Kern's possession of said vehicle, there will be evidence of sale, trade or ownership documents in the vehicle showing the nature of the transaction between Scorpio Rodriguez and Rex Kern. I also believed there was a likelihood there was the presence of narcotics in the vehicle for the same reasons. SCU Detective Watson informed me they had information from a credible and reliable source that Rex Kern was involved in significant street level sales in the Walla Walla area. I requested K9 Ofc Eastman conduct apply his narcotics dog to the vehicle; he did so. He informed me the dog did not alert on the car.

I logged the keys recovered from Rex Kern's pocket into the temporary evidence locker, transferring custody to Detective Watson who expressed his intent to apply for the search warrant. I then cleared from the call."

End of Sergeant Bayne's narrative.

I am a Detective with the Walla Walla Police Department Street Crimes Unit. Upon coming into service today (02-11-22), I spoke with Sergeant Bayne and was briefed on this investigation.

I am aware of Rex Kern and his criminal activity over the past couple years as I have been involved in investigations associated with him. I know Kern to have prior convictions to include burglary, possession with intent to deliver controlled substances, and unlawful possession of firearms. I also know of a pending case in Walla Walla Superior Court in which Kern is a defendant regarding a violation of possession with intent to deliver methamphetamine (WWPD 2020-22658). Furthermore, various sources of information have indicated Kern to currently be dealing in controlled substances, notably methamphetamine and fentanyl. I also know subjects in the business of dealing controlled substances often take stolen property as a form of currency

in lieu of money. I have observed this in previous investigations and subjects involved such activity have indicated this to me in prior interviews.

Sergeant Bayne contacted K-9 Officer Eastman #219. I met WWPD K-9 Officer Eastman #219 at the Walla Walla Police Department Secure Impound Lot with his K-9 partner, Watts. Officer Eastman deployed K-9 Watts around the exterior of the vehicle. After the deployment, Officer Eastman advised K-9 Watts did not alert to the odor of narcotics in which he is trained to detect.

In checking from the outside, I noticed a pneumatic nail gun on the front passenger floorboard as described by Sergeant Bayne. I also observed various other items inside the vehicle as described in Sergeant Bayne's report.

There have been recent construction site burglaries in the area in which various tools and equipment has been stolen. These burglaries were reported to have taken place overnight, in the hours of darkness. I do not know Kern to be employed in the construction business. He has a prior burglary conviction, and he was contacted at about 3am in a stolen vehicle. Therefore, it is my belief the nail gun and possibly other items inside the vehicle may be stolen.

The vehicle Kern was arrested out of was confirmed stolen. It was reported stolen out of Spokane PD on 01-28-22. The registered owner indicated Scorpio Rodriguez had taken it on 01-27-22. This is the subject Kern named as buying the vehicle from. It is my belief there may be documentation in the form of receipts, bill of sale, identification, bank cards, or other types of paperwork to corroborate who was in possession of the stolen vehicle over the past couple weeks. In previous investigations, I have found documentation such as this in bags, backpacks, safes, and inside the stolen vehicle itself. It is my belief, based on training and experience as well as previous investigation, that items showing evidence of subjects involved in these noted violations will be in the bags, backpacks, containers, and / or the safe within the stolen vehicle.

This investigation took place in the City of Walla Walla, County of Walla Walla, State of Washington.

THEREFORE, based on the above facts, I am respectfully requesting a search warrant for the vehicle and property described below:

**VEHICLE:**
WA / CAX1284   a 2012 white Hyundai Veloster hatchback   VIN: KMHTC6AD6CU073004
Registered Owner: Keyana Sophia Tonasket   DOB: [Redacted]

**PROPERTY INSIDE VEHICLE TO INCLUDE:**
bags, backpacks, containers, locked compartments, safe

**CRIMES BEING INVESTIGATED:**
Possession of Stolen Vehicle – RCW 9A.56.068
Trafficking Stolen Property – RCW 9A.82.050
Possession of Stolen Property – RCW 9A.56.140

**ITEMS TO BE SEARCHED FOR AND SEIZED IF LOCATED:**

- ➢ Evidence pertaining to the crimes listed above, including but not limited to:
  - ○ Items and / or information that is / are evidence of, fruits of, pertain to, and / or was / is being used in the commission of the above listed crimes

- ➢ Items in whatever form evidencing dominion and control of the premises, places, property, items, accounts, and / or persons searched

- ➢ Property, checks, credit cards, debit cards, financial information, or other payment cards that appear to have been obtained by theft or burglary; property that is received, retained, possessed, or concealed and belongs to or is entitled to a person other than the person who possessed it

- ➢ Receipts, bill of sale, written or typed documents, wallets, bank cards, identification cards, or any other form of documentation associated with the above listed crimes

- ➢ Tools, equipment, serial numbers, or other identifying markings on items that appear to be stolen or belonging to a subjects / entity other than the defendants

**This declaration was submitted to the issuing judge using an electronic device that is owned, issued, or maintained by the below-identified criminal justice agency.**

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed **February 11ᵗʰ, 2022**, in Walla Walla, WA

_Luke R. Watson_

Affiant Signature

Affiant Full Name / Badge #: Luke Watson #298

Agency Name: Walla Walla Police Department

**The judge's signature, below, was placed by declarant at the judge's direction given by email (preserve and file the email).**

Signature: _KRISTIAN HEDINE_

DISTRICT COURT JUDGE

1

2     Printed Name of Judge:   Kristian Hedine

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT FOR SEARCH WARRANT
Page 7 of 7

## AFFIDAVIT AND REQUEST FOR SEARCH WARRANT

*Officer Eric Eastman #219, being sworn on oath deposes and says:*
I have been employed as a Police Officer for the City of Walla Walla since January of 2016. I am currently assigned as a Narcotics Detection K9 Handler and Patrol Officer for the City of Walla Walla.

*My training and experience include but is not limited to:*
1) High school diploma from Walla Walla High School.
2) Associate of Science Degree in Criminal Justice from Columbia Southern University.
3) Five years of active duty military service in the United States Marine Corps,
4) Completion of the Basic Law Enforcement Academy in Spokane in 2016. Which required 720 hours of training.
5) Advanced Roadside Impaired Driving Enforcement in Walla Walla in 2019.
6) Field Training Officer in Burien in 2019.
7) FAA Part 107 UAS pilot certification in 2019.
8) Certified narcotics detection K9 team with K9 Watts in May 2020.

*Experience:*
I currently am employed as a Narcotics Detection K9 Handler for the Walla Walla Police Department. I currently am the handler for Narcotics Detection K9 Watts. We became a certified narcotics detection K9 team in May 2020. I have been employed by the City of Walla Walla as a Police Officer since January of 2016. Since then, I have worked in the patrol division where I have experienced a wide range of street level crimes to include, but not limited to, theft, burglary, malicious mischief, assault, drug possession/packaging, and crimes of violence. Since employment with the Walla Walla Police Department and my time as an officer, I have assisted in executing several search warrants. During the execution of these warrants, I have observed how drug users and drug dealers live. I have personally observed the following kinds of drug related evidence: Cocaine, heroin, and methamphetamine. I have found paraphernalia for using controlled substances, including, spoons, lighters, foil, cotton, syringes, aluminum cans, mirrors, straws, pipes, razor blades, knives, brillo pads, push rods, and other miscellaneous paraphernalia items used to consume these illegal substances. I am familiar with how controlled substances are packaged, consumed, and sold in the Walla Walla area. I have arrested many suspects who were carrying or selling controlled substances within the Walla Walla area. I have located books, records, receipts, notes, ledgers, diaries, and other papers relating to the possession or distribution of controlled substances. These personal books and papers often include names and telephone numbers for clients or associates who are also involved in the use or sales of controlled substances. I have located U.S. currency which was collected during the distribution of controlled substances. I have also located firearms and other weapons carried by suspects involved in these criminal enterprises. I have had experience with vehicles, and other equipment used to transport or conceal controlled substances both on the street and in training. The identity of occupants is typically established by such things as canceled mail, deeds, leases, rental agreements, photographs, personal diaries, personal phone books, utility bills, telephone bills, statements, and other documents. Lastly, I am familiar with the behaviors and characteristics associated with people under the influence of drugs and or alcohol.

Eric Eastman
K9 Officer Walla Walla Police Department

00000002.13

US v KERN



# Washington State Criminal Justice Training Commission

*Recognizes that*

## *Eric S. Eastman & Watts*

*have met the minimum performance standards as set forth in WAC 139-05-915 and are therefore recognized as a certified*

# Narcotic Detection Canine Team

MAY 11, 2020
Certification Date

Expiration: Automatically in 24 months



Tisha H. Jones
Certification Manager

## Inventory and Receipt for Property Seized

WALLA WALLA POLICE DEPARTMENT

Name _Rex Kern_    Address _55 W White St, WW_    Date _2/8/22_    Time _1029_

| Box or Case No. | No. of Items | INVENTORY OF SEIZURES |
|---|---|---|
| | 1 | Winchester model 61 .22 LR S/N 21386Y, located in Trunk |
| | 1 | Taurus TX9sim 9mm S/N TJZ21126, w/ mag & 7 rounds located in holster, in safe, in trunk |
| | 1 | Black colored zipper bag which contained bag of crystal substance and two bags of green matter, from safe in trunk |
| | 1 | Sentry safe w/key, located in trunk |
| | 2 | Digital scales none white & brown, one clear and silver, located in Safe in trunk |
| | 1 | Withdrawal voucher to Rex Kern, Pre drive voucher for Rex Kern, located in passenger side of vehicle. |
| | 1 | Black zipbck containing baggies of crystal, Powder and a scoop, located in Black zipper bag from Front Floor board |
| | 1 | Crown Royal bag containing baggies of green matter and one bottle w/ green matter, from Black & zipper bag from floorboard |
| | 1 | Red colored electronic scale from black zipper bag from front floorboard |
| | Mult | Numerous clear small ziplock baggies, located inside pocket of Black zipper bag from front floorboard |
| | 1 | Black zipper bag containing M3 pipe & M15 paraphernalia, located in front floorboard |
| | Mult | US currency - double bagged and in paper bag - NOT counted located in black zipper bag from front floorboard |
| | 2 | 2 vehicle title, 1 Bill of Sale for a 2012 Hyundai, located in Red backpack in Rear seat of vehicle |
| | 2 | Black colored cell phones, located in front seat of vehicle |
| | | No other items |

WARRANT NO. _2022-02452_

REPORT NO.

Officer _[signature]_ 213
(Signature)

_John E Watson_ #293
(Signature of Witness)

(Signature of Witness)

DISTRICT COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF WALLA WALLA

STATE OF WASHINGTON,

                    Plaintiff,

Rex Michael Kern   DOB: 01-31-85
1231 Francis Ave   Walla Walla, WA 99362

Scorpio Guy Robert Rodriguez   DOB: [Redacted]
[Redacted], WA 99324

Veh: WA/CAX1284   VIN KMHTC6AD6CU073004
     white '12 Hyundai Veloster
     R/O Keyana S. Tonasket DOB: [Redacted]

                    Defendants.

Case No. WWPD 2022-02452

SEARCH WARRANT

*** AMENDED ***

TO ANY PEACE OFFICER IN THE STATE OF WASHINGTON:

Upon the declaration made before me there is probable cause to believe the crimes of:

**Possession of Stolen Vehicle – RCW 9A.56.068**
**Trafficking Stolen Property – RCW 9A.82.050**
**Possession of Stolen Property – RCW 9A.56.140**
**Unlawful Possession of Firearms – RCW 9.41.040**
**Possession with Intent to Deliver Controlled Substance – RCW 69.50.401**
**Possession of Drug Paraphernalia – RCW 69.50.412**

has been committed in Walla Walla County, State of Washington, and evidence of those crimes; or contraband, fruits of the crimes, or things otherwise criminally possessed; or weapons or other things by means of which a crime has been committed or reasonably appears about to be committed is / are concealed in or on the premises, vehicle, persons, or property described below.

SEARCH WARRANT

Page 1 of 3

YOU ARE COMMANDED TO:

Search, within 10 days of this date, the persons and property described below:

**VEHICLE:**
WA / CAX1284   a 2012 white Hyundai Veloster hatchback   VIN: KMHTC6AD6CU073004
Registered Owner: Keyana Sophia Tonasket   DOB: 02-07-89

**PROPERTY INSIDE VEHICLE TO INCLUDE:**
bags, backpacks, containers, locked compartments, safe

## ITEMS TO BE SEARCHED FOR AND SEIZED IF LOCATED:

➢ Evidence pertaining to the crimes listed above, including but not limited to:
   o Items and / or information that is / are evidence of, fruits of, pertain to, and / or was / is being used in the commission of the above listed crimes

➢ Items in whatever form evidencing dominion and control of the premises, places, property, items, accounts, and / or persons searched

➢ Property, checks, credit cards, debit cards, financial information, or other payment cards that appear to have been obtained by theft or burglary; property that is received, retained, possessed, or concealed and belongs to or is entitled to a person other than the person who possessed it

➢ Receipts, bill of sale, written or typed documents, wallets, bank cards, identification cards, or any other form of documentation associated with the above listed crimes

➢ Tools, equipment, serial numbers, or other identifying markings on items that appear to be stolen or belonging to a subjects / entity other than the defendants

➢ A drug, substance, or immediate precursor included in Schedules I through V as set forth in the Revised Codes of Washington; methamphetamine, cocaine, heroin or crack cocaine and other illegal narcotics

➢ Drug paraphernalia including but not limited to: smoking devices used in the ingestion of controlled substances, packaging materials, weighing scales and other paraphernalia associated with the ingestion or possession of controlled substances

➢ Drug paraphernalia including equipment used to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale, or otherwise introduce into the human body a controlled substance other than marijuana

SEARCH WARRANT

Page 2 of 3

➢ A weapon or device from which a projectile or projectiles may be fired by an explosive such as gunpowder; ammunition, bullets, magazines, clips, and other parts associated with a firearms
    o Including but not limited to the observed pump action .22 caliber rifle with wooden stock in the rear hatch of the vehicle
    o Including but not limited to the observed pistol with black handgrip in the safe

Promptly return this warrant to me or the clerk of this court within ten days. The return must include an inventory of all property seized.

A copy of the warrant and a receipt for the property taken shall be given to the person(s) from whom or from whose premises property was taken. If no person is found in possession, a copy and receipt shall be conspicuously posted at the place where the property is found.

Signed **February 11th, 2022**

**The judge's signature, below, was placed by declarant at the judge's direction given by email (preserve and file the email).**

Signature: *KRISTIAN HEDINE*
DISTRICT COURT JUDGE
Printed Name of Judge:  Kristian Hedine

SEARCH WARRANT

Page 3 of 3

DISTRICT COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF WALLA WALLA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                              Plaintiff,<br><br>Rex Michael Kern   DOB: 01-31-85<br>1231 Francis Ave   Walla Walla, WA 99362<br>Scorpio Guy Robert Rodriguez   DOB: [Redacted]<br>[Redacted]   WA 99324<br>Veh:  WA/CAX1284   VIN KMHTC6AD6CU073004<br>       white '12 Hyundai Veloster<br>       R/O Keyana S. Tonasket DOB: [Redacted]<br>                              Defendants. | Case No. WWPD 2022-02452<br><br>AFFIDAVIT FOR SEARCH WARRANT<br><br>   *** AMENDED *** |

<u>Detective Luke Watson</u>, **being first sworn on oath, deposes and says:** I have been employed as a Police Officer for the City of Walla Walla since February 2015. Prior to that I was employed at the Walla Walla Sheriff's Office as a Patrol Deputy from April 2007 to February 2015. My training / experience includes but is not limited to:   Associate of Arts degree from Walla Walla Community College with courses focused on psychology, sociology, and criminal justice. I have completed the Washington State Criminal Justice Training Commission Basic Law Enforcement Academy in 2008 with 720 classroom hours. I have investigated numerous crimes against persons and businesses including rape, assault, identity theft, robbery, burglary, malicious mischief, and crimes of violence. I have investigated numerous crimes involving possession of drugs and drug paraphernalia. I have also investigated crimes involving weapons such as firearms, metal knuckles, and knives. I have been involved in the application and

AFFIDAVIT FOR SEARCH WARRANT
Page 1 of 7

US v KERN

execution of numerous search warrants in my thirteen years as a Law Enforcement Officer. I have more than 320 hours in gang and drug related training and updates. I spent four years assigned as Gang Coordinator while employed as a Patrol Deputy at Walla Walla Sheriff's Office. Since being employed at the Walla Walla Police Department, I moved into the Special Teams Unit in January 2016 working with the Career Criminal Apprehension Team, Gang Enforcement Team, and Street Crimes Unit. I have also completed an 80-hour Drug Enforcement Administration Basic training in September 2019. Through training and experience, I am familiar with the types of items being sought in this search warrant.

## SPECIFICS OF THE CASE

This affidavit is being submitted for the limited purpose of establishing probable cause. I have not included every fact known concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

*** K9 Watts is certified through the State of Washington (WAC 139-05-915). K-9 Officer Eastman has been a K9 Handler since May 2020. See attached K9 Affidavit and K9 Watts' Certification that I have submitted with the warrant. ***

## NARRATIVE / PROBABLE CAUSE

Per Case Report of WWPD Sergeant Bayne #277:

"On 02/11/2022 at approximately 0301, I was conducting patrol in a fully marked vehicle and in full uniform within the city of Walla Walla. I was southbound on Fern Ave approaching Pleasant St when I observed a vehicle in the northbound lane stopped at the stop sign; there were no other vehicles in the immediate area. The vehicle stayed stopped as I approached the intersection, drawing my attention. It had neither left nor right signal indicator flashing which indicated the driver's intent to continue north. Despite no other traffic which to yield the right of way, it sat stationary at the stop sign. I pulled up to the intersection and it slowly entered the four-way stop. I ran the plate as it passed me, continuing north on Fern Ave. The vehicle was a white Hyundai bearing Washington license CAX1284.

The return on my MCT (mobile computer terminal) showed the vehicle as stolen out of Spokane. I made a u-turn and travelled north bound, accelerating to catch the vehicle. I caught the vehicle at N Roosevelt St and E Alder St. I provided the plate to Dispatch and requested another unit for back-up. The vehicle continued north on Roosevelt, turning eastbound on Francis Ave. I notified the responding unit (Officer Keltan Fulmer). The Hyundai then crossed

AFFIDAVIT FOR SEARCH WARRANT
Page 2 of 7

the center line driving the wrong way in the westbound lane and started to pull to the curb in front of 1231 Francis Ave within the city limits of Walla Walla. I activated my emergency overheads and notified OFC K. Fulmer and Dispatch of the stop.

I instructed the driver to roll down his window; he did so. I told him to turn off the vehicle and place the keys on the hood of the car. He then rolled the driver window up and opened the door. OFC K. Fulmer had arrived at this point. I told the driver to face away from me, as I could see an obvious bulge in the front pockets of his sweatshirt. He said he did not understand what was going on. I told him the vehicle was returning as stolen out of Spokane and he was detained for investigation of possession of a stolen vehicle. He turned from me at that point saying he had just bought the car. I told him to put the keys on the hood and he did. I then had him move to his left and put his hands in the air; he complied. I had him walk backwards to the sound of my voice; he complied. OFC K. Fulmer and I then placed him in handcuffs explaining again he was not under arrest at that time but was being detained, asking him if he understood; he was compliant with my instructions and said he did understand. I asked him his name and he said Rex Kern. I recognized him at this point from prior investigations to include possession of firearms. I searched him for weapons, feeling what appeared to be a gun shaped object in the sweatshirt. I asked him what it was and he said it was a lighter. I removed the object and it was a torch style lighter. I asked him from whom had he purchased the vehicle and he said a buddy's younger brother. He said the younger brother's name was Scorpio Ramirez or Rodriguez and his buddy's name was Tigger. I knew this to be Tigger Janson who had a younger brother named Scorpio Rodriguez.

Dispatch confirmed the vehicle as stolen through Spokane Police Department and informed us the owner had given permission to search the vehicle if located by law enforcement. Rex Kern was asking to speak with his attorney at this point. I informed him he was under arrest for possession of a stolen vehicle. He said he wanted to call his attorney. I told him he would be given the opportunity to do so once we had rendered the scene safe; the vehicle had not been cleared at this point.

OFC K Fulmer remained with Rex Kern. OFC Silva arrived to assist; we cleared the vehicle, ensuring no other subjects were present. I instructed OFC Silva to transport Rex Kern to jail so he could contact his attorney as soon as possible. OFC Silva took custody of Rex Kern and searched him incident to arrest and prior to transporting. He located a set of keys on the person of Rex Kern which he provided to me. These keys were on a John Deer key ring and included a key to an unknown Ford vehicle, a Sentry key stamped with 3V2, a TriMark key, two brass colored keys with no trademark or stamp, an Ilco key stamped 1606 TM6, and a Dexter by Schlage key stamped 36564. I then requested an evidentiary tow for the recovered stolen car. I took digital pictures of the vehicle. Kyle's Towing was contacted by Dispatch.

I searched the car in the presence of OFC K Fulmer and Deputy Beyer of the Walla Walla County Sheriff's Office. In the vehicle were several backpacks and bags, a nail gun on the passenger side floorboard, as well as plastic containers and a safe located in the trunk. None of

*the closed or locked items were opened by me or any present law enforcement. Once the tow arrived, the vehicle was taken to the Walla Walla Police Department pending a search warrant by the Walla Walla Police Department Street Crimes Unit for investigation into the possession of stolen vehicle and trafficking stolen vehicle.*

*I later reviewed the report completed by the Spokane Police Department. The vehicle had been reported by the owner, Keyana Tonasket of Spokane, as stolen on 01/27/22. The report indicates she believed the vehicle to have been stolen by Scorpio Rodriguez with whom she has children in common. I contacted Keyana and informed her of the recovery of her vehicle and told her she would be contacted later to make arrangements to retrieve her vehicle and that it would not be incurring any charges while stored in our evidence area. She also informed me she believed Scorpio to be at his aunt's house in Walla Walla.*

*I relayed this information to the Street Crimes Unit upon their arrival for shift on 02/11/22. I explained to them I additionally have personal knowledge Rex Kern has a criminal history of possession with intent to deliver and delivery of controlled substances. I know through training and experience that stolen property to include vehicles is often used as currency or in trade to pay drug debts or to purchase narcotics. I explained it is my belief based on the stolen vehicle and Rex Kern's possession of said vehicle, there will be evidence of sale, trade or ownership documents in the vehicle showing the nature of the transaction between Scorpio Rodriguez and Rex Kern. I also believed there was a likelihood there was the presence of narcotics in the vehicle for the same reasons. SCU Detective Watson informed me they had information from a credible and reliable source that Rex Kern was involved in significant street level sales in the Walla Walla area. I requested K9 Ofc Eastman conduct apply his narcotics dog to the vehicle; he did so. He informed me the dog did not alert on the car.*

*I logged the keys recovered from Rex Kern's pocket into the temporary evidence locker, transferring custody to Detective Watson who expressed his intent to apply for the search warrant. I then cleared from the call."*

End of Sergeant Bayne's narrative.

I am a Detective with the Walla Walla Police Department Street Crimes Unit. Upon coming into service today (02-11-22), I spoke with Sergeant Bayne and was briefed on this investigation.

I am aware of Rex Kern and his criminal activity over the past couple years as I have been involved in investigations associated with him. I know Kern to have prior convictions to include burglary, possession with intent to deliver controlled substances, and unlawful possession of firearms. I also know of a pending case in Walla Walla Superior Court in which Kern is a defendant regarding a violation of possession with intent to deliver methamphetamine (WWPD 2020-22658). Furthermore, various sources of information have indicated Kern to currently be dealing in controlled substances, notably methamphetamine and fentanyl. I also know subjects in the business of dealing controlled substances often take stolen property as a form of currency

AFFIDAVIT FOR SEARCH WARRANT
Page 4 of 7

in lieu of money. I have observed this in previous investigations and subjects involved such activity have indicated this to me in prior interviews.

Sergeant Bayne contacted K-9 Officer Eastman #219. I met WWPD K-9 Officer Eastman #219 at the Walla Walla Police Department Secure Impound Lot with his K-9 partner, Watts. Officer Eastman deployed K-9 Watts around the exterior of the vehicle. After the deployment, Officer Eastman advised K-9 Watts did not alert to the odor of narcotics in which he is trained to detect.

In checking from the outside, I noticed a pneumatic nail gun on the front passenger floorboard as described by Sergeant Bayne. I also observed various other items inside the vehicle as described in Sergeant Bayne's report.

There have been recent construction site burglaries in the area in which various tools and equipment has been stolen. These burglaries were reported to have taken place overnight, in the hours of darkness. I do not know Kern to be employed in the construction business. He has a prior burglary conviction, and he was contacted at about 3am in a stolen vehicle. Therefore, it is my belief the nail gun and possibly other items inside the vehicle may be stolen.

The vehicle Kern was arrested out of was confirmed stolen. It was reported stolen out of Spokane PD on 01-28-22. The registered owner indicated Scorpio Rodriguez had taken it on 01-27-22. This is the subject Kern named as buying the vehicle from. It is my belief there may be documentation in the form of receipts, bill of sale, identification, bank cards, or other types of paperwork to corroborate who was in possession of the stolen vehicle over the past couple weeks. In previous investigations, I have found documentation such as this in bags, backpacks, safes, and inside the stolen vehicle itself. It is my belief, based on training and experience as well as previous investigation, that items showing evidence of subjects involved in these noted violations will be in the bags, backpacks, containers, and / or the safe within the stolen vehicle.

*** AMENDMENT ***

A search warrant and search warrant affidavit were submitted for review in which Walla Walla District Court Judge Hedine reviewed the documents, finding there to be Probable Cause to issue the warrant.

Detective Bump and I went to the Walla Walla Police Department Secured Impound Lot to serve the search warrant. I began photographing the exterior of the white Hyundai vehicle at approximately 1409 hours. We then opened the three doors as well the hatchback. I photographed the items inside the vehicle. We then began to search the vehicle, starting with the items in the hatchback portion. Detective Bump removed items and held them as I continued to photograph. After removing a portable vacuum, a tool set, and tote of clothing, we located what appears to be an older .22 caliber pump action rifle with brown wooden pump grip and stock. Continuing the search for items listed in the original warrant, Detective Bump used the Sentry Safe key on the key chain located in Kern's pocket during his arrest to open the safe in the hatchback. Upon opening the safe, we observed what appears to be the black hand grip of a pistol being held in a holster inside the safe. Also, in the safe we observed a clear white case which contained what I believe to be a digital scale. On the inside of this clear case there appears to be white residue. Based on my training and experience, this digital scale appears to be that which is used to weigh controlled substances such as methamphetamine. The white

powder residue observed on the case enclosing the scale appears to be a controlled substance such as methamphetamine.

Detective Bump and I halted the search and secured the items back in the vehicle pending the application of an amended search warrant.

In doing a criminal history check, Kern was found to be convicted of several felonies in Washington, Oregon, and Idaho. Amongst the felonies are various counts of unlawful possession of firearm as well as possession with intent to deliver controlled substances.

\*\*\*

This investigation took place in the City of Walla Walla, County of Walla Walla, State of Washington.

THEREFORE, based on the above facts, I am respectfully requesting a search warrant for the vehicle and property described below:

**VEHICLE:**
WA / CAX1284   a 2012 white Hyundai Veloster hatchback   VIN: KMHTC6AD6CU073004
Registered Owner: Keyana Sophia Tonasket   DOB: Redacted

**PROPERTY INSIDE VEHICLE TO INCLUDE:**
bags, backpacks, containers, locked compartments, safe

**CRIMES BEING INVESTIGATED:**
Possession of Stolen Vehicle – RCW 9A.56.068
Trafficking Stolen Property – RCW 9A.82.050
Possession of Stolen Property – RCW 9A.56.140
Unlawful Possession of Firearms – RCW 9.41.040
Possession with Intent to Deliver Controlled Substance – RCW 69.50.401
Possession of Drug Paraphernalia – RCW 69.50.412

**ITEMS TO BE SEARCHED FOR AND SEIZED IF LOCATED:**

➤ Evidence pertaining to the crimes listed above, including but not limited to:
  o Items and / or information that is / are evidence of, fruits of, pertain to, and / or was / is being used in the commission of the above listed crimes

➤ Items in whatever form evidencing dominion and control of the premises, places, property, items, accounts, and / or persons searched

➤ Property, checks, credit cards, debit cards, financial information, or other payment cards that appear to have been obtained by theft or burglary; property that is received, retained, possessed, or concealed and belongs to or is entitled to a person other than the person who possessed it

➤ Receipts, bill of sale, written or typed documents, wallets, bank cards, identification cards, or any other form of documentation associated with the above listed crimes

AFFIDAVIT FOR SEARCH WARRANT
Page 6 of 7

➢ Tools, equipment, serial numbers, or other identifying markings on items that appear to be stolen or belonging to a subjects / entity other than the defendants

➢ A drug, substance, or immediate precursor included in Schedules I through V as set forth in the Revised Codes of Washington; methamphetamine, cocaine, heroin or crack cocaine and other illegal narcotics

➢ Drug paraphernalia including but not limited to: smoking devices used in the ingestion of controlled substances, packaging materials, weighing scales and other paraphernalia associated with the ingestion or possession of controlled substances

➢ Drug paraphernalia including equipment used to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale, or otherwise introduce into the human body a controlled substance other than marijuana

➢ A weapon or device from which a projectile or projectiles may be fired by an explosive such as gunpowder; ammunition, bullets, magazines, clips, and other parts associated with a firearms
  o Including but not limited to the observed pump action .22 caliber rifle with wooden stock in the rear hatch of the vehicle
  o Including but not limited to the observed pistol with black handgrip in the safe

**This declaration was submitted to the issuing judge using an electronic device that is owned, issued, or maintained by the below-identified criminal justice agency.**

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed **February 11th, 2022**, in Walla Walla, WA

*Luke R Watson #298*
Affiant Signature

Affiant Full Name / Badge #: Luke Watson #298
Agency Name: Walla Walla Police Department

**The judge's signature, below, was placed by declarant at the judge's direction given by email (preserve and file the email).**

Signature: *KRISTIAN HEDINE*
DISTRICT COURT JUDGE
Printed Name of Judge: Kristian Hedine

AFFIDAVIT FOR SEARCH WARRANT
Page 7 of 7

DISTRICT COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF WALLA WALLA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                      Plaintiff,<br><br>Rex Michael Kern   DOB: 01-31-85<br>1231 Francis Ave   Walla Walla, WA 99362<br><br>Scorpio Guy Robert Rodriguez   DOB: Redacted<br>     Redacted   WA 99324<br><br>Veh:  WA/CAX1284   VIN KMHTC6AD6CU073004<br>       white '12 Hyundai Veloster<br>       R/O Keyana S. Tonasket DOB: Redacted<br><br>                      Defendants. | Case No. WWPD 2022-02452<br><br>RETURN OF SERVICE<br><br>*** AMENDED *** |

     This is to certify that I, DETECTIVE LUKE WATSON, received the above entitled Search Warrant on **February 11ᵗʰ, 2022,** and that pursuant to the command therein, I made due and diligent search on **February 11ᵗʰ, 2022,** of the vehicle and property described therein with the assistance of the following persons:

### DETECTIVE MIKE BUMP #213

     I FURTHER CERTIFY that the attached inventory contains a true and detailed account of the property seized by me on the warrant and that a copy of this warrant, together with a detailed receipt for the property taken, was:

### *** Placed on the front windshield of ***

Signed **February 11ᵗʰ, 2022** in Walla Walla, WA

Signature of Officer:  _Luke R. Watson_
               Detective Luke Watson #298
               Walla Walla Police Department

DISTRICT COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF WALLA WALLA

| | |
|---|---|
| STATE OF WASHINGTON, | Case No. WWPD 2022-02452 |
| Plaintiff, | |
| | RETURN OF SERVICE |
| Rex Michael Kern    DOB: 01-31-85<br>1231 Francis Ave    Walla Walla, WA 99362 | |
| Scorpio Guy Robert Rodriguez    DOB: Redacted<br>Redacted, WA 99324 | |
| Veh:   WA/CAX1284    VIN KMHTC6AD6CU073004<br>         white '12 Hyundai Veloster<br>         R/O Keyana S. Tonasket DOB: Redacted | |
| Defendants. | |

This is to certify that I, **DETECTIVE LUKE WATSON**, received the above entitled Search Warrant on **February 11th, 2022,** and that pursuant to the command therein, I made due and diligent search on **February 11th, 2022,** of the vehicle and property described therein with the assistance of the following persons:

**DETECTIVE MIKE BUMP #213**

I FURTHER CERTIFY that the attached inventory contains a true and detailed account of the property seized by me on the warrant and that a copy of this warrant, together with a detailed receipt for the property taken, was:

*** **Placed on the front windshield of** ***

Signed **February 11th, 2022** in Walla Walla, WA

Signature of Officer: _Luke R. Watson #298_

Detective Luke Watson #298
Walla Walla Police Department

## AFFIDAVIT AND REQUEST FOR SEARCH WARRANT

***Officer Eric Eastman #219, being sworn on oath deposes and says:***
 I have been employed as a Police Officer for the City of Walla Walla since January of 2016. I am currently assigned as a Narcotics Detection K9 Handler and Patrol Officer for the City of Walla Walla.

***My training and experience include but is not limited to:***
1) High school diploma from Walla Walla High School.
2) Associate of Science Degree in Criminal Justice from Columbia Southern University.
3) Five years of active duty military service in the United States Marine Corps,
4) Completion of the Basic Law Enforcement Academy in Spokane in 2016. Which required 720 hours of training.
5) Advanced Roadside Impaired Driving Enforcement in Walla Walla in 2019.
6) Field Training Officer in Burien in 2019.
7) FAA Part 107 UAS pilot certification in 2019.
8) Certified narcotics detection K9 team with K9 Watts in May 2020.

***Experience:***
 I currently am employed as a Narcotics Detection K9 Handler for the Walla Walla Police Department. I currently am the handler for Narcotics Detection K9 Watts. We became a certified narcotics detection K9 team in May 2020. I have been employed by the City of Walla Walla as a Police Officer since January of 2016. Since then, I have worked in the patrol division where I have experienced a wide range of street level crimes to include, but not limited to, theft, burglary, malicious mischief, assault, drug possession/packaging, and crimes of violence. Since employment with the Walla Walla Police Department and my time as an officer, I have assisted in executing several search warrants. During the execution of these warrants, I have observed how drug users and drug dealers live. I have personally observed the following kinds of drug related evidence: Cocaine, heroin, and methamphetamine. I have found paraphernalia for using controlled substances, including, spoons, lighters, foil, cotton, syringes, aluminum cans, mirrors, straws, pipes, razor blades, knives, brillo pads, push rods, and other miscellaneous paraphernalia items used to consume these illegal substances. I am familiar with how controlled substances are packaged, consumed, and sold in the Walla Walla area. I have arrested many suspects who were carrying or selling controlled substances within the Walla Walla area. I have located books, records, receipts, notes, ledgers, diaries, and other papers relating to the possession or distribution of controlled substances. These personal books and papers often include names and telephone numbers for clients or associates who are also involved in the use or sales of controlled substances. I have located U.S. currency which was collected during the distribution of controlled substances. I have also located firearms and other weapons carried by suspects involved in these criminal enterprises. I have had experience with vehicles, and other equipment used to transport or conceal controlled substances both on the street and in training. The identity of occupants is typically established by such things as canceled mail, deeds, leases, rental agreements, photographs, personal diaries, personal phone books, utility bills, telephone bills, statements, and other documents. Lastly, I am familiar with the behaviors and characteristics associated with people under the influence of drugs and or alcohol.

Eric Eastman
K9 Officer Walla Walla Police Department

0000000001.16

US v KERN

# Washington State Criminal Justice Training Commission

Recognizes that

*Eric S. Eastman & Watts*

have met the minimum performance standards as set forth in WAC 139-05-915 and are therefore recognized as a certified

# Narcotic Detection Canine Team

MAY 11, 2020
Certification Date

Expiration: Automatically in 24 months



Tisha H. Jones
Certification Manager

## Inventory and Receipt for Property Seized

WALLA WALLA POLICE DEPARTMENT

Name: _Rex Kern_    Address: _55 W Main St, WW_    Date: _3/11/22_    Time: _1629_

| Box or Case No. | No. of items | INVENTORY OF SEIZURES |
|---|---|---|
| | 1 | Winchester Model 61 .22 cal S/N 213567, located in trunk |
| | 1 | Taurus TG9Shu 9mm S/V TJZ21126, with mag & 7 rounds located in holster, in safe, in trunk |
| | 1 | Black colored zipper bag which contained bag of crystal substance and two bags of green matter, from safe in trunk |
| | 1 | Sentry safe w/ key, located in trunk |
| | 2 | Digital scales - one white & green, one clear and silver, located in safe, in trunk |
| | 1 | Wilderness license to Rex King, two drivers vouchers for Rex Kern, located in passengers side of vehicle |
| | 1 | Black ziplock containing baggies of crystal, powder and a scoop, located in Black zipper bag from front floor board |
| | 1 | Crown Crown Royal bag containing baggies of brown matter and ink bottle w/ green matter, from black zipper bag from floorboard |
| | 1 | Red colored electronic scale from ziplock zipper bag from front floorboard |
| | Mult | numerous clear small ziplock baggies, located in side pocket of black zipper bag from front floorboard |
| | 1 | Black zipper bag containing MS pipe & MS paraphernalia, located in front floorboard |
| | Mult | US currency - double bagged and in zipper bag - NOT counted located in black zipper bag from front floorboard |
| | 2 | 1 vehicle title, 1 Bill of Sale for a 2012 Hyundai, located in Red backpack in back seat of vehicle |
| | 2 | Black colored cell phones, located in front seat of vehicle |
| | | |
| | | |
| | | No other items |
| | | |
| | | |

WARRANT NO. _5622-62452_

REPORT NO. _____

Officer _____ 213
(Signature)
_____ #293
(Signature of Witness)

_____
(Signature of Witness)

July 21, 2022

Search Warrants and Affidavits

1
2
3
4
5

**DISTRICT COURT, WALLA WALLA COUNTY, WASHINGTON**

6
7
8     STATE OF WASHINGTON        )
                                 ) ss.    CASE NO:    2022-14884
9     COUNTY OF WALLA WALLA      )        DECLARATION FOR SEARCH WARRANT

10

11    Officer Nick Klicker #230 declares under penalty of perjury under the laws of the State of
      Washington that the following is true and correct:

12

13            On the basis of the following, I believe there is probable cause that **Rex Michael Kern
      Jr. DOB 01/31/1985** has/have committed the below-identified crime(s) in Walla Walla County,

14    State of Washington, and that;

15            [X] Evidence of the crime(s): **RCW 69.50.401 Possession with Intent to Deliver**
              [X] Contraband, the fruits of a crime, or things otherwise criminally possessed;

16            [ ] Weapons or other things by means of which a crime has been committed or reasonably
                  appears about to be committed;

17            [ ] A person for whose arrest there is probable cause, or who is unlawfully restrained; is/are

18                located in, on, at, or about the following described Persons, Premises and Vehicles:

19            **Gray 2004 Ford Mustang**
              **WA/CCS4071**

20            **VIN# 1FAFP42X54F140643**
              **Driven/Operated by: Rex Michael Kern Jr. 01/31/1985**

21

22            **Owner/Registered to: Rex Michael Kern Jr.**
              **Owner Address: 1231 Francis Ave.**

23

24            **Currently parked, unoccupied, and running at 217 Prospect Ave Walla Walla WA 99362**

25    On the basis of the following, I, Officer Nick Klicker #230, believe there is probable cause that
      **Rex Michael Kern Jr. DOB 01/31/1985** has/have committed the above identified crime(s) in

26    Walla Walla County, State of Washington, and that evidence of this crime is in the above listed
      locations and/or on their persons.

27

28    SEARCH WARRANT DECLARATION
      Page 1 of 5
      Version: 09.22.20

1   Dispatch advised the warrant was confirmed. Officer Lemons arrived on scene to assist. I
2   notified Rex of the confirmed warrant and asked him to place his hands behind his back. I placed
    him into restraints checked them for proper gauge and double locked them. Dispatch was
3   notified that he was in custody. Rex was searched incident to arrest and placed into my patrol
    vehicle. While searching Rex I located a key/fob in his pocket that he said belonged to his Jeep
4   Liberty on scene. WA/ CCS3972. Rex was also in possession of a green glass pipe with a bulb at
    the end of it. In my training and experience I know this type of pipe is typically used for smoking
5   methamphetamine. Rex was also found in possession of brass knuckles. These brass knuckles
6   were located in his left pants pocket.

7   Rex was concerned about his Ford Mustang WA/CCS4071 that was currently running at an idol
8   on the property. Rex was trying to get back to the vehicle when I initially contacted him. He was
    very concerned and wanted to make sure someone took the vehicle. After placing Rex into my
9   patrol vehicle I went up to the vehicle to examine it. Inside the vehicle I observed a backpack on
10  the front passenger seat of the vehicle. The backpack had two pipes that appeared to be
    marijuana pipes and a small zip lock bag that was privately packaged with marijuana inside. In
11  the backseat behind the front passenger seat, there is a black and silver lock box. This lock box
    was of interest due to the fact that Rex is on pre-trial release for Possession with Intent reference
12  incident number 2022-2452 Walla Walla PD. Reference this incident Rex had a lock box in the
    vehicle that contained a firearm and a large quantity of methamphetamine. In my training and
13  experience, a subject that is dealing or selling narcotics carry locking type containers to protect
14  the valuable contents of controlled substances.

15  Officer Lemons transported Rex to the Walla Walla County Jail without incident for the
16  confirmed felony warrant.

17  Officers assisted with me with contacting the property owner on scene Richard Eugene Cornwell
18  DOB █████ 1993.

19  The Ford Mustang is registered to Rex, and he stated that he is the owner of the vehicle.

20  The mustang is currently parked on the edge of 217 Prospect Ave in the driveway of the
21  property.

22  This declaration for search warrant is asking to grant permission for K-9 Handler Officer
23  Eastman to enter the parking stall on the northeast end of the property approximately 50 ft. from
    Prospect Ave. The vehicle is located at 217 Prospect Ave. Walla Walla Washington to conduct a
24  K-9 sniff of the vehicle.

25  **THEREFORE;**

26      Based on all the foregoing information, I believe that evidence of the above-listed
27  crime(s) exists at the above-described property/properties, in the above-described vehicle(s) and

28  SEARCH WARRANT DECLARATION
    Page 3 of 5
    Version: 09.22.20

with the above-identified persons, and that there is probable cause to search the above identified property/properties and vehicle(s) and person(s) for the following items:

## ITEMS TO BE SEARCHED FOR AND SEIZED IF LOCATED:

➤ Evidence in whatever form of the above listed crime(s) including but not limited to:
--- Items and/or information that is/are evidence of, fruits of, pertain to, and/or was/is being used in the commission of the listed crime(s);

*RCW 69.50.401 Possession with Intent to Deliver:*
Controlled substances and prescription medication in whatever form, including, but not limited to; Fentanyl, Methamphetamine, Cocaine, Heroin.

Drug paraphernalia and packaging items including, but not limited to; Scales, baggies, measuring devices, drug ledgers, cash, smoking/ingestion devices, syringes.

➤ Items in whatever form evidencing dominion and control of the property/residence searched.

**217 Prospect Ave. Walla Walla Washington 99362**
**Responsible: Richard Eugene Cornwell DOB 11/20/1993**

➤ Any items related to and/or from any of the listed business(s) and/or individual(s).

**Rex Michael Kern Jr. DOB 01/31/1985**

**This declaration was submitted to the issuing judge using an electronic device that is owned, issued, or maintained by the below-identified criminal justice agency.**

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this __21__ day of July 2022, at Walla Walla, WA.

Declarant's Signature: _Nicholas Klicker #230_

OR, *if submitted electronically or by phone:*

Declarant's full name: /s/ **Nick Klicker**
Agency Badge/Serial or Personnel #: **230**
Agency Name: **Walla Walla Police Department**

**The judge's signature, below, was placed by declarant at the judge's direction given by email (preserve and file the email).** Affiant for:

Signature: _Judge Kristian Hedine_

DISTRICT COURT JUDGE

Printed Judge's Name: Kristian E. Hedine

SEARCH WARRANT DECLARATION
Page 5 of 5
Version: 09.22.20

SENT AT THE REQUEST OF WWPD

## Nick Klicker

| From: | Kristian Hedine <khedine@co.walla-walla.wa.us> |
|---|---|
| Sent: | Thursday, July 21, 2022 5:43 PM |
| To: | Nick Klicker |
| Cc: | Kristian Hedine |
| Subject: | Fwd: 2022-14884 Declaration for Search Warrant |
| Attachments: | 2022-14884 Kern Declaration for Search Warrant. .pdf; 2022-14884 Kern Search Warrant .pdf |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Officer Klicker: I have reviewed the attached affidavit for the search warrant. There is probable cause to issue the warrant. You are hereby authorized to sign my name to the warrant and proceed with the search of the suspect's vehicle and its contents as described in the attachments. Thank you.

**From:** "Nick Klicker" <nklicker@wallawallawa.gov>
**Subject:** 2022-14884 Declaration for Search Warrant
**Date:** 21 July 2022 17:33
**To:** "Kristian Hedine" <khedine@co.walla-walla.wa.us>

CAUTION: This email was sent from outside Walla Walla County. Please exercise caution when clicking links or opening attachments within this email.

Honorable Judge Hedine,

I have attached an affidavit for a search warrant to this email. Please review at your convenience. Thank you for your consideration in the matter.

Respectfully submitted,

Officer Nick Klicker #230
Walla Walla Police Department
Patrol Division

* * * * * * SPECIAL PUBLIC DISCLOSURE NOTICE TO RECIPIENT(S): Information contained in any communication to or from the City of Walla Walla, including attachments, may be subject to the disclosure requirements of Washington's Public Records Act, Ch. 42.56 RCW.

COPY MADE FOR ATF SA BRYAN BACH
ON 08/12/2022 BY NIKKI WILLIAMS #36055

SECONDARY DISSEMINATION OF CRIMINAL
HISTORY TO UNAUTHORIZED PERSONS
IS PROHIBITED UNDER RCW 10.97.

1

2

3

4

5

## DISTRICT COURT, WALLA WALLA COUNTY, WASHINGTON

6

7

8

STATE OF WASHINGTON            )
                               ) ss.    CASE NO:    2022-14884

9

COUNTY OF WALLA WALLA          )        DECLARATION FOR SEARCH WARRANT
                                        (AMENDED) FOR FIREARM(S)

10

11

I <u>Det. S. Reyna #266</u> declares under penalty of perjury under the laws of the State of Washington that the following is true and correct:

12

13

On the basis of the following, I believe there is probable cause that **Rex Michael Kern Jr. / DOB 01/31/1985** has/have committed the below-identified crime(s) in Walla Walla County, State of Washington, and that;

14

15

[X] Evidence of the crime(s): RCW 9.41.040- **Unlawful Possession of Firearm(s)**
[X] Contraband, the fruits of a crime, or things otherwise criminally possessed;

16

[ ] Weapons or other things by means of which a crime has been committed or reasonably appears about to be committed;

17

[ ] A person for whose arrest there is probable cause, or who is unlawfully restrained; is/are

18

located in, on, at, or about the following described Persons, Premises and Vehicles:

19

Gray 2004 Ford Mustang

20

WA/CCS4071
VIN# 1FAFP42X54F140643

21

Driven/Operated by: Rex Michael Kern Jr. 01/31/1985

22

Owner/Registered to: Rex Michael Kern Jr.
Owner Address: 1231 Francis Ave.

23

Currently Stored at:

24

Walla Walla Police Department (Vehicle Impound)
55 E. Moore St.

25

Walla Walla, Wa 99362

26

27

28

SEARCH WARRANT DECLARATION
Page 1 of 6
Version: 09.22.20

On the basis of the following, I, <u>Det. S. Reyna #266,</u> believe there is probable cause that **Rex Michael Kern Jr. DOB 01/31/1985** has/have committed the above identified crime(s) in Walla Walla County, State of Washington, and that evidence of this crime is in the above listed locations and/or on their persons.

I have the following qualifications and education pertaining to investigations:

I have been employed by the Walla Walla Police Department as a Police Officer since January 5th 1998, and I have the following qualifications and education pertaining to **RCW: 9.41.040- Unlawful Possession of a Firearm 1st.**

*Training:*

1. Graduated from the Walla Walla Community College with an Associates Degree.
2. Graduated from the WWPD Reserve Police Officer Academy in October 1997.
3. Graduated from the Washington State Criminal Justice Training Commission - Basic Law Enforcement Academy in April 1998.
4. EVOC instructor class, driver training, (40) hours.
5. Received over 1000 hours of Gang related training and updates.
6. Member of the Northwest Gang Investigator Association.
7. Successfully completed TASER X26 training.
8. Successfully completed (6) hour training on Drug Endangered Children Program.
9. Successfully completed (40) hour Criminal Investigations (0221) course.
10. Successfully completed (80) hour Basic Drug Investigation Course (May 16th – 27th 2022).

*Experience:*

I am currently employed as a Walla Walla Regional Drug and Gang Task Force Officer for the Walla Walla Police Department. I have experienced a wide variety of crimes to include, but not limited to homicides, shootings, assaults, robberies, burglaries, arsons, kidnappings, thefts, malicious mischief, drug possession / delivery / manufacturing, and crimes of violence. Since employment with the Walla Walla Police Department, I have participated in numerous search warrants, where I have successfully recovered suspects, weapons (i.e. firearms and knives), narcotics (i.e. Marijuana, Cocaine, Heroin, Methamphetamine, Fentanyl, and prescription medication). I am familiar with how controlled substances are manufactured, packaged, consumed, and sold in the Walla Walla area. During my assignment in the Special Teams / Street Crimes Unit / Task Force, I have investigated over 500 gang related crimes, including property crimes and crimes of violence. I have given over 100 gang presentations to local service groups, schools, and city staff. I am familiar with the gang mentality and the local gang trends for the Walla Walla Valley. I have knowledge of the Walla Walla Valley's gang members and affiliation.

## PROBABLE CAUSE:

I have not included each fact known concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause and are based on my knowledge of the situation, as told by me, from my own observations and other Officers on scene. My belief is based upon the following facts and circumstances:

SEARCH WARRANT DECLARATION
Page 2 of 6
Version: 09.22.20

**\*\*\*ORIGINAL PROBALE CAUSE INFORMATION OF OFC. N. KLICKER #230\*\*\***

On 07/21/2022 at approximately 1506 hours, while on regular uniformed patrol, I observed Rex Michael Kern Jr. DOB 01/31/1985 walking back and forth between two vehicles a gray Ford Mustang and a Green Jeep Liberty at 217 Prospect Ave. He was in and out of both vehicles. Earlier in the shift I saw that Rex had an unconfirmed felony warrant out of Walla Walla County Superior Court. I ran his name through dispatch and notified dispatch that I would be out with him at the location. Dispatch advised of the unconfirmed warrant, and I asked them to confirm. Dispatch advised the warrant was confirmed. Officer Lemons arrived on scene to assist. I notified Rex of the confirmed warrant and asked him to place his hands behind his back. I placed him into restraints checked them for proper gauge and double locked them. Dispatch was notified that he was in custody. Rex was searched incident to arrest and placed into my patrol vehicle. While searching Rex I located a key/fob in his pocket that he said belonged to his Jeep Liberty on scene. WA/ CCS3972. Rex was also in possession of a green glass pipe with a bulb at the end of it. In my training and experience I know this type of pipe is typically used for smoking methamphetamine. Rex was also found in possession of brass knuckles. These brass knuckles were located in his left pants pocket.

Rex was concerned about his Ford Mustang WA/CCS4071 that was currently running at an idol on the property. Rex was trying to get back to the vehicle when I initially contacted him. He was very concerned and wanted to make sure someone took the vehicle. After placing Rex into my patrol vehicle I went up to the vehicle to examine it. Inside the vehicle I observed a backpack on the front passenger seat of the vehicle. The backpack had two pipes that appeared to be marijuana pipes and a small zip lock bag that was privately packaged with marijuana inside. In the backseat behind the front passenger seat, there is a black and silver lock box. This lock box was of interest due to the fact that Rex is on pre-trial release for Possession with Intent reference incident number 2022-2452 Walla Walla PD. Reference this incident Rex had a lock box in the vehicle that contained a firearm and a large quantity of methamphetamine. In my training and experience, a subject that is dealing or selling narcotics carry locking type containers to protect the valuable contents of controlled substances.

Officer Lemons transported Rex to the Walla Walla County Jail without incident for the confirmed felony warrant.

Officers assisted with me with contacting the property owner on scene Richard Eugene Cornwell DOB <span style="background:#555;color:#fff">Redacted</span>

The Ford Mustang is registered to Rex, and he stated that he is the owner of the vehicle.

The mustang is currently parked on the edge of 217 Prospect Ave in the driveway of the property.

This declaration for search warrant is asking to grant permission for K-9 Handler Officer Eastman to enter the parking stall on the northeast end of the property approximately 50 ft. from

```
SEARCH WARRANT DECLARATION
Page 3 of 6
Version: 09.22.20
```

Prospect Ave. The vehicle is located at 217 Prospect Ave. Walla Walla Washington to conduct a K-9 sniff of the vehicle.

I applied for a search warrant on scene and submitted it via email to Judge Hedine at 1733 hours.

At 5:43 PM Judge Hedine replied to the email and advised that there was probable cause to issue the warrant. He gave me permission to sign his name on the warrant.

Officer Eastman arrived on scene. A copy of the signed warrant was given to Richard on scene and explained to him. He stated that he understood.

At approximately 1757 hours, Officer Eastman deployed K-9 Watts. Officer Eastman advised that K-9 Watts alerted to the vehicle. Officer Eastman called for an evidentiary tow to the scene.

Lightfoot's Towing arrived and took possession of the vehicle. During the process of loading the vehicle, the back passenger tire went flat. Lightfoot's transported the vehicle to the Walla Walla Police Department Corp Yard pending application of search warrant for the crime of 69.50.401 Possession with Intent to Deliver. The vehicle was secured with evidence tape at all access points and secured on scene.

I am applying for a second declaration for search warrant to search of the vehicle WA/CCS4071 for the aforementioned crimes listed above.

***AMENDED***

K9 Watts is certified through the State of Washington (WAC 139-05-915). Officer Eastman has been a K9 Handler since May 2020. See his attached Affidavit and K9 Watts' certification that have been submitted with the warrant.


*****END OF ORIGINAL PROBALE CAUSE INFORMATION*****


**NEW AMENDED INFORMATION FOR UNLAWFUL POSSESION OF FIREARM(S)**

On 07-22-2022, at about 9:15 A.M., Det. J. Langlois, Det. S. Thompson, Evidence Ofc. N. Williams and I went to the secure Walla Walla Police Department vehicle storage located at 55 E. Moore St. in Walla Walla, Washington 99362. We were serving Ofc. N. Klicker's granted search warrant on the aforementioned probable cause information. This search warrant is for Rex Michael Kern Jr's Gray, 2004, Ford Mustang, bearing Washington License Plate #: CCS4071.

SEARCH WARRANT DECLARATION
Page 4 of 6
Version: 09.22.20

During our lawful search of the Ford Mustang, and while searching for evidence of the original listed offense: RCW 69.50.401- Possession of Narcotics with intent to Deliver, Det. S. Thompson located a black semi-automatic pistol, in a black nylon holster.

This firearm was inside a black and gray backpack, which was on the front passenger seat. This backpack also contained a distribution amount of suspected Methamphetamine, a distribution amount of suspected blue Fentanyl pills, and a large amount of US cash money. The firearm was left in place as it is not covered under the original search warrant.

Det. S. Thompson continued her search under the authority of the original search warrant for narcotics related evidence. In a silver case, which was in the back seat area of the Ford Mustang, Det. S. Thompson discovered a second black semi-automatic firearm along with a bag of bullets. This firearm was also left in place as it is not covered under the original search warrant.

I left the secure vehicle storage area and went to the Walla Walla Police Station to apply for an amended search warrant to search for, photograph, and to collect evidence of the crime of RCW: 9.41.040- Unlawful Possession of Firearm(s).

On 07-22-2022, at about 9:51. A.M., I requested Records Technician D. Hood run a criminal history check on Rex Michael Kern Jr. / DOB: 01-31-1985. I know Rex to be a convicted felon, but I wanted to confirm this. The criminal history check revealed that Rex Michael Kern Jr. / DOB: 01-31-1985 has multiple felony convictions. Due to these convictions, Rex is prohibited from lawfully possessing firearms.

I am respectfully requesting a search warrant to search the Ford Mustang for evidence of the crime of: RCW: 9.41.040- Unlawful Possession of Firearm(s) and to photograph and collected the firearms and all firearm accessories to include: Magazines, bullets, fired cartridge casings, holsters, dominion and control documents showing Rex as the owner and or the possessor of firearms. Violations occurred within the City / County limits of Walla Walla.

**THEREFORE;**

Based on all the foregoing information, I believe that evidence of the above-listed crime(s) exists at the above-described property/properties, in the above-described vehicle(s) and with the above-identified persons, and that there is probable cause to search the above identified property/properties and vehicle(s) and person(s) for the following items:

**ITEMS TO BE SEARCHED FOR AND SEIZED IF LOCATED:**

➢ Evidence in whatever form of the above listed crime(s) including but not limited to:
--- Items and/or information that is/are evidence of, fruits of, pertain to, and/or was/is

SEARCH WARRANT DECLARATION
Page 5 of 6
Version: 09.22.20

being used in the commission of the listed crime(s);

*RCW: 9.41.040- Unlawful Possession of a Firearm(s):*

To photograph and collect all firearms and all firearm accessories to include: Magazines, bullets, fired cartridge casings, holsters, dominion and control documents showing Rex as the owner and or the possessor of firearms.

➢ Items in whatever form evidencing dominion and control of the property/residence searched.

➢ Any items related to and/or from any of the listed business(s) and/or individual(s).

**Rex Michael Kern Jr. / DOB 01/31/1985**

**This declaration was submitted to the issuing judge using an electronic device that is owned, issued, or maintained by the below-identified criminal justice agency.**

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this <u>22nd</u> day of <u>July 2022</u>, at <u>Walla Walla</u>, WA.

Declarant's Signature: _____

OR, *if submitted electronically or by phone:*

Declarant's full name: /s/ <u>Saul V. Reyna</u>
Agency Badge/Serial or Personnel #: <u>266</u>
Agency Name: <u>Walla Walla Police Department</u>

**The judge's signature, below, was placed by declarant at the judge's direction given by email (preserve and file the email).**

Signature: _____

DISTRICT COURT JUDGE

Printed Judge's Name: <u>Kristian E. Hedine</u>

SEARCH WARRANT DECLARATION
Page 6 of 6
Version: 09.22.20

DISTRICT COURT, WALLA WALLA COUNTY, WASHINGTON

STATE OF WASHINGTON          )
                             ) ss.     CASE NO: 2022-14884
COUNTY OF WALLA WALLA        )         SEARCH WARRANT
                                       (AMENDED) FOR FIREARM(S)

TO ANY PEACE OFFICER IN THE STATE OF WASHINGTON:

Upon the declaration made before me there is probable cause to believe that the crime(s) of RCW 9.41.040- Unlawful Possession of a Firearm(s) is/are being committed, has/have been committed, and/or are about to be committed in Walla Walla County, State of Washington, and that evidence of that/those crime(s); or contraband, the fruits of crime, or things otherwise criminally possessed; or weapons or other things by means of which a crime has been committed or reasonably appears about to be committed; or a person for whose arrest there is probable cause, or who is unlawfully restrained is/are concealed in or on certain premises, vehicles or persons.

YOU ARE COMMANDED TO:

Search and or seize, within 10 days of this date, the person(s), premises, vehicle(s) described as follows:

Gray 2004 Ford Mustang
WA/CCS4071
VIN# 1FAFP42X54F140643
Driven/Operated by: Rex Michael Kern Jr. 01/31/1985

Owner/Registered to: Rex Michael Kern Jr.
Owner Address: 1231 Francis Ave.

Currently Stored at:
Walla Walla Police Department (Vehicle Impound)
55 E Moore St
Walla Walla, Wa 99362

If issued by a Superior Court Judge and served outside Washington State: This warrant is issued pursuant to RCW 10.96.020. A response is due within twenty business days of receipt, unless a shorter time is stated herein, or the applicant consents to a recipient's request for additional time to comply.
SEARCH WARRANT
Page 1 of 2
09.22.20

**ITEMS TO BE SEARCHED FOR AND SEIZED IF LOCATED:**

> Evidence in whatever form of the above listed crime(s) including but not limited to:
> --- Items and/or information that is/are evidence of, fruits of, pertain to, and/or was/is being used in the commission of the listed crime(s);

*RCW 9.41.040- Unlawful Possession of Firearm(s):*

To photograph and collect all firearms and all firearm accessories to include: Magazines, bullets, fired cartridge casings, holsters, dominion and control documents showing Rex as the owner and or the possessor of firearms.

Items in whatever form evidencing dominion and control of the property/residence searched.

> Any items related to and/or from any of the listed business(s) and/or individual(s).
> **Rex Michael Kern Jr. DOB 01/31/1985**

Promptly return this warrant to me or the clerk of this court within ten (days). The return must include an inventory of all property seized.

A copy of the warrant and a receipt for the property taken shall be given to the person from whom or from whose premises property is taken. If no person is found in possession, a copy and receipt shall be conspicuously posted at the place where the property is found.

Date/Time: _07/22/2022 @ 12:15 P.M_

**The judge's signature, below, was placed by declarant at the judge's direction given by email (preserve and file the email).**

AFFIANT FRU

Signature: _JUDGE KRISTIAN E. HEDINE_

DISTRICT COURT JUDGE

Printed Judge's Name: <u>Kristian E. Hedine</u>

If issued by a Superior Court Judge and served outside Washington State: This warrant is issued pursuant to RCW 10.96.020. A response is due within twenty business days of receipt, unless a shorter time is stated herein, or the applicant consents to a recipient's request for additional time to comply.
SEARCH WARRANT
Page 2 of 2
09.22.20

[DISTRICT] COURT, WALLA WALLA COUNTY, WASHINGTON

STATE OF WASHINGTON          )
                             ) ss.     CASE NO: ___2022-14884___
COUNTY OF WALLA WALLA        )         RETURN OF SEARCH WARRANT

      This is to certify that I, <u>Det. S. Reyna #266</u> received the above entitled Search Warrant on the <u>22nd</u> day of <u>July</u>, <u>2022</u>, and that pursuant to the command contained therein, I made due and diligent search on the <u>22nd</u> day of <u>July</u>, <u>2022</u>, of the property and premises described therein with the assistance of the following persons:

      Det. J. Langlois
      Det. S. Thompson

Present at the location at the time of the search warrant service were:

      Evidence Ofc. N. Williams

I further certify that a copy of the Search Warrant was:

____    Given to _____ , the person from whom it was taken.

____    Given to _____ , the responsible party of the premises.

_X_    Posted at <u>WA/CCS4071</u> , a conspicuous place where the said property was found.

____    Faxed / emailed to _____ *[fax number/email address]* per the protocols of the company where the said property will be found (**this search warrant is only for production of records from the company's database and a response is not expected for up to several weeks).

Signature of Officer: _Saul Reyna #266_      Date: _07-22-2022_
           Det. Saul V. Reyna #266
           Walla Walla Police Department

RETURN OF SEARCH WARRANT
Page 1 of 1
Version: 11.03.14

## Inventory and Receipt for Property Seized

WALLA WALLA POLICE DEPARTMENT

54 E Moore St. WW

Name Rex Kern Jr     Address Gray 2004 Ford Mustang     Date 7/22/2022 Time 09:00 AM
DOB: 1-31-1985     WA:CC34011

| Box or Case No. | No. of Items | INVENTORY OF SEIZURES |
|---|---|---|
| 1 | 1 | 1 large plastic bag of crystal substance from small gray "Gloom" bag located in gray backpack on front passenger seat - DOC2931 - 0922 AM |
| 2 | 1 | 1 ziploc baggie of numerous small blue pills with "m" stamped on them from small gray "Gloom" bag located in gray backpack on front passenger seat - DOC2931 - 0924 AM |
| 3 | 1 | small gray "Gloom" zippered bag which contained crystal substance and blue pills located inside gray backpack on front passenger seat - DOC2931 0925 AM |
| 4 | 1 | large amount of US currency from front zippered pouch of small gray "Gloom" bag located in gray backpack on front passenger seat - T408 - 09:30 AM |
| 5 | 1 | container of "Super Silver Haze" bulk cannabis flower located inside gray backpack on front passenger seat. (Inside container is individually packaged green vegetable substance) - DOC2931 - 0948 AM |
| 6 | 1 | small ziploc baggie with green/brown vegetable substance located on front passenger seat - DOC2931 0949 AM |
| 7 | 1 | Masterpiece Arms 9mm pistol S/N: B11373 loaded inside silver lock box on floorboard behind passenger seat - DOC2931 - 12:15 PM |
| 8 | 3 | 2 black magazines (1 loaded), ziploc bag with ammo located inside silver lock box on floorboard behind passenger seat - DOC2931 - 12:15 PM |
| 9 | 1 | 1 silver lock box that held 9mm pistol, mags, & ammo located on floorboard behind passenger seat - DOC2931 - 12:15 PM |
| 10 | 1 | PATMOS P80 pistol S/N: Ø located in gray backpack on front passenger seat - DOC2931 - 12:20 PM (loaded in chamber & full magazine) |
| 11 | 1 | 1 gray backpack which contained gun & drugs from front passenger seat - DOC2931 - 12:21 PM |
| 12 | 1 | black holster from gray backpack - passenger seat - DOC2931 12:22 |

Arresting Officer _____ #2606
(Signature)

_____ T408
(Signature of Witness)

WARRENT NO. 2022-14884
REPORT NO. 2022-14884

_____
(Signature of Witness)