# EXHIBIT 1

## Call For Service Detail Report - CFS 294

| Address | 1200 FRANCIS AVE BLK, Walla Walla | | | | |
|---|---|---|---|---|---|
| Common Name | | | | | |
| Custom Layer | | Census Tract | | | |
| Beat | WWPD - COP 3 | Quadrant | CWWFD-11230 | District | CWWFD-11230 |
| Caller Name | | Caller Phone | | Call Taker | WALLA2\achinnery |
| Create Date | 2/11/2022 3:01:14 AM | Clear Date | 2/11/2022 4:15:53 AM | Nature Of Call | |

### Agencies

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| Traffic Stop | In Progress | 2 High | WALLA2\achinnery | 2/11/2022 3:01:14 AM |

### Call Narrative

*** 2/11/2022 ***

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 7:39:17 AM | 277 ADVSD THAT PC HAS BEEN DELIVERED TO THE JAIL ON THIS CASE | Deccio,Tom | | WESCOM5 |
| 5:13:03 AM | 277/RO HAS BEEN CONTACTED AND NOTIFIED 509 599 3377 | Thonney,Kara | | DISPATCH4 |
| 4:15:41 AM | 277/VEH SECURE | Thonney,Kara | | DISPATCH4 |
| 3:26:01 AM | LOCATE SENT | Thonney,Kara | | DISPATCH4 |
| 3:25:27 AM | KYLE'S ENR | Chinnery,Amber | | DISPATCH1 |
| 3:24:10 AM | CALLED LIGHTFOOT'S 2X, NO ANSWER | Chinnery,Amber | | DISPATCH1 |
| 3:22:40 AM | D55 CALLING EVIDENTIARY TOW | Chinnery,Amber | | DISPATCH1 |
| 3:21:56 AM | 277/EVIDENCE TOW | Thonney,Kara | | DISPATCH4 |
| 3:14:47 AM | VEH CONFIRMED AS STOLEN OUT OF SPOKANE - PERMISSION TO SEARCH | Thonney,Kara | | DISPATCH4 |
| 3:11:59 AM | 232/ONE IN CUSTODY | Thonney,Kara | | DISPATCH4 |
| 3:04:53 AM | 232/ONE DETAINED | Thonney,Kara | | DISPATCH4 |
| 3:03:59 AM | VEH RETURNING STOLEN OUT OF SPOKANE PD | Chinnery,Amber | | DISPATCH1 |

### EMD Narrative

| Time | Description | User |
|---|---|---|

### Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|
| KERN,REX | 1/31/1985 | | DISPATCH4 |
| TONASKET,KEYANA | 2/7/1998 | | PD-RM703B0288 |

### Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|
| | | | Plate Inquiry | | WA | CAX1284 |

COPY MADE FOR AUSA David Herzog at David.Herzog@usdoj.gov ON 7/11/2023 BY PB315

10000069

Plate Inquiry                                                                                           BDT8926

## Call Dispositions

| Name | Count |
|---|---|

## Unit Dispositions

| Name | Unit Number | Disposition Date |
|---|---|---|
| r | 277 | 2/11/2022 4:15:45 AM |
| nr | 140 | 2/11/2022 3:45:32 AM |
| nr | TOW | 2/11/2022 4:15:47 AM |
| nr | III | 2/11/2022 5:16:48 AM |
| s | 219 | 2/15/2022 4:10:41 PM |
| s | 234 | 2/11/2022 3:41:20 AM |
| s | 232 | 2/11/2022 4:15:52 AM |

## Call Log

**\*\*\* 2/15/2022 \*\*\***

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 4:10:41 PM | Call Cleared | Close Call | Eric Eastman | PD-1TRSSG2 |
| 4:10:41 PM | Unit Status Action | Unit 219 Available | Eric Eastman | PD-1TRSSG2 |
| 3:54:05 PM | Unit Location | Unit 219 Secondary Location: Secondary Location Cleared | Sarah Shaaban | DISPATCH3 |
| 3:54:05 PM | Unit Status Action | Unit 219 Arrived | Sarah Shaaban | DISPATCH3 |
| 3:53:57 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 1200 FRANCIS AVE | cad testing | NWCADPRD |
| 3:53:56 PM | Call Reactivated |  | Sarah Shaaban | DISPATCH3 |

**\*\*\* 2/11/2022 \*\*\***

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 7:39:17 AM | Narrative Added | 277 ADVSD THAT PC HAS BEEN DELIVERED TO THE JAIL ON THIS CASE  (Added to Cleared Call) | Tom Deccio | WESCOM5 |
| 5:16:49 AM | Call Cleared | Close Call | Kara Thonney | DISPATCH4 |
| 5:16:48 AM | Unit Status Action | Unit III Available | Kara Thonney | DISPATCH4 |
| 5:13:03 AM | Narrative Added | 277/RO HAS BEEN CONTACTED AND NOTIFIED 509 599 3377 | Kara Thonney | DISPATCH4 |
| 5:00:03 AM | Unit Location | Unit III Secondary Location: Secondary Location Cleared | Kara Thonney | DISPATCH4 |
| 5:00:03 AM | Unit Status Action | Unit III Dispatched | Kara Thonney | DISPATCH4 |
| 4:59:45 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 1200 FRANCIS AVE | cad testing | NWCADPRD |
| 4:59:44 AM | Call Reactivated |  | Kara Thonney | DISPATCH4 |
| 4:15:53 AM | Call Cleared | Close Call | Kara Thonney | DISPATCH4 |
| 4:15:52 AM | Unit Status Action | Unit 232 Available | Kara Thonney | DISPATCH4 |
| 4:15:47 AM | Unit Status Action | Unit TOW Available | Kara Thonney | DISPATCH4 |
| 4:15:45 AM | Unit Status Action | Unit 277 Available | Kara Thonney | DISPATCH4 |
| 4:15:41 AM | Narrative Added | 277/VEH SECURE | Kara Thonney | DISPATCH4 |
| 3:53:00 AM | Unit Location | Unit 277 Secondary Location Updated: ARR CORP YARD | Kara Thonney | DISPATCH4 |
| 3:53:00 AM | Unit Location | Unit TOW Secondary Location Updated: ARR CORP YARD | Kara Thonney | DISPATCH4 |
| 3:45:33 AM | Unit Status Action | Unit 140 Available | Kara Thonney | DISPATCH4 |
| 3:45:19 AM | Unit Location | Unit 277 Secondary Location: ENR CORP YARD | Kara Thonney | DISPATCH4 |
| 3:45:19 AM | Unit Location | Unit TOW Secondary Location: ENR CORP YARD | Kara Thonney | DISPATCH4 |

COPY MADE FOR AUSA David Herzog at David.Herzog@usdoj.gov ON 7/11/2023 BY PB315

| Time | Action | Description | User | Terminal |
|---|---|---|---|---|
| 3:42:19 AM | Unit Status Action | Unit TOW Arrived | Kara Thonney | DISPATCH4 |
| 3:41:42 AM | Plate History Found | Plate History found for BDT8926. Call 693 - Animal Call | Kara Thonney | DISPATCH4 |
| 3:41:21 AM | Unit Status Action | Unit 234 Available | Kara Thonney | DISPATCH4 |
| 3:35:33 AM | Plate History Found | Plate History found for BDT8926. Call 693 - Animal Call | Amber Chinnery | DISPATCH1 |
| 3:35:33 AM | Vehicle Added | Vehicle Added: LicenseNumber - BDT8926; Role - Plate Inquiry; | Amber Chinnery | DISPATCH1 |
| 3:30:58 AM | Person Added | Name: TONASKET, KEYANA    Performed by Mobile Unit 277 | Kevin Bayne | PD-RM703B0288 |
| 3:30:58 AM | Contact Created | Name: TONASKET, KEYANA | Kevin Bayne | PD-RM703B0288 |
| 3:30:52 AM | Unit Location | Unit 140 Secondary Location: Secondary Location Cleared | Kara Thonney | DISPATCH4 |
| 3:30:52 AM | Unit Status Action | Unit 140 Arrived | Kara Thonney | DISPATCH4 |
| 3:26:01 AM | Narrative Added | LOCATE SENT | Kara Thonney | DISPATCH4 |
| 3:25:31 AM | Unit Location | Unit TOW Secondary Location: Secondary Location Cleared | Amber Chinnery | DISPATCH1 |
| 3:25:31 AM | Unit Status Action | Unit TOW Dispatched | Amber Chinnery | DISPATCH1 |
| 3:25:27 AM | Narrative Added | KYLE'S ENR | Amber Chinnery | DISPATCH1 |
| 3:25:17 AM | Service Vehicle Rotation | Kyle's Towing WW: Select; Primary Contact: (509) 529-7089, #CAX1284, | Amber Chinnery | DISPATCH1 |
| 3:24:10 AM | Narrative Added | CALLED LIGHTFOOT'S 2X, NO ANSWER | Amber Chinnery | DISPATCH1 |
| 3:22:40 AM | Narrative Added | D55 CALLING EVIDENTIARY TOW | Amber Chinnery | DISPATCH1 |
| 3:22:15 AM | Unit Status Action | Unit 234 At Jail | Kara Thonney | DISPATCH4 |
| 3:21:56 AM | Narrative Added | 277/EVIDENCE TOW | Kara Thonney | DISPATCH4 |
| 3:17:26 AM | Unit Location | Unit 234 Secondary Location: ENR WWCJ ONE MALE COOP | Kara Thonney | DISPATCH4 |
| 3:17:26 AM | Unit Status Action | Unit 234 Enroute Jail | Kara Thonney | DISPATCH4 |
| 3:14:47 AM | Narrative Added | VEH CONFIRMED AS STOLEN OUT OF SPOKANE - PERMISSION TO SEARCH | Kara Thonney | DISPATCH4 |
| 3:11:59 AM | Narrative Added | 232/ONE IN CUSTODY | Kara Thonney | DISPATCH4 |
| 3:09:28 AM | Alerts Accessed | Viewed Alerts Tab | Kara Thonney | DISPATCH4 |
| 3:08:32 AM | Unit Status Action | Unit 234 Arrived | Kara Thonney | DISPATCH4 |
| 3:06:41 AM | Person Updated | Name: KERN, REX MICHAEL | Kara Thonney | DISPATCH4 |
| 3:06:41 AM | Contact Updated | Name: KERN, REX | Kara Thonney | DISPATCH4 |
| 3:06:23 AM | Contact Created | Name: KERN, REX | Kara Thonney | DISPATCH4 |
| 3:06:23 AM | Person Added | Name: KERN, REX | Kara Thonney | DISPATCH4 |
| 3:04:53 AM | Narrative Added | 232/ONE DETAINED | Kara Thonney | DISPATCH4 |
| 3:03:59 AM | Narrative Added | VEH RETURNING STOLEN OUT OF SPOKANE PD | Amber Chinnery | DISPATCH1 |
| 3:03:28 AM | Location | Cross streets updated, S ROOSEVELT ST / CANAL DR | Amber Chinnery | DISPATCH1 |
| 3:03:28 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 1200 FRANCIS AVE | cad testing | NWCADPRD |
| 3:03:27 AM | Location | Call Location Changed from 1200 FRANCIS AVE, Walla Walla, BKJ to 1200 FRANCIS AVE, Walla Walla, BLK | Amber Chinnery | DISPATCH1 |
| 3:03:25 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 1200 FRANCIS AVE | cad testing | NWCADPRD |
| 3:03:25 AM | Location | Cross streets updated, S ROOSEVELT ST / CANAL DR | Amber Chinnery | DISPATCH1 |
| 3:03:24 AM | Location | Call Location Changed from 1200 FRANCIS AVE, Walla Walla to 1200 FRANCIS AVE, Walla Walla, BKJ | Amber Chinnery | DISPATCH1 |
| 3:03:22 AM | Location | Cross streets updated, S ROOSEVELT ST / CANAL DR | Amber Chinnery | DISPATCH1 |

COPY MADE FOR AUSA David Herzog at David.Herzog@usdoj.gov
ON 7/11/2023 BY PB315

10000069.03

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 3:03:21 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 1200 FRANCIS AVE | cad testing | NWCADPRD |
| 3:03:21 AM | Location | Call Location Changed from FRANCIS AVE / S ROOSEVELT ST, Walla Walla to 1200 FRANCIS AVE, Walla Walla | Amber Chinnery | DISPATCH1 |
| 3:02:08 AM | Alerts Accessed | Viewed Alerts Tab | Kara Thonney | DISPATCH4 |
| 3:02:06 AM | Vehicle Added | Vehicle Added: LicenseNumber - CAX1284; License State - WA; Role - Plate Inquiry; | Kara Thonney | DISPATCH4 |
| 3:02:02 AM | Unit Status Action | Unit 232 Arrived | Amber Chinnery | DISPATCH1 |
| 3:01:55 AM | Unit Location | Unit 234 Secondary Location: Secondary Location Cleared | Amber Chinnery | DISPATCH1 |
| 3:01:55 AM | Unit Status Action | Unit 234 Enroute | Amber Chinnery | DISPATCH1 |
| 3:01:54 AM | Unit Location | Unit 232 Secondary Location: Secondary Location Cleared | Amber Chinnery | DISPATCH1 |
| 3:01:54 AM | Unit Status Action | Unit 232 Enroute | Amber Chinnery | DISPATCH1 |
| 3:01:46 AM | Unit Location | Unit 277 Secondary Location: Secondary Location Cleared | Amber Chinnery | DISPATCH1 |
| 3:01:46 AM | Unit Status Action | Unit 277 Arrived | Amber Chinnery | DISPATCH1 |
| 3:01:46 AM | Call Ready for Dispatch | Call marked ready for dispatch | Amber Chinnery | DISPATCH1 |
| 3:01:38 AM | Call Assigned | Added Police Dispatch Position WW8 | Amber Chinnery | DISPATCH1 |
| 3:01:38 AM | Agency Context Added | Police Call Type Added. Call Type: Traffic Stop, Status: In Progress, Priority: 2 High | Amber Chinnery | DISPATCH1 |
| 3:01:33 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address FRANCIS AVE / S ROOSEVELT ST | cad testing | NWCADPRD |
| 3:01:32 AM | Address Verified | Call Location Changed from Unverified To Verified | Amber Chinnery | DISPATCH1 |
| 3:01:32 AM | Location | Call Location Changed from <UNKNOWN> to FRANCIS AVE / S ROOSEVELT ST, Walla Walla | Amber Chinnery | DISPATCH1 |
| 3:01:14 AM | Incident Created | Added Incident Number, ORI: WA0360000, Number: 2022-00000973 | Kara Thonney | |
| 3:01:14 AM | Incident Created | Added Incident Number, ORI: WA036013N, Number: 2022-00000452 | Amber Chinnery | |
| 3:01:14 AM | Incident Created | Added Incident Number, ORI: WA0360100, Number: 2022-00002452 | Amber Chinnery | |
| 3:01:14 AM | Call Created | New call created. Call Type: <New Call>, Location: <UNKNOWN> | Amber Chinnery | DISPATCH1 |

## Unit Log

**\*\*\* 2/15/2022 \*\*\***

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 4:10:41 PM | Unit Status Change | Available | 219 | Available | Eric Eastman | PD-1TRSSG2 |
| 4:10:41 PM | Unit Cleared | Unit Cleared From Call | 219 | Available | Eric Eastman | PD-1TRSSG2 |
| 4:10:41 PM | Disposition Added | Added: s Count 1 | 219 | Arrived | Eric Eastman | PD-1TRSSG2 |
| 4:08:52 PM | NCIC Request | Person - Last Name: DOUGHERTY; First Name: SEAN; Middle Name: PATRICK; DOB: 5/11/1988; Sex: Male; Race: White; DL Number: WDL7429BJ73B; DL State: WA | 219 | Arrived | Eric Eastman | PD-1TRSSG2 |
| 3:54:05 PM | Unit Location | Secondary Location Cleared | 219 | Arrived | Sarah Shaaban | DISPATCH3 |
| 3:54:05 PM | Unit Status Change | Arrived | 219 | Arrived | Sarah Shaaban | DISPATCH3 |
| 3:54:05 PM | Unit Status Change | Dispatched Call Number: 294, Assigned Location: 1200 FRANCIS AVE BLK, Walla Walla, | 219 | Arrived | Sarah Shaaban | DISPATCH3 |

COPY MADE FOR AUSA David Herzog at David.Herzog@usdoj.gov ON 7/11/2023 BY PB315

| | | Call Type: Traffic Stop | | | | |
|---|---|---|---|---|---|---|
| *** 2/11/2022 *** | | | | | | |
| 5:16:48 AM | Unit Status Change | Available | III | Available | Kara Thonney | DISPATCH4 |
| 5:16:48 AM | Unit Cleared | Unit Cleared From Call | III | Available | Kara Thonney | DISPATCH4 |
| 5:16:48 AM | Disposition Added | Added: nr Count 1 | III | Dispatched | Kara Thonney | DISPATCH4 |
| 5:11:42 AM | NCIC Request | Request #135 - PurposeCodepur: C; Attentionatn: K BAYNE/22-2452; Fbi: 75084CC3; | 277 | Available | Kara Thonney | DISPATCH4 |
| 5:09:27 AM | NCIC Request | Request #134 - PurposeCodepur: C; Attentionatn: K BAYNE/22-2452; StateIdsid: WA21764237; | 277 | Available | Kara Thonney | DISPATCH4 |
| 5:08:03 AM | NCIC Request | Request #133 - Name: KERN, REX MICHAEL; Sexsex: M; Racerac: W; DateOfBirthdob: 19850131; PurposeCodepur: C; Attentionatn: K BAYNE/22-2452; | 277 | Available | Kara Thonney | DISPATCH4 |
| 5:00:03 AM | Unit Location | Secondary Location Cleared | III | Dispatched | Kara Thonney | DISPATCH4 |
| 5:00:03 AM | Unit Status Change | Dispatched Call Number: 294, Assigned Location: 1200 FRANCIS AVE BLK, Walla Walla, Call Type: Traffic Stop | III | Dispatched | Kara Thonney | DISPATCH4 |
| 4:15:52 AM | Unit Status Change | Available | 232 | Available | Kara Thonney | DISPATCH4 |
| 4:15:52 AM | Unit Cleared | Unit Cleared From Call | 232 | Available | Kara Thonney | DISPATCH4 |
| 4:15:52 AM | Disposition Added | Added: s Count 1 | 232 | Arrived | Kara Thonney | DISPATCH4 |
| 4:15:47 AM | Unit Status Change | Available | TOW | Available | Kara Thonney | DISPATCH4 |
| 4:15:47 AM | Unit Cleared | Unit Cleared From Call | TOW | Available | Kara Thonney | DISPATCH4 |
| 4:15:47 AM | Disposition Added | Added: nr Count 1 | TOW | Arrived | Kara Thonney | DISPATCH4 |
| 4:15:45 AM | Unit Status Change | Available | 277 | Available | Kara Thonney | DISPATCH4 |
| 4:15:45 AM | Unit Cleared | Unit Cleared From Call | 277 | Available | Kara Thonney | DISPATCH4 |
| 4:15:45 AM | Disposition Added | Added: r Count 1 | 277 | Arrived | Kara Thonney | DISPATCH4 |
| 3:53:00 AM | Unit Location | ARR CORP YARD | 277 | Arrived | Kara Thonney | DISPATCH4 |
| 3:53:00 AM | Unit Location | ARR CORP YARD | TOW | Arrived | Kara Thonney | DISPATCH4 |
| 3:45:33 AM | Unit Status Change | Available | 140 | Available | Kara Thonney | DISPATCH4 |
| 3:45:33 AM | Unit Cleared | Unit Cleared From Call | 140 | Available | Kara Thonney | DISPATCH4 |
| 3:45:33 AM | Disposition Added | Added: nr Count 1 | 140 | Arrived | Kara Thonney | DISPATCH4 |
| 3:45:19 AM | Unit Location | ENR CORP YARD | 277 | Arrived | Kara Thonney | DISPATCH4 |
| 3:45:19 AM | Unit Location | ENR CORP YARD | TOW | Arrived | Kara Thonney | DISPATCH4 |
| 3:44:45 AM | NCIC Request | Vehicle - Plate: bdt8926 | 140 | Arrived | Thomas Beyer | SHEMDT7413 |
| 3:42:19 AM | Unit Status Change | Arrived | TOW | Arrived | Kara Thonney | DISPATCH4 |
| 3:42:19 AM | Unit Location | 1200 FRANCIS AVE BLK, Walla Walla | TOW | Arrived | Kara Thonney | DISPATCH4 |
| 3:41:21 AM | Unit Status Change | Available | 234 | Available | Kara Thonney | DISPATCH4 |
| 3:41:21 AM | Unit Cleared | Unit Cleared From Call | 234 | Available | Kara Thonney | DISPATCH4 |
| 3:41:21 AM | Disposition Added | Added: s Count 1 | 234 | At Jail | Kara Thonney | DISPATCH4 |
| 3:37:23 AM | NCIC Request | Person - Last Name: TONASKET; First Name: KEYANA; DOB: 2/7/1998; Sex: Female; DL Number: WDL51NPFG33B; DL State: WA | 234 | At Jail | Christopher Silva | PD-RM703B0287 |
| 3:35:33 AM | NCIC Request | Request #132 - ***TERMINAL | 232 | Arrived | Amber Chinnery | DISPATCH1 |

COPY MADE FOR AUSA David Herzog at David.Herzog@usdoj.gov
ON 7/11/2023 BY PB315

10000069.05

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ORI: WA036233N; LicensePlate: BDT8926; LicenseState: WA; | | | | |
| 3:33:34 AM | NCIC Request | Person - Last Name: KERN; First Name: REX; Middle Name: MICHAEL; DOB: 1/31/1985; Sex: Male; DL State: WA | 277 | Arrived | Kevin Bayne | PD-RM703B0288 |
| 3:30:52 AM | Unit Location | Secondary Location Cleared | 140 | Arrived | Kara Thonney | DISPATCH4 |
| 3:30:52 AM | Unit Status Change | Arrived | 140 | Arrived | Kara Thonney | DISPATCH4 |
| 3:30:52 AM | Unit Status Change | Dispatched Call Number: 294, Assigned Location: 1200 FRANCIS AVE BLK, Walla Walla, Call Type: Traffic Stop | 140 | Arrived | Kara Thonney | DISPATCH4 |
| 3:25:45 AM | NCIC Request | Request #126 - ***AGENCY ORI: WA0360100; LocateType: LVS; SERIAL: KMHTC6AD6CU073004; OriginatingAgencyCaseoca: 2022-20015299; DateOfLocate: 20220211; Juvenile: False; Adult: False; NOT IN NCIC:: False; InNcic: False; **NCIC TEST SYSTEM: False; | 277 | Arrived | Kara Thonney | DISPATCH4 |
| 3:25:31 AM | Unit Location | Secondary Location Cleared | TOW | Dispatched | Amber Chinnery | DISPATCH1 |
| 3:25:31 AM | Unit Status Change | Dispatched Call Number: 294, Assigned Location: 1200 FRANCIS AVE BLK, Walla Walla, Call Type: Traffic Stop | TOW | Dispatched | Amber Chinnery | DISPATCH1 |
| 3:23:21 AM | NCIC Request | Request #124 - ***AGENCY ORI: WA0360100; LocateType: LVS; Wacicwac: CAX1284; OriginatingAgencyCaseoca: 2022-20015299; DateOfLocate: 20220211; Juvenile: False; Adult: False; NOT IN NCIC:: False; InNcic: False; **NCIC TEST SYSTEM: False; | 277 | Arrived | Kara Thonney | DISPATCH4 |
| 3:22:15 AM | Unit Status Change | At Jail | 234 | At Jail | Kara Thonney | DISPATCH4 |
| 3:17:26 AM | Unit Location | ENR WWCJ ONE MALE COOP | 234 | Enroute Jail | Kara Thonney | DISPATCH4 |
| 3:17:26 AM | Unit Status Change | Enroute Jail | 234 | Enroute Jail | Kara Thonney | DISPATCH4 |
| 3:08:32 AM | Unit Status Change | Arrived | 234 | Arrived | Kara Thonney | DISPATCH4 |
| 3:02:02 AM | Unit Status Change | Arrived | 232 | Arrived | Amber Chinnery | DISPATCH1 |
| 3:01:55 AM | Unit Location | Secondary Location Cleared | 234 | Enroute | Amber Chinnery | DISPATCH1 |
| 3:01:55 AM | Unit Status Change | Enroute | 234 | Enroute | Amber Chinnery | DISPATCH1 |
| 3:01:55 AM | Unit Status Change | Dispatched Call Number: 294, Assigned Location: FRANCIS AVE / S ROOSEVELT ST, Walla Walla, Call Type: Traffic Stop | 234 | Enroute | Amber Chinnery | DISPATCH1 |
| 3:01:54 AM | Unit Location | Secondary Location Cleared | 232 | Enroute | Amber Chinnery | DISPATCH1 |
| 3:01:54 AM | Unit Status Change | Enroute | 232 | Enroute | Amber Chinnery | DISPATCH1 |
| 3:01:54 AM | Unit Status Change | Dispatched Call Number: 294, Assigned Location: FRANCIS AVE / S ROOSEVELT ST, Walla Walla, Call Type: Traffic Stop | 232 | Enroute | Amber Chinnery | DISPATCH1 |

COPY MADE FOR AUSA David Herzog at David.Herzog@usdoj.gov
ON 7/11/2023 BY PB315

10000069.06

| Time | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3:01:46 AM | Unit Location | Secondary Location Cleared | 277 | Arrived | Amber Chinnery | DISPATCH1 |
| 3:01:46 AM | Unit Status Change | Arrived | 277 | Arrived | Amber Chinnery | DISPATCH1 |
| 3:01:46 AM | Unit Status Change | Dispatched Call Number: 294, Assigned Location: FRANCIS AVE / S ROOSEVELT ST, Walla Walla, Call Type: Traffic Stop | 277 | Arrived | Amber Chinnery | DISPATCH1 |

## Incidents

| Incident Number | Jurisdiction | Type |
|---|---|---|
| 2022-00002452 | WA0360100: Walla Walla Police Dept | Traffic Stop |
| 2022-00000452 | WA036013N: Walla Walla Public Safety | Traffic Stop |
| 2022-00000973 | WA0360000: Walla Walla County Sheriff's Office | Traffic Stop |

## Units

| Unit | Radio Number | Personnel | Jurisdiction |
|---|---|---|---|
| 277 (Primary) | 277 | 277 Bayne | WA0360100: Walla Walla Police Dept |
| 140 | 140 | 140 Beyer | WA0360000: Walla Walla County Sheriff's Office |
| 219 | 219 | 219 Eastman | WA0360100: Walla Walla Police Dept |
| 232 | 232 | 232 Fulmer | WA0360100: Walla Walla Police Dept |
| 234 | 234 | 234 Silva | WA0360100: Walla Walla Police Dept |
| III | III | | WA036013N: Walla Walla Public Safety |
| TOW | TOW | | WA036013N: Walla Walla Public Safety |

## E911 Data

| Time | Position | Class of Service | Location | Qualifier | Lat/Lon | Elevation | Uncertainty |
|---|---|---|---|---|---|---|---|

COPY MADE FOR AUSA David Herzog at David.Herzog@usdoj.gov ON 7/11/2023 BY PB315

10000069.07