# EXHIBIT 3

I have the following qualifications and education pertaining to investigations:

I have been employed by the Walla Walla Police Department as a Police Officer since January 2nd 2020, and I have the following qualifications and education pertaining to **RCW 69.50.401 Possession with Intent to Deliver**

*Training:*
1. Graduated from the Washington State Criminal Justice Training Commission- Basic Law Enforcement Academy in July 2020-720 hours.

*Experience:*
I am currently employed as a uniformed Patrol Officer for the Walla Walla Police Department. I have experienced a wide range of street level crimes to include, but not limited to, theft, burglary, malicious mischief, driving under the influence, rape, assault, drug possession/packaging, and crimes of violence. Since employment with the Walla Walla Police Department and my time as an Officer, I have observed firsthand how drug dealers operate. I have personally observed the following kinds of drug related evidence: marijuana (both packaged and growing) opiates and methamphetamine. I have found paraphernalia for using controlled substances including, lighters, foil, cotton, syringes, aluminum cans, straws, pipes, bongs, knives and other misc. paraphernalia items used to consume these illegal substances. I am familiar with how controlled substances are manufactured, packaged, consumed, and sold in the Walla Walla area. I have arrested many suspects who were carrying, had consumed or sold controlled substances within the Walla Walla area. I have located firearms, ammunition and other weapons carried by suspects involved in criminal enterprises. I have had experience with vehicles, and other equipment used to transport or conceal controlled substances both on the street and in training. The identity of occupants is typically established by such things as mail, deeds, leases, rental agreements, photographs, personal diaries, personal phone books, utility bills, telephone bills, and other documents.

**PROBABLE CAUSE:**

I have not included each fact known concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause and are based on my knowledge of the situation, as told by me, from my own observations and other Officers on scene. My belief is based upon the following facts and circumstances:

On 07/21/2022 at approximately 1506 hours, while on regular uniformed patrol, I observed Rex Michael Kern Jr. DOB 01/31/1985 walking back and forth between two vehicles a gray Ford Mustang and a Green Jeep Liberty at 217 Prospect Ave. He was in and out of both vehicles. Earlier in the shift I saw that Rex had an unconfirmed felony warrant out of Walla Walla County Superior Court. I ran his name through dispatch and notified dispatch that I would be out with him at the location. Dispatch advised of the unconfirmed warrant and I asked them to confirm.

SEARCH WARRANT DECLARATION
Page 2 of 5
Version: 09.22.20

10000040.02