Scott W. Johnson
Mitchell K. Crook
JOHNSON & ORR, P.S.
1038 Jadwin Ave
Richland, WA 99352
(509) 579-0080
Attorneys for Defendant
REX MICHAEL KERN JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. 4:22-CR-6038-MKD-1 |
|---|---|
| Plaintiff, | |
| VS. | DEFENDANT REX MICHAEL KERN JR.'S NOTICE OF INTENT TO PLEAD GUILTY |
| REX MICHAEL KERN JR., | |
| Defendant. | |

TO:   UNITED STATES DISTRICT COURT CLERK
TO:   BRANDON PANG, ASST UNITED STATES ATTORNEY

## **NOTICE**

COMES NOW Defendant, REX MICHAEL KERN JR., by and through his counsel of record, Mitchell K. Crook and Scott W. Johnson, and provides notice that Mr. Kern intends to plead guilty in the above-captioned matter as soon as practicable.

As such, Mr. Kern withdraws his pending motion before the Court. Furthermore, the parties agree that the United States of America does not need to respond to Mr. Kern's pending motion before the Court.

\\

\\

NOTICE OF INTENT TO PLEAD GUILTY        1

DATED this 2nd day of February, 2024.

Respectfully submitted,

"s/Mitchell K. Crook"
MITCHELL K. CROOK #58352
SCOTT W. JOHNSON, WSBA #27839
Attorneys for REX MICHAEL KERN JR.

CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on 2nd day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and also emailed a copy to:

Brandon Pang, U.S. Attorney, 920 Jadwin Ave., Richland, WA 99352

DATED this 2nd day of February, 2024.

Respectfully submitted,

"s/Mitchell K. Crook"
MITCHELL K. CROOK #58352
SCOTT W. JOHNSON, WSBA #27839
Attorneys for REX MICHAEL KERN JR.