FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>REX MICHAEL KERN, JR.,<br><br>　　　　　　　Defendant. | No. 4:22-CR-06038-MKD<br><br>**FINAL ORDER OF FORFEITURE** |

BEFORE THE COURT is the Government's oral Motion for Entry of a Final Order of Forfeiture. Having reviewed the pleadings and file in this matter, the Court finds good cause to grant the motion.

On February 22, 2024, the Court entered the Preliminary Order of Forfeiture, ECF No. 105, forfeiting the following listed assets to the United States:

- $2,700 in United States currency, seized on or about February 11, 2022;
- $3,927 in United States currency, seized on or about July 21, 2022;
- a Taurus, Model PT-709 Slim, 9mm caliber pistol, bearing serial number TJZ21126;
- a Winchester, Model 61, .22 caliber rifle, bearing serial number 213864;
- a Masterpiece Arms, Model MPA 11, 9mm caliber pistol, bearing serial number B11373; and,

FINAL ORDER OF FORFEITURE - 1

- a Polymer 80 Model, 9mm caliber pistol bearing no serial number and the identifying marks "Patmos P80"

The Government published notice of the preliminary order of forfeiture February 28, 2024, and ending March 28, 2024. ECF No. 119, 119-1 and 119-2. The time for filing petitions for said assets expired on April 28, 2024, and to date, no petitions or claims for said assets have been filed, whether timely or not.

In accordance with Rule 32.2(b)(4)(A) and (B), the Preliminary Order of Forfeiture became final as to Defendant at sentencing and was included in the judgment.

Accordingly**, IT IS HEREBY ORDERED**:

1. The Government's oral Motion for Entry of a Final Order of Forfeiture is **GRANTED.**

2. The Court's February 22, 2024, Preliminary Order of Forfeiture is **FINAL** as to any and all other persons and entities and the assets listed therein are hereby forfeited to the United States.

3. The forfeited assets shall be disposed of in accordance with law.

The Clerk's Office is directed to enter this Order and provide copies to counsel.

DATED this 30th day of May 2024.

  *s/Mary K. Dimke*
  MARY K. DIMKE
  United States District Judge

FINAL ORDER OF FORFEITURE  -2