```
1  Richard R. Barker
   Acting United States Attorney
2  Eastern District of Washington
   David M. Herzog
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 4:22-cr-06038-MKD-1 |
|---|---|
| Plaintiff, | |
| v. | Notice of Appearance of Additional Counsel for the United States |
| REX MICHAEL KERN, JR., | |
| Defendant. | |

Plaintiff, United States of America, by and through Richard R. Barker, Acting United States Attorney for the Eastern District of Washington, and David M. Herzog, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Appearance as Additional Counsel of record on behalf of the United States.

Dated: June 10, 2025.

Richard R. Barker
Acting United States Attorney

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

Notice of Appearance of Additional Counsel for the United States - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

REX MICHAEL KERN
Register Number: 25211-510
FCI Terre Haute
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN   47808

                                                *s/ David M. Herzog*
                                                David M. Herzog
                                                Assistant United States Attorney