1  Stephanie Van Marter
2  Acting United States Attorney
   Eastern District of Washington
3  David M. Herzog
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
   Telephone:  (509) 353-2767
6

7              UNITED STATES DISTRICT COURT
             IN THE EASTERN DISTRICT OF WASHINGTON
8

9  UNITED STATES OF AMERICA,            Case No.: 4:22-cr-06038-MKD-1

10                 Plaintiff,           United States' Ex Parte Motion To
11                                       File Overlength Motion to Dismiss
                  v.                     Defendant's Pro Se Motion to
12                                       Vacate, Set Aside, or Correct
13  REX MICHAEL KERN, Jr.,               Sentence by a Person in Federal
                                         Custody Pursuant to 28 U.S.C.
14                 Defendant.            § 2255
15

16      Plaintiff United States of America, by and through Stephanie Van Marter,

17  Acting United States Attorney for the Eastern District of Washington, and David M.

18  Herzog, Assistant United States Attorney, moves for an Order permitting the United

19  States to submit an overlength brief responding to Defendant Rex Michael Kern, Jr.,

20  ("Defendant")'s Pro Se Motion to Vacate, Set Aside, or Correct Sentence by a

21  Person in Federal Custody Pursuant to 28 U.S.C. § 2255.  See ECF No. 125.

22      Pursuant to LCivR 7(f), "dispositive motions . . . shall not exceed 20 pages,"

23  and nondispositive motions shall not exceed 10 pages.  LCivR 7(b)(3) indicates

24  "[a] 'dispositive motion' is a motion requesting summary judgment, judgment on

25  the pleadings, dismissal, remand, or permanent injunctive relief.  A 'nondispositive

26  motion' is a motion seeking any other relief."  Page limits "may only be exceeded

27  by obtaining prior approval of the Court. A motion to exceed page limits must

28  demonstrate good cause and recite the opposing party's position." LCivR 7(f)(5).

United States' Motion for Overlength - 1

1    The United States is filing *ex parte* because it is not in a position to
2 communicate with Defendant or obtain his position; Defendant is proceeding pro
3 se and is in custody at Terre Haute FCI.

4    Understandably, as a non-lawyer litigant proceeding pro se, Defendant's
5 brief makes assertions without what could fairly be called traditional arguments,
6 relevant transcripts, citations to the record, or on-point case authority.  He also
7 raises several potential claims for habeas corpus, each of which requires a fulsome
8 analysis of whether the claim has been waived, whether it is supported by the
9 record, and *then* whether Defendant has met his burden of establishing
10 constitutionally ineffective representation and prejudice under *Strickland v.*
11 *Washington*, 466 U.S. 668 (1984).

12    In order to respond to Defendant's motion in a comprehensive way –
13 particularly where the United States is seeking outright dismissal of Defendant's
14 claims – the United States has had to research and analyze not only a fairly
15 complex procedural landscape, but the district court record, several filings from
16 Defendant, and a significant amount of caselaw.  As always, the United States'
17 goal is to give the Court in one document all of the information the Court needs to
18 make a decision; part of the reason for the request for overlength is that the United
19 States has block-quoted directly into its motion significant relevant portions of the
20 record, for ease of efficient review.  In short, Defendant's claims require a detailed
21 response, which cannot meaningfully be accomplished in 20 pages.

22    The United States' brief is 27 pages long.  The United States respectfully
23 submits that good cause exists to grant this motion for overlength filing.

24 Dated:  August 8, 2025                    Stephanie Van Marter
                                            Acting United States Attorney
25

26                                          *s/ David M. Herzog*
                                            David M. Herzog
27                                          Assistant United States Attorney

28

United States' Motion for Overlength - 2

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on August 8, 2025, I electronically filed the foregoing

3    with the Clerk of the Court using the CM/ECF System, which will send

4    notification of such filing to following, and/or I hereby certify that my office has

5    mailed by United States Postal Service the document to the following non-

6    CM/ECF participant:

7

8          REX MICHAEL KERN
           Register Number: 25211-510
9          FCI Terre Haute
10         FEDERAL CORRECTIONAL INSTITUTION
           P.O. BOX 33
11         TERRE HAUTE, IN   47808

12

13                                         *s/David M. Herzog*
                                           David M. Herzog
14                                         Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States' Motion for Overlength - 3