FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REX MICHAEL KERN, JR.,<br><br>Defendant. | No. 4:22-CR-06038-MKD-1<br><br>ORDER GRANTING UNITED STATES' EX PARTE MOTION TO FILE OVERLENGTH MOTION TO DISMISS DEFENDANT'S PRO SE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2255<br><br>**ECF No. 132** |

Before the Court is the United States' Ex Parte Motion to File Overlength Motion to Dismiss Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, ECF No. 132.[1]  The United States moves the Court for approval to file an overlength Motion

_____

[1] The United States represents that it filed its motion ex parte "because it is not in a position to communicate with Defendant or obtain his position; Defendant is proceeding pro se and is in custody at Terre Haute FCI." *Id.* at 2.

ORDER - 1

to Dismiss Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255. *Id.* at 2. Specifically, the United States represents that its Motion to Dismiss is 27 pages and that "Defendant's claims require a detailed response, which cannot meaningfully be accomplished in 20 pages." *Id.* The Court has reviewed the motion and the record, is fully informed, and finds good cause to grant the motion.

Accordingly, **IT IS ORDERED:**

1. United States' Ex Parte Motion to File Overlength Motion to Dismiss Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, **ECF No. 132**, is **GRANTED**.

2. The United States' Motion to Dismiss Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 shall not exceed 27 pages.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to the parties.

DATED August 11, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2