Stephen R. Hormel
Hormel Law Office, L.L.C.
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(THE HORNORABLE MARY K. DIMKE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>REX MICHAEL KERN, Jr.,<br><br>Defendant. | No. 4:22-CR-6038-MKD-1<br><br>MOTION TO PERMIT SUPPLEMENTAL BRIEFING AND TO SET A BRIEFING SCHEDULE ON PENDING § 2255 MOTION<br><br>**Notice of Hearing on Motion:**<br>December 2, 2025, at 6:30 pm |

REX MICHAEL KERN, Jr., through counsel, Stephen R. Hormel for Hormel Law Office, L.L.C., moves the Court to permit appointed counsel to submit supplemental briefing in support of granting an evidentiary hearing and to set a briefing schedule.

Counsel was appointed to represent Mr. Kern on November 5, 2025. Counsel has conducted a preliminary review of the pleadings relevant to Mr. Kern's *pro se* motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

Counsel seeks leave of the Court to provide supplemental briefing on the issue of whether an evidentiary hearing should be granted. Counsel has contacted AUSA Herzog. He indicated that the government does not object to supplemental briefing on Mr. Kern's request for an evidentiary hearing.

Counsel and AUSA Herzog believe that following briefing schedule is reasonable: Supplemental Brief on § 2255 Motion filed on or before January 16, 2026; United State's Response to Supplemental Briefing filed on or before February 16, 2026, and optional reply brief filed on or before March 9, 2026.

The requested briefing schedule should give counsel sufficient time to set up one or more private telephone consults with Mr. Kern who is currently serving his sentence in the custody of the Bureau of Prisons in Terre Haute, IN. His projected release date is October 15, 2036.

Therefore, it is requested that the Court adopt the parties suggested briefing schedule and enter an order permitting counsel to file supplemental briefing on the pending § 2255 motion.

Dated: November 29, 2025.

Respectfully Submitted,

*/s/ Stephen R. Hormel,*
Stephen R. Hormel, WSBA # 18733
Attorney for Kern

**Certificate of Service**

I hereby certify that on November 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: David Herzog, Assistant United States Attorney.

*/s/ Stephen R. Hormel,*
Stephen R. Hormel, WSBA # 18733
Attorney for Arguello