FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2025

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REX MICHAEL KERN, Jr.,<br><br>Defendant. | No. 4:22-CR-06038-MKD<br><br>ORDER GRANTING DEFENDANT'S MOTION TO PERMIT SUPPLEMENTAL BRIEFING AND TO SET A BRIEFING SCHEDULE ON PENDING § 2255 MOTION<br><br>**ECF No. 140** |

Before the Court is Defendant's Motion to Permit Supplemental Briefing and Set a Briefing Schedule on Pending § 2255 Motion, ECF No. 140. Counsel was appointed to represent Defendant on November 5, 2025. ECF No. 139. Defense counsel now moves the Court to permit appointed counsel to submit supplemental briefing in support of granting an evidentiary hearing and to set a briefing schedule. ECF No. 140 at 1. The United States does not object to supplemental briefing on Defendant's request for an evidentiary hearing and the parties have agreed to a briefing schedule. *Id.* at 2.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Permit Supplemental Briefing and Set a Briefing Schedule on Pending § 2255 Motion, **ECF No. 140**, is **GRANTED**.

2. **By no later than January 16, 2026**, Defendant shall file a Supplemental Brief on § 2255 Motion on CM/ECF.

3. **By no later than February 16, 2026**, the United States shall file its Response on CM/ECF.

4. **By no later than March 9, 2026**, Defendant shall file his Reply on CM/ECF.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to the parties.

DATED December 2, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE