Todd Blanche
Acting Attorney General
Ian L. Garriques
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REX MICHAEL KERN, JR,<br><br>Defendant. | Case No.: 4:22-cr-06038-MKD<br><br>Notice of Substitution and Withdrawal of Counsel for the United States |

Plaintiff, United States of America, by and through Ian L. Garriques, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States replacing David M. Herzog, who hereby withdraws as counsel of record on behalf of the United States.

Dated: June 22, 2026.

Todd Blanche
Acting Attorney General

*s/Ian L. Garriques*
*Ian L. Garriques*
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*s/Ian L. Garriques*
Ian L. Garriques
Assistant United States Attorney