FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REX MICHAEL KERN, JR.,<br><br>Defendant. | No. 4:22-CR-06038-MKD<br><br>ORDER GRANTING MOTION TO WITHDRAW § 2255 MOTION<br><br>**ECF Nos. 125, 126, 154** |

Before the Court is Defendant's Motion to Withdraw § 2255 Motion, Strike Evidentiary Hearing and Expedite the Hearing on this Motion. ECF No. 154. Defendant represents that he received new information from the United States that was relevant to the core allegations made in his § 2255 motion. *Id.* Based on this new information, Defendant requests to withdraw his pending § 2255 motion and request for a hearing, ECF Nos 125, 126. *Id.* The United States does not object to this motion. *Id.*

The Court has reviewed the record, is fully informed, and grants the motion.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Withdraw § 2255 Motion, Strike Evidentiary Hearing and Expedite the Hearing on this Motion, **ECF No. 154,** is **GRANTED**.

2. Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, **ECF No. 125**, and Defendant's Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255, and Request for Evidentiary Hearing, **ECF No. 126**, are **DENIED as moot**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED October 26, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE